UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | VIOLATION: |
| **SHAWN CORTEZ MOSES,** | : | |
| Defendant | : | 18 U.S.C.  §§ 2252(a)(4)(B) and (b)(2) |
| | : | **(Access with Intent to View Child Pornography)** |
| | : | |
| | : |  22 D.C. Code §§ 3008, 3020(a)(1), 3020(a)(4) |
| | : | **(First Degree Child Sexual Abuse with** |
| | : | **Aggravating Circumstances)** |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

Between on or about June 1, 2017, and on or about June 24, 2018, **SHAWN CORTEZ MOSES** knowingly access with intent to view 1 or more image or video file, or other matter, which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, by any means including by computer and the internet, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct.

**(Access with Intent to View Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2)**).**

1

## COUNT TWO

Between on or about June 1, 2017, and on or about June 24, 2018, within the District of Columbia, **SHAWN CORTEZ MOSES**, being more than four years older than Minor Victim 1, a child under sixteen years of age, that is a child between six and seven years of age, engaged in a sexual act with Minor Victim 1 and caused Minor Victim 1 to engage in a sexual act, that is contact between the mouth of **SHAWN CORTEZ MOSES** and the vulva of Minor Victim 1.

At the time **SHAWN CORTEZ MOSES** committed First Degree Child Sexual Abuse, as alleged in Count Two of this Information, Minor Victim 1 was under twelve years of age.

At the time **SHAWN CORTEZ MOSES** committed First Degree Child Sexual Abuse, as alleged in Count Two of this Information, the defendant was aided by one or more accomplices.

(**First Degree Child Sexual Abuse (Aggravating Circumstances)**, in violation of 22 D.C. Code, Sections 3008, 3020(a)(1), 3020(a)(4) (2001 ed.)).

MATTHEW D. GRAVES
United States Attorney

By:     /s/
AMY E. LARSON
Assistant United States Attorney
N.Y. Bar No. 4108221
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-252-7863
Amy.Larson2@usdoj.gov