**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 22-cr-54-TNM |
| | : |
| SHAWN CORTEZ MOSES, | : |
| Defendant. | : |

**STATEMENT OF OFFENSE**

The parties in this case, the United States of America and the defendant, Shawn Cortez Moses, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offenses to which he is pleading guilty.

**Statement of Facts**

On Wednesday, April 29, 2020, members of the Federal Bureau of Investigation (FBI) Washington Field Office (WFO) and Metropolitan Police of the District of Columbia (MPDC) Child Exploitation and Human Trafficking Task Force (CEHTTF) received information from an FBI agent assigned to the Baltimore Field Office in Maryland. An individual (hereinafter "W-1") contacted the Prince George's County Police Department to report information related to the sexual abuse of a nine-year-old child. The members of the CEHTTF responded to a Prince George's County Police Department Station and interviewed W-1.

W-1 stated that a relative of his (hereinafter "W-2") had been involved in a romantic relationship with an adult female (hereinafter "DEFENDANT 1"), for the last month. W-1 stated that W-2 informed him that DEFENDANT 1 sent him sexually explicit images depicting her biological daughter (hereinafter "Minor Victim 1"). Minor Victim 1 was born in 2011. W-1

1

provided a copy of the images and screen shots containing messages exchanged between DEFENDANT 1 and W-2, along with contact information for W-2.

W-2 was interviewed by members of the CEHTTF during the course of this investigation. W-2 advised that DEFENDANT 1 had spoken to him about the sexual abuse of Minor Victim 1 and reported that other individuals had also sexually abused the child. After further investigation by law enforcement, a search warrant was obtained for DEFENDANT 1's residence, and Minor Victim 1 was recovered safely during the execution of the search warrant. Electronic devices were recovered from the residence, including DEFENDANT 1's cellular phone.

In a review of the contents of DEFENDANT 1's device, law enforcement identified numerous videos and images depicting the sexual abuse of children. Some of those videos and images had also been uploaded to a Dropbox account belonging to DEFENDANT 1.

In DEFENDANT 1's Dropbox account, law enforcement identified a series of three videos depicting the sexual abuse of Minor Victim 1 by DEFENDANT 1 and an adult African-American male, SHAWN CORTEZ MOSES, the DEFENDANT, who was born in 1994, making him more than four years older than Minor Victim 1. The video was filmed inside of DEFENDANT 1's Washington D.C. residence. In this video, the DEFENDANT can be seen placing his mouth on Minor Victim 1's genitals and rubbing his penis against Minor Victim 1's bare buttocks and genitals.

The videos were labeled by Dropbox to include the time and date of when the videos were uploaded. The upload date was identified by Dropbox as June 24, 2018. The videos depict the following:

(1) VID_20180624_215654: This video displays the DEFENDANT, with a distinctive mark visible on his upper back, rubbing his erect penis against Minor Victim 1's bare vulva and anus.

(2) VID_20180624_220435: This video shows the DEFENDANT with a sex toy penetrating his anus. The camera then pans forward and the DEFENDANT can be seen putting his mouth on Minor Victim 1's vulva and anus.

(3) VID_20180624_220943: This video shows the DEFENDANT penetrating Minor Victim 1's vulva with his tongue and putting his mouth on the child's anus. DEFENDANT 1 can be heard in the background directing the DEFENDANT on what he should do to the child.

In addition to the videos, law enforcement also recovered messages exchanged on KIK between DEFENDANT 1 and the DEFENDANT. In those messages, they discussed engaging in sexual acts with each other and attempted to schedule a time for the DEFENDANT to visit DEFENDANT 1.

The investigation revealed that the DEFENDANT met DEFENDANT 1 online in 2017 or 2018. Approximately six months later they met in person and began a sexual relationship, at times engaging in sexual activity in DEFENDANT 1's Washington, D.C. residence. DEFENDANT 1 routinely video-recorded the consensual sexual activity between herself and the DEFENDANT, and the two adults would view the video-recorded material together as a standard part of their sexual relationship.

On one occasion, while engaging in sexual activity with DEFENDANT 1 at her Washington, D.C. residence, Minor Victim 1 was sleeping in the same bed where the sexual activity was taking place. The DEFENDANT placed his face between Minor Victim 1's legs, and his mouth made contact with the child's vulva and anus. During this time period, between 2017 and 2018, Minor Victim 1 would have been approximately six to seven years of age, while the DEFENDANT would have been approximately 23 to 24 years of age. DEFENDANT 1 used a cellular telephone or tablet to record the DEFENDANT's sexual abuse of Minor Victim 1. The DEFENDANT knew that DEFENDANT 1 had recorded the sexually explicit conduct that he was engaging in with Minor Victim 1. DEFENDANT 1 and the DEFENDANT later viewed at least one video-recording that DEFENDANT 1 had taken of DEFENDANT placing his mouth on Minor Victim 1's vulva and anus. That video was one of the videos uploaded to Dropbox on June 24, 2018.

Following his arrest on February 25, 2021, the DEFENDANT waived his *Miranda* rights and agreed to speak with law enforcement. The DEFENDANT admitted that he had previously engaged in a sexual relationship with DEFENDANT 1. He also stated that, on one occasion, he was inside of DEFENDANT 1's home in Washington, D.C. with DEFENDANT 1 and Minor Victim 1. The DEFENDANT informed law enforcement that when the child fell asleep, he carried her to the bedroom. The DEFENDANT engaged in sex acts with DEFENDANT 1 and engaged in the sexually explicit conduct with Minor Victim 1, which is depicted in the videos that are described fully above.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

/s/
_____
Amy E. Larson
Jocelyn P. Bond
Assistant United States Attorneys

5

## DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of Offense and have discussed it with my attorney. I fully understand this Statement of Offense. I agree and acknowledge by my signature that this Statement of Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

Date: 6-8-2022

_____
Shawn Cortez Moses
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of Offense as true and accurate.

Date: 6-8-2022

_____
Wanda J. Dixon, Esq.
Attorney for Defendant