UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 22-cr-054(TNM) |
| ) | |
| SEAN CORTES MOSES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**UNITED STATES' UNOPPOSED MOTION TO FILE VICTIM
IMPACT STATEMENTS AND RESTITUTION REQUESTS UNDER SEAL**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, files this unopposed Motion to File the Victim Impact Statements and Restitution Requests from the victims in this case under seal. In support of its motion, the Government states as follows:

Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. *See* 18 U.S.C. §3771(a). Those rights include the right to be reasonably protected from the accused, the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding, and the right to be treated with fairness and with respect for the victim's dignity and privacy. Id.

In the present case, victims depicted in the images and videos showing the sexual abuse of children, that form the bases of the Defendant's criminal violations, provided Victim Impact Statements and supporting documentation in order to receive restitution. When providing these statements and documents, the victims only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), and

1

(8), the content of these statements and documents should only be disclosed to the Court, the Probation Office, the Defendant, and his counsel. Prosecutors are directed by the Department of Justice that, if these statements are filed with the court by letter or as part of a sentencing memorandum, they should be filed under seal.

    Therefore, for the reasons stated above, the Government requests permission from the Court in order to file these documents under seal.

Dated: June 13, 2022　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　MATTHEW D. GRAVES
　　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY


　　　　　　　　　　　　　　　　　　　　　 /s/  *Amy E. Larson*_____
　　　　　　　　　　　　　　　　　　　　　Amy E. Larson,
　　　　　　　　　　　　　　　　　　　　　N.Y. Bar Number 4108221
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 252-7863
　　　　　　　　　　　　　　　　　　　　　Email: Amy.Larson2@usdoj.gov

3