UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| vs. | * | CASE NO. 22-cr-0054 TNM |
| | * | |
| SHAWN CORTES MOSES | * | |
| | * | |
| Defendant | * | |

_____

## SECOND CONSENT MOTION TO RESCHEDULE MEMORANDA DUE DATE AND SENTENCING HEARING

Comes now the Defendant, by and through his attorney, and respectfully requests that the Court reschedule the Sentencing Memoranda due date and the Sentencing Hearing in this matter to a date at least 30 days beyond the current dates.  The parties have consulted with each other and suggest as dates December 1, 2022 or December 2, 2022 if these dates are convenient with the Court, and as reasons states as follows:

1. The Court rescheduled the sentencing hearing scheduled for September 16, 2022 at Defendant's request due to the death of undersigned counsel's father.

2. After returning to the office in September undersigned counsel subsequently became ill with COVID.  This has further impacted

sentencing preparations in this matter. Consequently, additional time is needed to prepare for the sentencing hearing.

3. Amy Larson and Joycelyn Bond, Counsel for the Government, have been contacted and consent to the requested continuance.

Wherefore for these reasons and any other reasons as may appear to the Court, we request that the due date for the sentencing memoranda, currently scheduled for October 14, 2022, and the sentencing hearing, currently scheduled for October 21, 2022 be rescheduled to dates at least 30 days beyond the currently scheduled dates. Counsel requests that the Court reschedule the sentencing hearing to December 1 or December 2, 2022 if either of these dates are convenient for the Court. We would also request that the hearing be scheduled for the afternoon, however, we are flexible if the Court prefers the morning. Finally, we request that the due date for the parties' sentencing memoranda be rescheduled to any date convenient to the Court within a week or 14 days prior to the hearing.

                                          Respectfully Submitted,

                                          __/s/_____
                                          Wanda J. Dixon, Esq.
                                          Attorney for Defendant Moses
                                          The Dixon Law Firm, LLC
                                          1401 Mercantile Lane, Suite 381

3

Largo, MD   20774
DC Bar number 420242
wdixon@thedixonlawfirm.law
301-456-5156

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October, 2022, the foregoing was served by CM/ECF on all registered CMF users.

__/s/_____
Wanda J. Dixon