UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| | * | |
| vs. | * | **CASE NO. 1:22-cr-00054-TNM** |
| | * | |
| **SHAWN CORTES MOSES** | * | |
| | * | |
| **Defendant** | * | |

**REPLY TO GOVERNMENT'S RESPONSE IN OPPOSITION TO
DEFENSE MOTION TO RESCHEDULE
SENTENCING HEARING AND DEFENSE MEMORANDUM DUE DATE**

Comes now the Defendant, by and through his attorney, and replies to the Government's Opposition to the Defense request that the Court reschedule the Sentencing Hearing and Defense Sentencing Memorandum Due Date as follows:

1. The Government has revealed evidence to the Defense, that has been in their possession from the outset of this case, for the FIRST time, more than one year and nine months after filing charges against Mr. Moses in this matter, more than six months after Mr. Moses entered his guilty plea, and less than one month before his sentencing date. The Government does not dispute this fact.

2. Additionally, the Government has used this evidence against the Defense in its sentencing memorandum, has taken exception to the way that the Defense characterized the evidence that the Defense has just had the opportunity to view, and has implied that the Defense is the problem here because defense counsel could not adjust her calendar to accommodate the Government attorneys' vacation schedule.

3. It is clear that the Defense and the Government see this late disclosed evidence differently. However, having created this problem by its late disclosure of evidence they have had in their possession for over a year, it is shocking that the Government now

opposes the Defense request to reschedule the sentencing hearing, stating that "Neither the timing of this disclosure, the date defense counsel reviewed the material, nor the content itself, supports a continuance."

4. Notwithstanding the Government's position that last minute disclosure of additional evidence they intend to use against Mr. Moses AFTER he has entered a guilty plea is not problematic, the Defense submits that the interests of justice do in fact support the request to reschedule the hearing.  At the very least, undersigned counsel must have an adequate opportunity to discuss it with Mr. Moses, address it in the Defense Sentencing Memorandum and prepare for the Sentencing Hearing.  This is an important case to Mr. Moses, and he takes it very seriously.  To throw evidence at him at the last minute, then use it against him, then expect that he will just acquiesce in any use the Government wishes to make of the evidence without providing him with a full and thorough opportunity for review and discussion is prejudicial and unfair.

WHEREFORE for these reasons and any other reasons as may appear to the Court, Undersigned counsel requests that the Court reschedule the Defense Sentencing Memorandum Due Date and the Sentencing Hearing in this matter to a date convenient to the Court and to the Parties.

                                                Respectfully Submitted,

                                                __/s/_____
Wanda J. Dixon, Esq.
Attorney for Defendant Moses
The Dixon Law Firm, LLC
1401 Mercantile Lane, Suite 381
Largo, MD   20774
DC Bar number 420242
wdixon@thedixonlawfirm.law
301-456-5156

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2023, the foregoing was served by CM/ECF on all registered CMF users.

___/s/_____
Wanda J. Dixon