1                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
2
     * * * * * * * * * * * * * * *   )
3    UNITED STATES OF AMERICA,       )      Criminal Action
                                     )       No. 22-00054
4                   Plaintiff,       )
                                     )
5       vs.                          )
                                     )
6    SHAWN CORTEZ MOSES,             )      Washington, D.C.
                                     )      January 10, 2023
7                   Defendant.       )      2:27 p.m.
                                     )
8    * * * * * * * * * * * * * * *   )

9

10              TRANSCRIPT OF SENTENCING HEARING
            BEFORE THE HONORABLE TREVOR N. McFADDEN,
11                UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14   FOR THE GOVERNMENT:      JOCELYN P. BOND, ESQ.
                             AMY E. LARSON, ESQ.
15                           UNITED STATES ATTORNEY'S OFFICE
                               FOR THE DISTRICT OF COLUMBIA
16                           555 Fourth Street, Northwest
                             Eleventh Floor
17                           Washington, D.C. 20530

18
     FOR THE DEFENDANT:       WANDA J. DIXON, ESQ.
19                           THE DIXON LAW FIRM, LLC
                             1401 Mercantile Lane
20                           Suite 381
                             Largo, Maryland 20774
21

22   FOR U.S. PROBATION:      JESSICA REICHLER

23

24

25

```
1    REPORTED BY:            LISA EDWARDS, RDR, CRR
                             Official Court Reporter
2                            United States District Court for the
                               District of Columbia
3                            333 Constitution Avenue, Northwest
                             Room 6706
4                            Washington, D.C. 20001
                             (202) 354-3269
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              THE COURTROOM DEPUTY:  Your Honor, this is
 2     Criminal Case 22-54, the United States of America versus
 3     Shawn Cortez Moses.
 4              From Probation, Officer Jessica Reichler.
 5              Counsel, please come forward to identify
 6     yourselves for the record, starting with the Government.
 7              MS. BOND:  Good afternoon, your Honor.  Jocelyn
 8     Bond on behalf of the United States, along with my
 9     colleague, Amy Larson, who is in the back.
10              THE COURT:  Good afternoon, Ms. Bond.
11              MS. DIXON:  Good afternoon, your Honor.  Wanda
12     Dixon on behalf of Shawn Moses, who is present.
13              THE COURT:  Good afternoon, Ms. Dixon.
14              And good afternoon, Mr. Moses.
15              We're going to take a quick break here.  And just
16     for the record, the parties in their memoranda in aid of
17     sentencing have disagreed about the import of a few images,
18     and so there's been a request for me to view a few of the
19     images.  And the Government has suggested if I review a few,
20     I need to review all of them.  I think that's right.
21              So I'm going to take a recess, go into the jury
22     room with the attorneys and the Defendant to view the
23     images.  It'll be off the record, but with all parties
24     present.
25              So we'll take a quick recess to do that.
```

 1          (Thereupon a recess was taken, after which the

 2     following proceedings were had:)

 3          THE COURT:  We're back on the record.

 4          We're here for the sentencing of the Defendant,

 5     Shawn Moses, who's pled guilty to one count of access with

 6     intent to view child pornography in violation of 18 USC 2252

 7     and one count of first-degree child sex abuse with

 8     aggravating circumstances in violation of D.C. Codes 3008

 9     and 3020.

10          I've received and reviewed the presentence

11     investigation report and sentencing from the probation

12     office as well as the sentencing memoranda from the

13     Government and defense.  I've also reviewed a victim impact

14     statement and a restitution request filed by the Government

15     and a psychological evaluation completed by Dr. Berlin.

16     I've reviewed the numerous letters that have been submitted

17     on behalf of the Defendant and associated documents.

18          And I also just now have reviewed the video clips

19     to which the Defendant has admitted constitute the kind of

20     gravamen of the offenses here as well as several disputed

21     photos that are not illicit in nature, but the parties

22     dispute their -- in their memorandum in aid of sentencing

23     the parties dispute their relevance to this case.  And I've

24     just reviewed those now, as I say, with the Defendant and

25     all the attorneys present.

```
 1              Let me ask, are there any other documents or

 2     materials that I should have reviewed?  Ms. Larson?

 3              MS. BOND:  No, your Honor.

 4              THE COURT:  I'm sorry.  Ms. Bond, are you --

 5     who's --

 6              MS. BOND:  I'll speak.

 7              THE COURT:  And Ms. Dixon?

 8              MS. DIXON:  Yes, your Honor.

 9              There should be a report by a Dr. Berlin.  The

10     Government, I believe, attached that report to their

11     sentencing memorandum.

12              THE COURT:  Yes.  I mentioned that.

13              MS. DIXON:  I had intended to attach it to mine,

14     but I was unsuccessful in my ability to do so.

15              I also mentioned in my sentencing memoranda that I

16     would be attaching Dr. Berlin's CV.  I didn't do that.  It's

17     36 pages long.  I don't know that I need to do that for this

18     Court.  I think that you understand what the import of

19     Dr. Berlin's testimony is and the import of his numerous --

20     background, publications, et cetera.

21              If I may, during my allocution, I would just

22     mention a little bit of his background.  But I don't think

23     it's necessary to talk about everything on those 36 pages

24     unless you think I need to.  Then I will.

25              THE COURT:  No, ma'am.  I agree.  He's a professor
```

 1    at Johns Hopkins.  Right?

 2              MS. DIXON:  Yes.

 3              THE COURT:  I take it he's well-credentialed.

 4              MS. DIXON:  He's a specialist in the field and he

 5    has a center.  He's had two centers.  One was a Johns

 6    Hopkins center, and now he has the National Institute For

 7    Sexual Victimization and Exploitation or something like

 8    that.  I've referenced it in my sentencing memorandum.  And

 9    I think the Court understands the import of that without me

10    having to give you the 36 pages.

11              But if not, I'm happy to do it.

12              THE COURT:  We'll save the trees.

13              MS. DIXON:  Thank you.

14              THE COURT:  Mr. Moses, this sentencing hearing

15    will proceed in four steps, some of which may seem a bit

16    mechanical to you.  But I want you to keep in mind why we

17    are here today and the gravity of the situation:  You've

18    committed a federal and a local crime.  Today's proceeding

19    is a serious matter, as it is about the consequences that

20    you will face because of your decision to engage in criminal

21    behavior in violation of law.

22              The first step of today's hearing is for me to

23    determine whether you've reviewed the presentence report and

24    whether there are any outstanding objections to it and, if

25    so, to resolve those objections.

1          The second step is to determine what sentencing

2    guidelines and sentencing range applies to your case based

3    upon your criminal history and considering any mitigating or

4    aggravating factors that may warrant a departure under the

5    sentencing guidelines manual.

6          The third step is to hear from the Government,

7    from your attorney and you, sir, if you wish to be heard

8    about sentencing in this case.  And I also understand there

9    are some individuals who want to speak on your behalf.  Why

10   don't we handle those folks before the Government speaks.

11   So we'll do that after we've gone through the guidelines

12   calculation.

13         And the last step requires the Court to fashion a

14   just and fair sentence in light of the factors Congress set

15   forth in 18 USC 3553(a).  As part of this last step, the

16   Court will actually impose the sentence along with the other

17   required consequences of the offense.

18         Probation filed its final presentence

19   investigation report and sentencing recommendation on

20   November 15th, 2022.  The Government filed its memorandum in

21   aid of sentencing on December 27th, and Mr. Moses filed his

22   memorandum in aid of sentencing on January 9th, 2023.

23         Does the Government have any objection to any of

24   the factual determinations set forth in the presentence

25   investigation report?  Ms. Bond?

1          MS. BOND:  No, your Honor.

2          THE COURT:  And, Ms. Dixon, have you and Mr. Moses

3     read and discussed the presentence report?

4          MS. DIXON:  We have, your Honor.

5          THE COURT:  And does the Defendant have any

6     objection to any of the factual statements set forth in it?

7          MS. DIXON:  We do.

8          THE COURT:  You can address those now, ma'am.

9          MS. DIXON:  Thank you.

10          On Page 3, we ask the Court to note that the

11     presentence report indicates that Mr. Moses's date of birth

12     is incorrect.  They have it as October the 21st, 1991.  His

13     date of birth is actually October the 21st, 1994.

14          His age is not 30, as is written on the

15     presentence report.  He is in fact 28 years old at this

16     time.

17          The presentence report shows an alias date of

18     birth and an alias Social Security number.  It does

19     correctly indicate that those things are aliases.  But

20     because of the way -- or the import of the word "alias," it

21     sounds like Shawn has tried to mislead people as to his

22     identity.

23          That's not the case.  We don't know why this

24     incorrect information was there or where the presentence

25     report writer got it from.  But it's not a situation where

1    Shawn has given one date of birth here and another date of

2    birth there or different Social Security numbers.  In other

3    words, the aliases have more to do, I guess, with

4    administrative kinds of snafus and not Shawn.

5                    THE COURT:  I understand.

6                    MS. DIXON:  Page 4, No. 3, indicates there are two

7    dates for the incident at issue here.  But actually, it's a

8    range of dates, and it's not that they are two separate

9    incidents that happened on two separate dates.

10                   Page 7, No. 20, indicates that the parties met in

11   2017 or '18 and that they began their sexual relationship

12   six months later.  That's incorrect.  Actually, the parties

13   met online in 2016.  They interacted online intermittently

14   and did not begin the sexual relationship until two years

15   later.

16                   No. 21 states that the parties routinely

17   videotaped their encounters.  We disagree with that.  The

18   recording only happened on one time and -- I should say on

19   one day, and that was conducted by Ms. Miller.  In other

20   words, it wasn't the parties who are recording this; it is

21   Ms. Miller surreptitiously making recordings and not my

22   client agreeing to or knowingly participating in any

23   recordings.

24                   No. 22, the activity at issue here occurred in

25   2018 when Shawn was 23 years old, as previously stated.

```
1              THE COURT:  Sorry, ma'am.

2              On that last one, I think that's taken from the

3    statement of offense.  I'm looking at Page 3:

4    "Approximately six months later, they met in person and

5    began a sexual relationship.  Defendant 1 routinely

6    video-recorded the consensual sexual activity between

7    herself and the Defendant."

8              MS. DIXON:  I think you're right in that it's in

9    the statement of facts.  It's one of the things that the

10   Government and I went back and forth on.  As you know, this

11   case has taken a long time.  We've gone back and forth on

12   several issues in this case, and that's just one of them.

13             It was the mother, who the Court is aware of.

14   That person's statement used the word "routinely."  Shawn's

15   statement doesn't use that word and Shawn does not use that

16   word.  He would not -- so that's why we're saying we dispute

17   this.

18             I appreciate that the presentence report writer

19   got it straight from the statement of facts.  I'm not

20   saying --

21             THE COURT:  But your client --

22             MS. DIXON:  He disputes it.

23             THE COURT:  -- read and agreed to it.  Right?

24             MS. DIXON:  Well, we agree that that would be the

25   statement of facts that would be used in this case.
```

1          THE COURT:  I don't know what you want me to do.

2          MS. DIXON:  I don't want you to do anything.  I

3    want to put it on the record.  Yes.  I just want you to

4    know.  That's all I want.

5          No. 22 is that this activity occurred in 2018,

6    when Shawn was 23 years old.  And as previously stated, he

7    did not know that he had been recorded until Ms. Miller told

8    him.

9          24 and 25, I think it says in the presentence

10   report that there are no co-defendants.  And as I stated in

11   my sentencing memorandum, we can use the word

12   "co-defendants" in a lot of different ways.  There are no

13   co-defendants in that Shawn was arrested based on his

14   conduct.  But there are co-defendants to this, I guess,

15   investigation, if you will.

16          THE COURT:  I understand.

17          MS. DIXON:  That's what I mean by that.

18   Ms. Miller and Christopher Ham and the other person who

19   died.  I don't know that person's name.

20          Page 10, No. 49:  Shawn's age at the time of his

21   arrest is incorrect.  And that's the arrest for the prior.

22   The prior arrest, not this case.  That's what I mean.  There

23   was a prostitution charge.  He was 19 at that time.

24          THE COURT:  Okay.

25          MS. DIXON:  Page 14, No. 76:  It's not a big deal,

 1 | but it is a big deal.  Undersigned counsel is retained and
 2 | not appointed.
 3 |        THE COURT:  It's a big deal to you.
 4 |        MS. DIXON:  Exactly.
 5 |        And I guess it's part of, I guess, what I want you
 6 | to know, which is that the family wanted to pour resources
 7 | into this.
 8 |        THE COURT:  I understand.
 9 |        MS. DIXON:  Thank you.
10 |        Again, No. 81:  There is no minimum mandatory
11 | sentence in this case.
12 |        Page 15, No. 86:  The D.C. Sentencing Guidelines
13 | Manual, Section 6.1, is not applicable here.  I don't have
14 | the manual in front of me, so I don't remember what it said,
15 | but I remember writing that.  I don't remember what 6.1 is.
16 |        THE COURT:  I thought it was the table.  They have
17 | their own range.  Right?
18 |        MS. DIXON:  Yes.
19 |        THE COURT:  I guess we'll come to that.
20 |        MS. DIXON:  I'm not disputing the way the
21 | guidelines were calculated.  I think I was just disputing --
22 | making a technical dispute in that maybe the wrong section
23 | was cited, something like that.
24 |        THE COURT:  Okay.  Thank you, ma'am.
25 |        MS. DIXON:  Those are my discrepancies.

```
1            While I'm up here, if I could ask you, your Honor,

2    I know you said that you would like for the people in the

3    audience to speak before the Government.  But if there is

4    any way possible, because we had kind of planned out a

5    presentation, can they speak after I do?

6            THE COURT:  Well, I guess I don't want -- I think

7    the Government should have an opportunity to respond to ten

8    people speaking.

9            MS. DIXON:  They're not going to speak to the

10   facts, though, is all I'm saying.

11           THE COURT:  Nonetheless, I'm happy for you to

12   reverse with the Government if you'd like.  But I think the

13   Government is going to get to respond to kind of all of

14   those statements.

15           MS. DIXON:  I think that's fair.  I guess I'm just

16   talking about order.  Whatever the Court -- obviously, we

17   will do whatever you say.  But if there is any way possible

18   that they could -- they can speak.

19           If I might, what I had envisioned is making my

20   presentation, showing my video, which will occur very early

21   in my presentation, and then having his parents speak to

22   you, because I think all of that will tie in together.

23   That's just the flow that we had envisioned.

24           After the people speak, if the Government wants to

25   say something about what they've said, I get that.  And then
```

1    of course obviously we would envision that Shawn would have

2    the last word.

3              THE COURT:  I certainly agree with that.

4              MS. DIXON:  But we can do whatever you want.

5              THE COURT:  Thank you.

6              MS. DIXON:  Thank you.

7              THE COURT:  So, Ms. Bond, can I have you respond

8    to the factual discrepancies?

9              MS. BOND:  Yes, your Honor.

10             THE COURT:  What, if anything, do you disagree

11   with?

12             MS. BOND:  So with respect to Ms. Dixon's

13   objections, so we disagree with her noting Page 7, No. 20,

14   saying that the parties met in 2017 or '18, and they

15   actually met in 2016 and did not begin a sexual relationship

16   until two years later.

17             The reason we disagree with that is in the

18   information that was filed, we have agreed and Mr. Moses has

19   agreed as part of the plea that the offense took place

20   somewhere between June 1st, 2017, and June 24 of 2018.  And

21   so that's the only reason we disagree with that particular

22   issue.

23             THE COURT:  But you agree there's one -- this

24   happened on one day?

25             MS. BOND:  Correct.  Yes.  We agree this was the

1    one incident that we are aware of.

2           We also disagree with her objection, No. 21.  And

3    as the Court pointed out, Mr. Moses agreed in the plea --

4    the proffer of facts that the parties did routinely

5    video-record this and that he was aware of this.  And the

6    Court just had an opportunity to view those videos of the

7    particular incident; and as the Court saw, Mr. Moses looked

8    right at the camera.  So he was well aware at the time that

9    the video was being recorded in the moment.  So we disagree

10   with that one.

11          We also disagree with No. 22.  And the reason we

12   disagree with No. 22 is what I just said:  that he was aware

13   at the time that Ms. Miller -- that Defendant 1 was

14   recording because he looked directly at the camera.

15          With respect to No. 24 and 25, there are no

16   co-defendants.  They're related cases, similar conduct, but

17   not proper co-defendants.

18          So that's our response to those objections.

19          THE COURT:  And, Ms. Reichler, did you agree with

20   the defense as well that at least the ages are incorrect

21   here and the date of birth?

22          THE PROBATION OFFICER:  That is correct, your

23   Honor.

24          THE COURT:  Any other --

25          THE PROBATION OFFICER:  The earliest date of

1    birth --

2              THE COURT:  Anything else?

3              THE PROBATION OFFICER:  I would just clarify

4    Paragraph 86, call your attention to that.  And we're

5    focusing on one victim in multiple events, and that's why we

6    indicate -- we recommend a sentence be imposed

7    consecutively.

8              THE COURT:  Thank you for raising those

9    objections.

10             Thank you, Ms. Bond.

11             I think the defense is correct on the

12   date-of-birth point, that the crime here that we're focused

13   on occurred on one date within a date range.  And I think

14   the defense is also correct about the Defendant's age at the

15   time of the offense.

16             I'm not going to ask Probation to change the PSR

17   to reflect aliases or Social Security numbers.  I typically

18   see those.  I've never put any weight on those.  I think

19   that's probably just how things have been run at various

20   points, so I'm not going to try to get to the bottom of that

21   because that won't influence my decision at all.

22             And I think I agree with the Government that --

23   and I think the defense is also bound by the statement of

24   offense that both parties have agreed to.  That's what we

25   have here instead of a trial.  And so to the extent the

1       statement of offense describes the nature and length of

2       their sexual relationship, that's what I'm going to rely on.

3       So I'm not going to sustain the defense objection to those

4       points.

5                I think the Government is technically right:

6       There aren't co-defendants here, although I certainly take

7       Ms. Dixon's point that there are two related cases that are

8       highly relevant and are for practical purposes the

9       equivalent of co-defendants.

10               I'm not going to sustain the objection on the D.C.

11      Code point.  It's not quite clear to me -- I don't know that

12      it's clear to anyone except perhaps Ms. Reichler -- about

13      the import of that.  But anyway, I'm going to deny the

14      objection there.

15               Mr. Moses, could you approach the podium, sir.

16               MS. DIXON:  May I go as well?

17               THE COURT:  Absolutely.

18               Sir, are you fully satisfied with your attorney in

19      this case?

20               THE DEFENDANT:  Yes.

21               THE COURT:  Do you feel you've had enough time to

22      talk with her about the probation office's presentence

23      report and the papers the Government filed in connection

24      with the sentencing?

25               THE DEFENDANT:  Yes.

```
 1                    THE COURT:  Thank you, sir.
 2                    We've got another case that had been passed.
 3          Mr. Thomas is still here, so I'm going to briefly retake
 4          that.
 5                    I will just for the record accept the facts as
 6          stated in the presentence report with the exception of those
 7          issues that I just mentioned, especially on the date of
 8          birth and the date of offense.
 9                    Ms. Reichler, I'll just ask you to make sure
10          that's corrected.  And I'll ask the attorneys to step back
11          so that we can address this other case quickly.
12                    MS. DIXON:  Thank you.
13                    THE COURT:  Thanks, folks.
14                    (Whereupon, the Court went on to hear other
15          matters, after which the following proceedings were had:)
16                    THE COURTROOM DEPUTY:  The Court re-calls Criminal
17          Case 22-54, United States of America versus Shawn Cortez
18          Moses.
19                    THE COURT:  All parties and the Defendant are
20          present.
21                    So the presentence report lays outs the probation
22          office's calculation of the advisory guideline range that
23          applies in this case.  I'll attempt to summarize the
24          calculation as follows, first for the federal offense and
25          then for the local offense:
```

1          As to Count 1, the guideline for the federal

2     offense is found in Guideline 2G2.2 of the guidelines

3     manual.  That section provides that an offense involving

4     access with intent to view child pornography has a base

5     offense level of 18.  However, because the offense involved

6     causing, permitting or offering a minor to engage in

7     sexually explicit conduct for the purpose of producing a

8     visual depiction of such conduct, 2G2.1 mandates a base

9     offense level of 32.

10          The offense here carries with it some

11     enhancements:  Because the Defendant's crime involved a

12     minor under the age of 12, there's a four-level enhancement.

13     And because the offense involved the commission of a sexual

14     act or sexual conduct, there's an additional two-level

15     enhancement.

16          By his guilty plea, Mr. Moses has accepted

17     responsibility for his offense.  That entitles him to a

18     two-level reduction.  He also assisted authorities in their

19     investigation, entitling him to an additional one-level

20     decrease.

21          Therefore, prior to the consideration of any

22     departures or variances, his total offense level is 35 for

23     Count 1.

24          Any objection to that calculation?  Ms. Bond?

25          MS. BOND:  No, your Honor.

```
 1              THE COURT:  And Ms. Dixon?

 2              MS. DIXON:  No, your Honor.

 3              THE COURT:  He has no prior criminal convictions,

 4    meaning that he's in Criminal History Category I.  So based

 5    upon a total offense level of 35 and a criminal history

 6    category of I, the guideline range applicable to Mr. Moses's

 7    federal offense is 168 months to 210 months.

 8              The guidelines fine range is $47,000 to $400,000.

 9              Turning to the D.C. offense, under the D.C.

10    voluntary guidelines, this offense is grouped in M3.

11    There's no criminal history again, meaning he's in criminal

12    history category A for the D.C. guidelines purposes.  So

13    with a group M3 offense and a criminal history category of

14    A, the D.C. guideline range applicable to his offense is 90

15    to 270 months.

16              Are there any objections to these calculations?

17    Ms. Bond?

18              MS. BOND:  No, your Honor.

19              THE COURT:  And Ms. Dixon?

20              MS. DIXON:  No, your Honor.

21              THE COURT:  I will now discuss the statutory

22    penalties, which include potential for imprisonment,

23    probation, fines and restitution.

24              The federal offense carries a maximum prison term

25    of 20 years.  Given the aggravating circumstances under the
```

1    D.C. Code, the D.C. Code offense has a maximum term of life

2    imprisonment.

3              The maximum fine for the federal offense is

4    $250,000.  For the local offense, it's $125,000.  For both

5    offenses, the Court may impose a term of supervised release

6    of five years to life.

7              There's also a mandatory special assessment of

8    $100 per felony conviction.

9              Under 18 USC 3561, Mr. Moses is eligible for one

10   to five years of probation for his federal offense.  For

11   his D.C. offense, he's eligible for up to five years of

12   probation.  But under the applicable guidelines, Mr. Moses

13   is not eligible for probation for either offense.

14             According to 18 USC 3663A, restitution is

15   mandatory for the federal offense; and for the D.C. offense,

16   the Court may impose restitution.

17             Have I stated accurately the statutory framework

18   under which we are operating in regard to this case?

19   Ms. Bond?

20             MS. BOND:  Yes, your Honor.

21             THE COURT:  And Ms. Dixon?

22             MS. DIXON:  Yes, your Honor.

23             THE COURT:  Having determined the applicable

24   guidelines sentence, the next step is for the Court to

25   consider departures from the guidelines.  The presentence

1    report does not include any departure grounds and neither

2    party has identified any.

3           Am I correct that neither party is requesting a

4    departure?  I'm not talking about variances right now, but

5    neither party is seeking a guideline departure.  Is that

6    correct, Ms. Bond?

7           MS. BOND:  The Government does not seek one.

8           THE COURT:  Ms. Dixon?

9           MS. DIXON:  Correct.

10          THE COURT:  Before I discuss the other sentencing

11   factors that will bear on my final decision, I will at this

12   point share with the parties the particular sentence the

13   probation office has recommended, taking into account the

14   advisory guidelines sentence, the available sentences and

15   all of the factors listed in Section 3553(a):

16          The probation office has recommended a sentence of

17   168 months' incarceration on Count 1 and 90 months'

18   incarceration on Count 1.  Probation is recommending those

19   to run consecutively to one another.

20          I think the report did say "concurrently," but

21   Ms. Reichler has confirmed for me that the intent was for

22   those to be consecutive sentences.

23          Also, five years of supervised release and a

24   special assessment of $200.

25          The recommendation of the probation office is

1    based solely on the facts and circumstances contained in the

2    presentence report.

3            I must now consider the relevant facts that

4    Congress set out in 18 USC 3553(a) to ensure that the Court

5    imposes a sentence that is sufficient but not greater than

6    necessary to comply with the purposes of sentencing.  The

7    purposes include the need for the sentence imposed to

8    reflect the seriousness of the offense; to promote respect

9    for the law; and to provide just punishment for the offense.

10           The sentence should also afford adequate

11   deterrence to criminal conduct, protect the public from

12   future crimes of the Defendant and promote rehabilitation.

13           In addition to the guidelines and policy

14   statements, I must consider the nature and circumstances of

15   the offense, the history and characteristics of the

16   Defendant, the need for the sentence imposed, the guideline

17   ranges, the need to avoid unwarranted sentence disparities

18   among defendants with similar records who have been found

19   guilty of similar conduct and the types of sentences

20   available.

21           So I think, given Ms. Dixon's request, what I'll

22   do is ask you to start, Ms. Bond, but I'll give you an

23   opportunity to speak again before the Defendant speaks.  So

24   I'll ask you to go first.

25           And then, Ms. Dixon, you can take the floor and

1    show the video and have your witnesses speak; and then I'll

2    have the Government speak again.

3               MS. DIXON:  If I might say one thing, your Honor.

4               I'm still wrong on that birth date.  The year is

5    correct, but it was October the 24th and not the 21st.  I'm

6    sorry.

7               THE COURT:  This is how you get these aliases and

8    Social Security numbers here.

9               MS. DIXON:  I see.

10              THE COURT:  Go ahead, Ms. Bond.

11              MS. BOND:  Thank you, your Honor.

12              Your Honor, the United States is requesting a

13   sentence -- a bottom-of-the-guidelines sentence of 168

14   months of incarceration, a lifetime of supervised release

15   and $100,000 in restitution.

16              And this is based not only on the guidelines that

17   were agreed upon in the plea agreement as being reasonable

18   and applicable to this particular offense, but as the Court

19   noted we believe that this is consistent with all of the

20   3553 factors and it is sufficient but not greater than

21   necessary to effect a just punishment here.

22              The Court has read our sentencing memorandum, so

23   I'm not going to belabor the point that we made in there.

24   But in our memo, we address each of those factors in turn

25   and at length.

1          I'm not going to discuss the nature and

2    circumstances of the crime.  The Court had an opportunity

3    earlier this afternoon to view the videos that depict in

4    graphic detail the nature and the circumstances of the

5    crime:  exactly what Mr. Moses did, exactly how long he took

6    in doing it, what he did to that child; and the Court does

7    not need additional description from me.

8          With respect to the other factors, I want to

9    address specifically Ms. Dixon's pleading that was filed

10   just yesterday.  We would have filed a reply, but didn't

11   have an opportunity to do so in the short amount of time.

12         The Defendant's request is that he be sentenced

13   outside of the guidelines, essentially asking the Court to

14   disregard the Federal Sentencing Guidelines and look only to

15   the D.C. Superior Court guidelines.

16         They don't cite any law, any precedent or any

17   reason to do that other than the fact that she basically

18   argues the Defendant is technically guilty of access with

19   intent to view but not so guilty that those guidelines

20   should actually be applicable.

21         Defense counsel also focuses in great detail on

22   one specific factor, the Defendant's history and

23   characteristics, to the exclusion of all of the other

24   factors:  the deterrence, the seriousness of the crime, and

25   focuses just on the Defendant.

1          But the Defendant was not the victim here.

2     Mr. Moses was not duped.  He was not forced.  He was not a

3     naïve little child who was led into committing this crime.

4     He knew what he was doing and he did it willingly.

5          With regard to --

6          THE COURT:  Do you agree that this is kind of an

7     unusual factual scenario for that charge?

8          MS. BOND:  Yes.  It is an unusual case in many

9     respects.

10          But in lengthy discussions with defense counsel,

11     in looking at the facts of this case, in looking at the

12     facts of the related case, we think it is perfectly

13     applicable to what Mr. Moses did; and frankly, it was

14     offered as part of the plea agreement.  If Mr. Moses had

15     been indicted, it would have been with much more significant

16     charges, probably a production charge.

17          So while, yes, it is unusual, I think it is not

18     only appropriate, not only completely consistent with the

19     elements and the facts in this case, but it encapsulates

20     what he did here.

21          THE COURT:  I want you to get a chance to make

22     your points.  But these child pornography cases are

23     infamously difficult.  In part, I know a lot of people feel

24     like the sentencing guidelines are quite high at least in

25     some of the child pornography cases.

1          Ms. Dixon has not made a policy argument here, and

2     I've rejected those arguments in other cases.  So I think

3     she made a smart move by not making that argument.

4          But I guess I wonder, this case also feels unusual

5     at least for federal child pornography cases in that there

6     is contact and a lot of these cases involve individuals who

7     had child pornography but were not involved.  There was no

8     hands-on contact.

9          How do you think that plays into how I should view

10    the guidelines here?

11         MS. BOND:  So there is clearly a continuum of

12    charges, and the guidelines reflect that.  This is not a

13    possession case where somebody just has illicit images on

14    their computer.  It is much further along in the continuum.

15         Not only -- part of the point I want to make is,

16    even setting aside any sort of hands-on abuse, there's a

17    continuum of what people can do with illicit images.  Like I

18    said, at the bottom you've got just possession.  You've got

19    people who distribute and are just sending pictures back and

20    forth, even though they are not specifically abusing a

21    child.  That's a little bit further along.

22         And then you have people much higher up on the

23    continuum who are actually producing these images, using the

24    camera, hurting a child.

25         And Mr. Moses is much further along to the top of

1    that continuum than to the bottom because even if he wasn't

2    holding the camera, once he knew that camera was there --

3    and we know that because in those images he turns and he

4    looks right at that camera.  He knows that he is being

5    filmed and he knows he is with a child.  He is also not only

6    aware of the recording happening, but he is physically

7    abusing that child at the same time.  So he is way at the

8    high end of the continuum and not way at that bottom end

9    where he's somebody who is just -- and I don't say that to

10   minimize that conduct either -- but this is not just about

11   pictures.

12           THE COURT:  And is the access with intent to

13   view -- the typical kind of case is someone with possession

14   of child pornography.  Is that --

15           MS. BOND:  I really could not say what the typical

16   case is, but I will acknowledge that there are many unusual

17   aspects to this particular case and the way in which

18   Mr. Moses came to be with that child.

19           THE COURT:  Okay.

20           MS. BOND:  Mr. Moses:  Ms. Dixon focuses a lot on

21   who he is, his history and characteristics.  And I do want

22   to address some of those points.

23           One of the things that is -- one of the points

24   that's made in the defense memorandum is:  This only

25   happened on one occasion.  Mr. Moses feels very sad and

1    sorry about it.  And he really distanced himself from

2    Defendant No. 1, the mother, after that point.

3          But that is not the case at all.  The evidence

4    does not bear that out.  It really -- what we really see are

5    in the Kik messages.  Ms. Dixon provided the Court with

6    three pages' worth of those messages.  But I want to provide

7    the Court with all 17 pages, and I can hand a copy to

8    Ms. Dixon.  I will happily hand up a copy to the Court and I

9    would like to put some of them on the ELMO.

10          As the Court knows from the information, the abuse

11   is believed to have taken place between June of 2017 and

12   June of 2018.

13          Of course, the Government's evidence is there was

14   only one instance of the hands-on sexual abuse, but that

15   relationship continued well after that abuse.  And Mr. Moses

16   showed no remorse during the continuation of that

17   relationship.  So I apologize if I've already marked this

18   up, but I was looking at it earlier today.

19          I want the Court to note the first date of these

20   Kik messages.  This is August 1st of 2018.  So that is

21   already well within the time range that the Government

22   believes that that abuse either had already happened or was

23   about to happen.

24          The green is where Defendant No. 1 is contacting

25   Mr. Moses.  As the Court can read through these 17 pages,

1    it's pretty clear that they already know each other, have

2    already had interactions of some sort.

3            So going on to Page 2, we move into the next

4    month.  And the next month, you see the date is September

5    23rd of 2018.  And in that particular chat, Mr. Moses in the

6    blue is saying, "But I really am sorry, Mommy, but you saw

7    how devoted to you I was.  I loved talking to you and coming

8    to see you.  I love how nasty you are and I miss you."

9            Now, the Government believes that this is

10   either -- the sexual abuse of the child has either already

11   happened or will happen within the next month, because this

12   is September 23rd of 2018.  The top of the range of where

13   the abuse occurred would be October 24th of 2018.

14           THE COURT:  I thought it was June 2017 to June

15   2018.

16           MS. BOND:  I am so sorry.  Let me look at it so

17   I'm not misspeaking.

18           Yes.  I apologize.  So the way it was charged,

19   based on all the information we had, we did charge it from

20   June 1st, 2017, to June 24th, 2018.  And I apologize for my

21   mental lapse.  So this would have been well after the abuse

22   occurred.

23           He is hitting her up.  He is, you know, continuing

24   that relationship.  And not only continuing that

25   relationship, but praising how nasty she is and how he

1    misses her.

2          So that continues on.  And several weeks later,

3    moving to an exchange that happened on October 12th of 2018,

4    Defendant No. 1, the mother, says, "You should be able to

5    find a high schooler in your neighborhood."

6          We thought this is particularly relevant because

7    there's a lot of question about whether Mr. Moses actually

8    has an interest in children or whether this is something

9    that he did at somebody else's behest.  But there's a lot in

10   here that really does suggest that if he wasn't purposefully

11   seeking out children, he was at least interested, because

12   the timestamp of this text on October 12th of 2018 is 00:28.

13         Within four minutes, moving to October 12th of

14   2018, 00:32, he is responding, "You want me to suck his

15   dick.  Right?"

16         Now, there's a lot packed into these chats.

17   There's more than one way that somebody could read these

18   chats.  But the Government thinks one reasonable way to read

19   these chats is he's responding to her comment about the high

20   schooler, suggesting that he has an interest in younger

21   people, children.  Most high schoolers are not of age.

22         These chats continue through April 2020, shortly

23   before Defendant 1 was arrested.

24         The one other place I want to draw -- actually,

25   two other places -- on Page 4, that same date, he was

1    talking about what we believe is talking about the high

2    schooler.  He says, "Okay.  I understand, Mommy.  I won't

3    disobey you ever again."

4         And as you can see through these chats, he calls

5    Defendant No. 1 "Mommy" repeatedly.  That seems to be his

6    pet name for her.

7         So even after he has sexually abused this person's

8    child, he is agreeing, I will not disobey you ever again,

9    suggesting that he is an ongoing danger, not only to

10   Defendant 1's child at that time, but to anybody else who is

11   willing to direct Mr. Moses.

12        There is a particularly disputed chat, and that's

13   the one that Ms. Dixon provided the pages for.  And that is

14   on Page 10 and 11.  Actually, 11.

15        So on Page 11, close to the top, where it says,

16   "One more than picture before bed?" we have that dated April

17   24th of 2019.  That is well, well, well past when this abuse

18   would have occurred.  This relationship is ongoing.  They're

19   still texting each other.  And Mr. Moses says, "One more

20   picture before bed?"

21        And we know that Defendant 1 responds with some

22   sort of picture.  We do not know what that image was or who

23   it was of.  But the Government has long interpreted this

24   particular passage to be referring to Defendant No. 1's

25   daughter.  And the reason is because the response after that

1    picture is sent is, "I wanna fill her up with my dick so

2    bad."

3          Defendant No. 1 responds, "You must be awesome to

4    Mommy" -- I'm sorry.  So after Mr. Moses says, "I wanna fill

5    her up with my dick so bad," Defendant No. 1 responds, "You

6    must be awesome to Mommy in order to get a moment with her

7    again."

8          Now, defense counsel has taken this passage and

9    argued that Mr. Moses and Defendant 1 were referring to

10   their own sexual relationship.  It is certainly one way to

11   interpret that passage.

12         The reason the Government has long interpreted

13   this passage to be referring to the child is the use of

14   "her," because if you look throughout this whole document or

15   do a word search, which I did earlier today, you see that

16   Mr. Moses refers to Defendant 1 as "Mommy" over 20 times in

17   this passage.  He also refers to Defendant No. 1 as "you"

18   over 20 times.  This is the only time where he refers to

19   somebody as "her," suggesting that he is not referring to

20   Defendant No. 1.  He is referring to some other female.  And

21   that is the reason the Government believes he was referring

22   to the child.

23         So there are a couple of takeaways from these Kik

24   messages:  One, there is no remorse for a year and a half of

25   messages after the Defendant has sexually abused this child.

1          Two:  He's suggesting in two different places that

2   he does indeed have an interest in children or at minimum is

3   curious about those children.

4          So the Government thinks that these Kik messages

5   are very important in looking at Defendant Moses's

6   characteristics and contrasting that with what I know will

7   be a video of Mr. Moses in church and a number of people who

8   come in and say -- I'm sure will speak very well of

9   Mr. Moses's character.

10          But what Mr. Moses does in public and what

11   Mr. Moses does in private are very different things.  And

12   the Court needs to look at the lack of remorse, the

13   willingness to continue that relationship for well over a

14   year and a half after he has abused that girl.

15          I think defense counsel's memo significantly

16   minimizes the way that it has described and sort of ignores

17   some of this extraneous evidence about how interested

18   Mr. Moses was.

19          So the other issues the Government wants to

20   address are the way in which defense counsel characterizes

21   how many times Mr. Moses had been to Defendant No. 1's

22   house.  She said in her memorandum that he was only there

23   for a small number of times.

24          But that's not accurate and that's not accurate

25   based on Mr. Moses's own words.  In fact, in his interview

1    at the time of the arrest, he tells Detective Sullivan, who

2    the Court had an opportunity to meet today, that he had been

3    in Defendant No. 1's home approximately ten times.

4          And the fact that he said that at the time of his

5    arrest is very different from what he eventually told

6    Dr. Berlin, because what Defendant Moses told Dr. Berlin is

7    that he had only been with that woman four times.  So again,

8    evidence of minimization in what both the Defendant and the

9    defense counsel are willing to accept here.

10         There's also some disagreement about why Mr. Moses

11   did this.  Frankly, your Honor, the Government's perspective

12   is that the videos speak for themselves, that he did this

13   because he enjoyed it, because he got sexual gratification

14   out of it, because he wanted to do it.

15         But there are a lot of other excuses floating

16   around that may or may not be accurate.  One of those

17   excuses is that he had done it because Defendant No. 1 put a

18   sex toy in his anus and he was in pain and he was trying to

19   abuse the child so that the pain would go away.

20         Your Honor, that is absolutely -- there is no

21   evidence for that for a couple of reasons.  One, you see the

22   video.  There's no evidence of pain in his face, no wincing,

23   no nothing.  He seems to be very comfortable with what he is

24   doing, abusing that child and enjoying the sexual

25   penetration from the partner behind him.

1          The other issue with that is, as you see in

2     Dr. Berlin's evaluation, he had had experience with anal

3     penetration before, so there is no reason to think that it

4     would be a particularly painful experience for him in that

5     moment.

6          There were no -- there was no force; there is no

7     threats; there was no reason to believe he was not perfectly

8     happy to be, one, having sex with Defendant No. 1 and, two,

9     sexually abusing Defendant No. 1's child.

10          Additionally, the photos that have been in

11     dispute, the photos --

12          THE COURT:  Are you going to talk about

13     Dr. Berlin's report?

14          MS. BOND:  I will.  And I can move to that right

15     now.

16          So the Government does not think that you should

17     credit any of the opinions of Dr. Berlin because they are

18     not scientifically sound.

19          Dr. Berlin has relied only on his own interview.

20     He did review some of the court documents and things like

21     that, but he did not verify any of the information and he

22     did not do any of the scientifically valid tests that are

23     often done in conjunction with a psychosexual exam.

24          And Ms. Dixon sort of contrasts that with what

25     Dr. Tabron did with respect to the victim.  And these are

1    wildly different projects these two experts were working on.

2    First of all, Dr. Tabron was doing a financial workup on the

3    victim.  She was not diagnosing the victim; she was not

4    doing the psychological evaluation.  She was determining how

5    much loss, financial loss, and what it would likely take to

6    help this victim become a whole and healthy adult.  She

7    didn't diagnose anything with respect to that victim.

8           Dr. Berlin had a very different task.  He actually

9    diagnosed the victim.  He claims -- or diagnosed Mr. Moses.

10   Yet in that diagnosis, he didn't use any of the valid tests

11   that are typically used in that process.  He relied only on

12   his own personal gut feeling, which was supported by what

13   Mr. Moses had to tell him.

14          And when it comes to self-reporting, there is some

15   value in that.  Of course, there's probably some truth to

16   what Mr. Moses said to him.  But without the verification,

17   Dr. Berlin has no idea how true it really is.

18          First of all, Mr. Moses has a lot of good reasons

19   to want to look very good to Dr. Berlin and to the Court.

20   He's got a lot hanging on today.

21          Second, even with somebody who's trying to be

22   completely honest, it is not easy to remember things

23   perfectly.  And even when admitting the worst thing that you

24   have potentially done in your life, it is very hard to be

25   completely candid about that.  And that's why self-reporting

1    should be taken with a grain of salt.  You need to have

2    something else to support that self-reporting, which

3    Dr. Berlin didn't bother to do.

4              THE COURT:  What would you have expected to see

5    here to confirm -- I think the pedophilic disorder?  Is that

6    what it is?

7              MS. BOND:  I would have at minimum expected him to

8    use one of the standardized -- one or more of the

9    standardized tests which many psychologists will use when

10   they do psychosexual evaluations.  I also would have

11   expected him at minimum to interview several people from

12   Shawn's life to get a second opinion on what was going on,

13   what was happening.

14              Like I said, self-reporting should be taken with a

15   grain of salt, particularly when somebody has so much riding

16   on the outcome of that self-report.

17              THE COURT:  So it reminded me a lot -- you

18   prosecuted Mr. Ham as well?

19              MS. BOND:  Yes.

20              THE COURT:  So it reminded me a lot of what

21   Mr. Ham claimed, which is I suppose very vague

22   corroboration, but it sounded quite similar, where Mr. Ham

23   also said that he really didn't have any interest in kids,

24   but that this was some sort of dominatrix relationship where

25   he felt compelled to do what she said.

1              If I was inclined to disagree with you and give

2      some credence to this idea that the Defendant does not have

3      pedophilic disorder, where does that leave you?

4              MS. BOND:  It leaves us in the exact same place,

5      because it matters not one whit whether he is a pedophile or

6      not.

7              Because somebody can be a pedophile and have a

8      specific desire and sexual interest in children, and that

9      would be a heavy burden to bear; but a pedophile is able to

10     conform their conduct to the law.  Whether Mr. Moses is a

11     pedophile or not a pedophile does not matter because he did

12     not conform his conduct to the law.  It doesn't really

13     matter whether he has a long-term interest or just did it

14     because he was opportunistic.  The bottom line is he

15     sexually abused a child, and those videos show that he

16     enjoyed it pretty well as he was also sexually penetrated

17     himself.

18             So at the end of the day, while we think the Court

19     should basically discount what Dr. Berlin wrote and the fact

20     that he relied only on a Defendant's self-report, it doesn't

21     really move the needle on the sentence.  The sentence that

22     the Government has suggested, we believe, is fair; it

23     captures all of the sentencing factors, which will

24     eventually feed into my next point, unless you want to talk

25     more about Dr. Berlin; it gets us to deterrence, which is a

1   huge, huge issue here.  Not only specific deterrence for

2   Mr. Moses, but also general deterrence for people who are so

3   inclined, whether those people are pedophiles or whether

4   those people are just obedient and are willing to follow

5   what somebody else tells them to do.

6          When someone -- the consequences for abusing a

7   child are necessarily high and should be high because of the

8   damage done to that child.

9          Deterrence is important because there aren't a lot

10  of societal things checking that kind of abuse.  It's often

11  done in secret.  Many, many children do not tell.  And it

12  was just by happenstance that this child's mother was

13  caught, which eventually led to Mr. Moses.  Because of that

14  secrecy, the penalties should be high for those who are

15  found out.

16         THE COURT:  Do the guidelines make a difference

17  between the child being awake or aware of it or not?

18         MS. BOND:  The guidelines do not.  And that is a

19  very interesting point, because it seems like in defense

20  counsel's memorandum, she is trying to minimize the effect

21  on the child because the child may or may not have been

22  asleep.

23         And to my knowledge, there's no discernible

24  difference in the statute whether the child was awake or

25  asleep; and to my knowledge, there's also not a difference

1    in the potential trauma down the road.

2            I do want to speak to this particular child.   We

3    don't know whether she was awake or asleep.   Certainly the

4    videos appear that she may have been asleep.

5            In the course of the investigation, the Good

6    Samaritan who brought this whole -- this whole group to

7    light reported that Defendant 1 told him that she used

8    Melatonin on her child to put the child to sleep.

9            Whether Mr. Moses knew that, didn't know that, no

10   idea.   But I think there are a lot of different ways to view

11   that.   The child could have been asleep.   The child could

12   have been using appearing asleep as a coping mechanism

13   because not only was Mr. Moses, but multiple other

14   individuals were abusing her.

15           So no, the statute doesn't change because she may

16   have been asleep.   And I think there are reasons to be

17   cautious about assuming that she was asleep during one or

18   more of these abusive events.

19           THE COURT:   The father -- obviously, his victim

20   impact statement is, one of the things he mentioned was how

21   he feels like he doesn't know what's going on.

22           Is that still the case?

23           MS. BOND:   Your Honor, I have personally not had a

24   conversation with that individual in recent months.   But

25   there are plans to address those issues.

 1          THE COURT:  Yes.  Can I ask you to do that?

 2  Obviously, this is not a sealed hearing.  I was troubled by

 3  that, and I know he wrote that a while back.  But I

 4  certainly hope we're addressing the victim's father on this.

 5          MS. BOND:  Understood, your Honor.

 6          THE COURT:  You may continue.

 7          MS. BOND:  So I think we've hit most of the

 8  points.

 9          One other issue that I wanted to mention is that

10  the sentence requested by the Government of 168 months would

11  be consistent with what people receive in very similar

12  circumstances.  And I want to cite to the -- let's see --

13  JSIN.  I apologize.  So in any event, it's the judiciary

14  that tracks sentences that people receive under specific

15  guidelines.

16          So for the specific guideline that Mr. Moses has

17  been convicted under, we were able to find that between

18  fiscal year 2017 and 2021, there were 141 offenders whose

19  primary guideline was 2G2.1 and had an offense level of 35,

20  which is what Mr. Moses had, as well as a criminal history

21  score of I.

22          Of those 141 offenders, 100 percent received a

23  sentence of imprisonment in whole or in part.  The average

24  length of imprisonment imposed was 157 months and the median

25  length of imprisonment imposed was 180 months.

1          So the Government's request of 168 months is --

2     one, it's consistent with what Mr. Ham received for

3     essentially identical conduct; and it is right in the middle

4     of what offenders between 2017 and 2021 have received for

5     this charge in the same circumstances as Mr. Moses.

6          So we believe our request is perfectly consistent

7     with other sentences that have been handed out for this

8     guideline.

9          THE COURT:  Probation clarified for me, as I said,

10    that they believe the sentences should be consecutive.  Do

11    you have a position on that?

12         MS. BOND:  So our position has been to run them

13    concurrently, the reason being the recording of the video

14    and the sexual abuse happened on the same date.  It's a

15    single victim.  But certainly we appreciate that Probation

16    has a different perspective.

17         THE COURT:  Thank you.

18         Anything further, Ms. Bond?

19         MS. BOND:  Nothing further, your Honor.

20         THE COURT:  Thank you, ma'am.

21         Ms. Dixon?

22         MS. DIXON:  Thank you.

23         Your Honor, I would like to start by saying that

24    nothing that you will hear from the defense, nothing that

25    you will hear from Shawn's friends and family, nothing that

1    we have to say at all and nothing that you will hear from

2    Shawn himself is going to try to minimize the impact of

3    this on this child.  That is not our intent.

4              We are distressed.  We're upset.  I can say many

5    words to talk about how we feel about what has happened

6    here.  But we are not here to tell you that nothing happened

7    to this child.  We are not here to minimize whatever the

8    child has gone through.  And we are certainly not here to

9    minimize the horror of child sex abuse.  We're not here to

10   do that.

11             But what we are here to do is to talk about Shawn.

12   And the entire import, the theme, if you will, of our

13   presentation here is that we ask that you see Shawn.

14             I appreciate the prosecution talked about the

15   guidelines.  I was a prosecutor myself for over 20 years.

16   And I get it.

17             I think that Ms. Bond -- correct me if I'm

18   wrong -- she's very careful to say in her statistic that

19   these refer to people who have the same guideline range, but

20   not necessarily the same crime.  Because again, Shawn's

21   federal crime is access with intent to view child

22   pornography.  And I don't know if Ms. Bond is saying that

23   those people get the same -- the sentences she outlined or

24   not.

25             And I don't know that it really matters here,

1    because as we've always said, even at the pleading stage of

2    this, and I think that the Court kind of understood our

3    point in that, that this is not your typical child

4    pornography case.  There's nothing to indicate that Shawn

5    was all about being this pornographer, that the images were

6    important to him, because again, Judge, we all know that the

7    Government in these kind of cases do a pretty thorough job.

8    They get your phone; they're going to get your computer.

9    They've gotten all these messages, et cetera.  And they have

10   not found any pictures, images, videos in Shawn's possession

11   of a child in a sexual way.

12          And we know that because that's not who Shawn is.

13   But we also know it because if they had found it, they would

14   have brought it to you.  And that just doesn't exist.

15          And we think that that corroborates what we've

16   said all along, which is that Shawn is not a pedophile.  He

17   was not in this to get sexual gratification from seeing a

18   child or from having a sexual contact or sexual situation

19   with a child.

20          We think that that is borne out by the evidence in

21   this case.  The Government's evidence in this case shows

22   that.

23          Your Honor, I would like for you to see Shawn.

24   And to that end, I would like to see if I can play this

25   video clip.  I think I can.

1          THE COURT REPORTER:  Counsel, is there an exhibit

2     number of what's being published?

3          MS. DIXON:  No, but I can say to you this is a

4     video clip of Shawn taken in June of 2018 at a church

5     function.  Shawn was -- he had just graduated from college,

6     Bowie State University, and he was asked by church personnel

7     to speak to the graduates, to put on the graduation speech.

8     It's short.  It's only about ten minutes long.  But I think

9     it will kind of give you a feel for who Shawn is.

10          I'll also ask you to bear with me because it's an

11     amateur video.  It's not something that's made

12     professionally.

13          (Whereupon, a certain video was published in open

14     court.)

15          MS. DIXON:  I apologize, your Honor.  I was

16     informed there was a technical difficulty with the audio

17     coming through.  We're not very far into it.

18          THE COURT:  I've heard it.  Just keep going.  But

19     if you can pull the mic over, that would be helpful.

20          (Whereupon, a certain video was published in open

21     court.)

22          MS. DIXON:  If the Court will indulge me just a

23     moment.

24          THE COURT:  Sure.

25          MS. DIXON:  Thank you.

1          Your Honor, we wanted you to see that video

2     because we do think that that shows you more about who Shawn

3     was.  He was and is a person who is very much loved in that

4     community, a person who gets a lot of support from that

5     community.

6          Shawn is the apple of his parents' eye.  They dote

7     on him.  They also sheltered him.  He was very protected as

8     a young man.  Shawn's father -- you will hear from him -- is

9     a deacon.  He's a deacon at St. Paul Church.  They will tell

10    you more about it.  But let me just tell you now that that

11    is one of the largest churches in Prince George's County,

12    Maryland, and it is a very historic church.  It has a lot of

13    significance and influence.  And Shawn's father is a deacon

14    in that church.

15         And you probably have heard that lots of times

16    when people are raised in the church, sheltered in the

17    church, that sometimes when they leave they run into

18    trouble.  They have a lot of curiosity that has never been

19    satisfied.  They are exposed to things that they never knew

20    before and they get into trouble.

21         I will submit to you that that's what happened

22    here.

23         Shawn told you in that speech that he didn't even

24    know how much it cost to go to college.  He told you that

25    his mother filled out the college application for him.  She

1    got his email address.  She got his passport.  He didn't

2    know how to do any of those things.

3          And that's just a micro event to let you know how

4    sheltered Shawn was.  And along with being sheltered comes

5    being naïve, naïveté.  And, your Honor, young people

6    experiment with sex.  It's always been that way.  It's

7    always going to be that way.

8          Unfortunately or fortunately, now we have the

9    internet.  And you can use the internet for a lot of things.

10   But one of the things that you can use it for is to order up

11   any kind of experience you want.

12         And we submit to you that that's what happened

13   here.  Shawn met Ms. Miller online.  That is the mother of

14   this child.  Shawn met her online.  They had a conversation.

15   They struck up this conversation.  And they ultimately

16   intended to meet, and they did.

17         Shawn was again curious, experimenting and being

18   naïve.  And I will submit to you, your Honor, that again

19   Shawn's personality is going to be borne out and

20   corroborated to you by a lot of things that happened here,

21   not the least of which is his first contact with the system,

22   because his first contact was with prostitution.

23         Now, again, I appreciate that the Government wants

24   to call it deviant behavior.  We can quibble about that back

25   and forth.  But nevertheless, solicitation, which is what he

1      was arrested for, is not deviant behavior.  It might be

2      reprehensible behavior; it might be something that we

3      discourage; but it's not sexual deviance in terms of the way

4      those terms are scientifically used.  And that's what he was

5      doing.

6                  And he said himself:  I was bored.  I was joking.

7      I only had $2 in my pocket.

8                  Now, I will submit to you that that is a prime

9      example of how naïve Shawn was, because what he didn't know

10     and what we know as having worked in the criminal justice

11     system for many years is that, guess what?  You go up to a

12     prostitute and shortchange her on her money and a whole lot

13     of bad things can happen to you.  You think you were joking,

14     but you don't know if she's got people in the bushes to come

15     out and beat you up.  You don't know if you're about to be

16     the victim of a theft or a carjacking.  You do not know.

17                 I will submit to you that's a prime example of how

18     naïve Shawn was.  He thought he was going to sail in, have

19     this encounter, shortchange the person and that it was going

20     to be over.

21                 Luckily for him, it was a police officer, because

22     that could have gone in so many other ways.  But that's what

23     happened.

24                 We would also submit to you that in looking at

25     Shawn's life, you could see what a naïve person he was.  The

 1    other thing I want to say before I get away from this video

 2    is that the video was taken in June of 2018.  And we would

 3    submit to you that the Government's evidence in this case

 4    was supposed to have -- well, again, I guess you don't know

 5    exactly what date the event occurred.  But it was uploaded

 6    to the Dropbox account of the -- Ms. Miller, what I'm going

 7    to loosely call the Co-Defendant, in June of 2018.

 8              And so I say that to say or to illustrate that

 9    oftentimes at your proudest moment, at your moment of

10    greatest achievement, that is when you're open to the most

11    temptation.  That's when you're liable to get in trouble.

12    That is when, as the old folks say, as the church folks say,

13    the devil is busy.  Because here you are; you've

14    accomplished this wonderful thing, and you're thinking a lot

15    of yourself for that.  And that is when you are susceptible,

16    if you will, or vulnerable to these outside influences.  And

17    we submit that that's what happened.

18              Shawn was experimenting, but he had no idea of the

19    thousands of ways that that could go wrong.  And that's one

20    of the things that Dr. Berlin talks about in his report,

21    that with support and therapy and counseling, people

22    experiment; but you have to learn how to experiment safely.

23    You have to learn how to be wise about it.  And that's what

24    he didn't know.

25              Shawn was thinking:  I'm just going to encounter

1    this person and have this experiment with this dominatrix,

2    being submissive, but he had no idea that this person had

3    her own agenda.

4              And I don't think anybody would argue with you who

5    was involved in the investigation of this case that

6    Ms. Miller had an agenda.  Unfortunately for Shawn, he got

7    caught up in that.

8              I'm really glad that you had the opportunity to

9    view the pictures.  I mean, they're not anybody's proudest

10   moment.  They're not pictures -- I don't mean I'm glad you

11   saw those pictures.  But what I do appreciate about your

12   opportunity to view the pictures is that you can see some

13   evidence of the thing that we've been saying.

14             First of all, if you recall, the child in the

15   picture was covered.  Only one part of that child was out,

16   was visible.

17             The camera also panned to the fact that the child

18   was asleep.  And again, I take copious notes about these

19   pictures.  I did not see Shawn look at the camera.  And

20   that's another reason why I'm glad you saw them, because

21   they showed whatever they showed.  I didn't see him look

22   directly at the camera.  I don't know how the Government

23   gets that.  But they show whatever they showed.

24             The point is this:  And this is not to minimize,

25   but it's to talk about what we saw.  And that is, that the

1    child did not wake up.

2         Now, Ms. Bond has enlightened us the mother gives

3    the child Melatonin or whatever it is.  And I think that is

4    obvious.  I think the child had been given something,

5    because when people touch you in that way, and you can see

6    that the mother was holding the child as well, the child did

7    not move.  She did not make a sound.  She did not respond.

8    She didn't pull away or pull forward.  She did nothing.  It

9    was as if she were unconscious.

10        And I would submit to you and Shawn will explain

11   to you that it's one thing to talk about having this kind of

12   encounter with a person who is awake and conscious and

13   dealing with it and it's another thing to have that kind of

14   encounter with a person who was not.

15        And I would submit to you, as Shawn's going to

16   explain to you, that had the child been conscious, we

17   wouldn't be here.  He'll tell you about that.

18        But what I'm trying to say is, in terms of the

19   events that are the gravamen or the basis for this case, it

20   is clear.  And that's why I kept saying:  Where's the audio

21   on the clip?  Because you can hear that Shawn is being

22   directed, Do this; do that, et cetera, et cetera.  And

23   that's what he's doing.  So it's very clear that he's being

24   directed.  He didn't know he was being photographed.

25        And in the pictures that came out later, the

1    late-disclosed evidence, the evidence that came out in

2    December:  same thing.

3            In fact, we could have come in here and made an

4    argument, but I didn't want to do that and Shawn didn't want

5    to do that.  I could have come in here and said:  Look, we

6    don't even think that's Shawn.  We don't know who's in that

7    picture because, as you could see, the person's face wasn't

8    clear in the picture.  The person -- there's no identifying

9    anything.  The Government made much of -- in their

10   investigation that Shawn has, I guess, a distinctive

11   birthmark on his shoulder.  None of that was visible in the

12   late evidence.

13           But as Shawn told you when he took the plea and

14   what we've always said, he is here to take responsibility

15   for the actions.  So we're not making that argument.

16           But what we will say -- and again, I'm glad you

17   had the opportunity to view the pictures -- is that's

18   evidence of Shawn being groomed.  And "grooming" is a term

19   that's used in these kinds of sex cases to indicate or to

20   illustrate that lots of times people don't just jump into

21   that.  It's something that they get into gradually.  And

22   what happens is the person who is the abuser tries to

23   desensitize the victim to this kind of activity.

24           We would submit to you that that's what happened

25   here.  Again, I'm not trying to take away from the child as

1   a victim.  All I'm trying to do is illustrate to you how

2   this happened gradually for Shawn.  First, Shawn came over

3   to this woman's house and they're going to do this

4   role-playing, this dominatrix thing.

5          She goes, "Clean the house."  And he does.

6          "Do this."  He does.

7          "Do that."  He does it.

8          Now, since her goal was to exploit her child in

9   this way -- and it's hard to say and it's hard to hear --

10  but since her goal was to exploit her child in this way, the

11  next thing is, "Wash the kid.  Wash the child."  And so he

12  does.

13         It's cringey.  It's inappropriate.  It not

14  illegal, but he does it.

15         And again, by your having the opportunity to view

16  those photos, what they show is a child getting washed.

17  Children have to be washed.  Sometimes opposite-sex people

18  have to wash children.  Mothers wash sons.  Fathers wash

19  daughters.  It happens.

20         And this just looked like a child being washed.

21  It was not sexual in any way.  It was not appropriate, but

22  it was not sexual.  And that's why I made much of Picture

23  No. 3, because you saw the photo.  Shawn's looking in the

24  water or at the water or whatever.  Even though the child

25  had a certain, I guess, position as far as he was concerned,

1    he was -- it was not sexual.  But it was desensitizing.  And

2    so he's getting used to being around this child.

3          We saw another set of pictures where they are

4    playing.  The child's not wearing very much, nor is Shawn.

5    And again, I did not hear -- and this was my impression, I

6    guess, after I don't know how many times listening to that

7    clip -- but I still doesn't hear, "Where are you sleeping

8    tonight?"  I heard words.  I couldn't make out what they

9    were.  I thought I heard a female voice as well.  And all I

10   could hear for sure was the child saying, "I know."  Again,

11   desensitizing.

12         The evidence is that the child fell asleep.  And

13   the activity that is illegal ultimately occurred.

14         But again, in the clip, you hear Shawn being

15   directed.

16         And I say all that to say this:  Because of

17   Shawn's naïveté, because of him being sheltered, he had no

18   idea and I think that most people have no idea that any

19   mother is going to put you in that position with her child.

20         He did not have the worldliness, the

21   sophistication, to understand that, yes, okay.  He's

22   thinking, Yeah, mom is getting something out of this

23   encounter.  I'm role-playing this role; she's role-playing

24   that role.

25         But he did not appreciate that it could move into

1    the area that it did.  I mean, who would have thought that?

2    No one would have thought that a mother is going to offer

3    you her child or command you to do sexual things with her

4    child.  No one would have ever thought that.  But that's

5    what happened.

6          Again, I say that to say -- not to excuse it, but

7    to explain it.  Because here's the thing:  Young people -- I

8    don't mean to be sexist, but especially young boys do not

9    always think.  That's why we keep making a big deal about

10   his age:  23 is different from 28.  28 is different from 30.

11   And he just didn't think.

12         And these things happen -- that is, the trouble

13   that you can find yourself in happens so gradually that the

14   next thing you know, you can be facing a sentence.  It

15   happens all the time.  It happens with young people who

16   drink at a party.  One minute, you know, you're just

17   standing there drinking.  The next minute, you know, you've

18   done something to a person that you didn't realize was going

19   to happen or you get -- you've gotten in a car and something

20   has happened that you didn't realize was going to happen.

21   These things happen very gradually.  And the next thing you

22   know, you're in this situation.  And we would submit to you

23   that that is what happened here.

24         Now, the reason that that is important is because

25   I think it's going to be important to the Court whether or

1    not any sentence that you fashion needs to take into

2    consideration making sure that Shawn doesn't do this again.

3              And I think that because of the reasons that I've

4    just stated -- and you read my sentencing memorandum --

5    Shawn's being punished in a lot of ways here.  But I

6    think -- and you can ask Shawn; he will tell you; he's going

7    to speak -- that you don't have to worry about him doing

8    this again.  How do we know?  Because he never did it

9    before.

10             Again, like I said, the Government does a very

11   thorough search in these cases.  They do a thorough search

12   of the electronic devices.  They did a search warrant in

13   this case, and they found no images.  Normally in these

14   kinds of cases, you do find images.  You find images of all

15   kinds of activities.  But they found no images of Shawn and

16   children.

17             After it happened and it was -- and three years

18   later:  Again, no images of Shawn and children or of

19   children in general.  Nothing.

20             I think it's not any small -- I think it's not of

21   small significance that Shawn's arrest occurred three years

22   after this happened.  And I was thinking about that because

23   of course I'm going to talk to you about the distinctions

24   between Shawn and the Co-Defendants, if we can call them

25   that.

1          But I will tell you that the other two men who

2     were arrested here, their arrest occurred very close in time

3     to the events that they were charged with.

4          Shawn's didn't.  It was three years later.  And

5     I'm not sure of all of the different ways that that's

6     significant, but I will tell you this:  During those three

7     years, Shawn had to deal with it.  Sometimes you do

8     something bad that happens and it doesn't come out.  That's

9     almost worse because, A, you're wondering, "Is it going to

10    come out?  When is it going to come out?"  Et cetera,

11    et cetera.  But not only whether or not you're going to be

12    discovered, but, "This is what I did.  I can't believe it.

13    This is what I did.  This is this bad thing that I did that

14    impacted another person."

15         And that's what we have to deal with here.  That's

16    what --

17         THE COURT:  Doesn't that make these text messages

18    that Ms. Bond went through all the more difficult to

19    understand?  I'm sure you disagree with her about who he's

20    talking about here.  He's very clearly still interested in

21    her and desperately trying to get back with the mother.  And

22    that doesn't seem like someone who feels awful about what

23    he's done and wondering if it's ever going to come out.

24         MS. DIXON:  Well, actually, I would look at them a

25    little differently than Ms. Bond does because I would invite

1    you to look at the fact that it's her who contacts him.

2    It's her who contacts him.  This happens supposedly around

3    June of 2018.

4         Two months later, it's her who's contacting him.

5    And she's saying:  You disappeared.  You moved on.  On the

6    first page of this, "Don't you miss me?  You don't miss me?

7    I guess you're okay.  You've disappeared.  What's going on?"

8    So that is illustrative of the fact that he did move on.

9         Now, I hate to say it, but I don't know what

10   23-year-old kid can resist a woman who is kind of calling

11   them wanting to engage in dirty talk.  That's fun for them.

12   Notwithstanding the illegality of what happened in June, we

13   have to remember that there was a component of their

14   relationship, a different kind of a component of their

15   relationship that just involved talking dirty.

16        And that's what this starts with:  her calling him

17   and started talking.  He knew that she was a person that he

18   could have that kind of a conversation with, and so that's

19   where it went.

20        Now, one thing:  Ms. Bond says, Oh, well, you

21   know, this is all about how Shawn has this interest in

22   children.

23        But to corroborate that, other than the passage

24   that we disagreed about, is that it says, "You should be

25   able to find a high schooler in your neighborhood."  But she

1    didn't talk about what the high schooler is about, what for.

2    And I will submit to you that while it might not be

3    something that's easy to talk about in front of your

4    parents, et cetera, but as I stated, Shawn was experimenting

5    with sexuality, including same-sex sexuality.

6         But there is no indication -- because these are

7    Kik messages.  There are many social media platforms, and

8    they don't include everything.  And it's kind of hard to

9    even follow what passage goes with what.  And I would just

10   submit to you when Shawn made the sexual comment that he

11   made about -- the vulgar comment about, "You want me to do

12   X," it's not clear which of these different things that that

13   goes with.

14        And I would submit to you that that's not talking

15   about doing that to a high school child.

16        So the other Kik message -- like I said, I mean,

17   young boys like to talk dirty.  I don't condone it or deny

18   it, but people do it.  And it's not a crime.

19        But I would submit to you that, notwithstanding

20   all of these messages -- and as the Government pointed out,

21   they span from 2018 to 2020 -- there's no showing that Shawn

22   went back to have any kind of encounter with Ms. Miller.

23        So I think this kind of supports what I was

24   saying.  I mean, again, I think at this point Shawn thought

25   he was controlling the situation:  "I'm going to have my fun

1      with her.  I'm going to make these comments when I have this

2      sexual dirty-talk relationship.  She's going to send me

3      pictures of her body parts.  That's fun for me."

4              But he also kept it to where, "But I'm not going

5      back to hang out with her."  I think that that's clear from

6      the message.

7              So it's kind of good that all the messages came

8      out.  I mean, you know, again, the evidence in the case is

9      what it is.  And I'm glad that you had an opportunity to

10     make your own decision about the import of the totality of

11     it.  But you can see they don't result in him having another

12     encounter with her.

13             I want to talk about Dr. Berlin.  As I said to

14     you, again, I'm not bringing the 36-page CV in here.  He is

15     an accomplished clinician, just as Dr. Tabron is an

16     accomplished clinician.  And I am not an accomplished

17     clinician, so I would not ever try to give my opinion about

18     this.

19             But I will tell you that, unfortunately for

20     everyone in the world, in 2021, which is when Shawn was

21     arrested, we were in the middle of an unprecedented

22     pandemic.  I will tell you that it was all I could do to get

23     Dr. Berlin into the jail to talk with Shawn at that time.  I

24     couldn't get myself into the jail to talk to Shawn at that

25     time, but I was able to successfully get Dr. Berlin into the

1    jail to talk with Shawn at that time.

2              And so I guess I understand the argument about,

3    Well, he should have done the Minnesota test and this test

4    and that test.  And that would have been great.  There was

5    no ability to do those things.

6              I will also tell you that doctors order tests all

7    the time and doctors don't order tests all the time.  If you

8    went to a doctor and said, Listen, my arm is sore, the

9    doctor would first interview you:

10             Oh, really?  What have you been doing?

11             Well, I played softball with my kids last weekend

12   and I -- you know, I haven't played softball in the past

13   five years, et cetera, et cetera.

14             The doctor's not going to order an x-ray test for

15   you because it's not indicated.  He's going to say:  Oh, I

16   suspect your problem is sore muscles.  Go home and take a

17   Tylenol.

18             And that's because that is the way that doctors

19   work.  They don't always order every test that can be taken.

20   He didn't say:  Take an x-ray and an MRI and a CAT scan.  He

21   could have done those things, of course.  But because of the

22   doctor's experience and his training and his knowledge and

23   his interview of you, he decided that "This is what I need

24   to do."

25             And we would submit to you the same with

1      Dr. Berlin:  He's not going to sully his reputation by

2      half-doing any of these interviews.  That's how he makes a

3      living.  He's an expert in this field.

4              If he thought that, Based on my interview of Shawn

5      and the things that I need to do I can't give you an

6      opinion, Ms. Dixon, he would have said that.  He wouldn't

7      have taken the gig.  But just like any other doctor and any

8      other clinician, he was able to have the interview that he

9      had and, based on that, based on his extensive experience

10     and knowledge, he was able to opine.

11             And I would suggest to you the things we've stated

12     in our sentencing memorandum and the arguments that I'm

13     making now show that there is corroboration for the opinion

14     that he gave.

15             So I don't want you to throw out or wholly

16     disregard Dr. Berlin's conclusions.  I would like for you to

17     remember that we were in the midst of a pandemic, that you

18     don't get to spend hours and hours in the jail -- D.C. Jail

19     under those circumstances, that we were lucky to get what we

20     got.  And that I think that with his experience, training

21     and knowledge, Dr. Berlin was able to do what he did.  And I

22     think it's corroborated here.

23             Your Honor, I am asking you to see Shawn.  I am

24     asking you to understand who he is.  I've already made the

25     arguments in my memorandum why I think that this is, while

1    technically a federal case, not actually this access with

2    intent to view child pornography.  And I think that this is

3    more a child sex abuse case, as described or as demonstrated

4    by the D.C. offense.

5            THE COURT:  I don't know if that helps you much.

6    I mean, in many ways, that feels to me kind of a more

7    serious offense.  And obviously, that's the one that has the

8    higher potential penalty.  I recognize it goes lower, but

9    with the aggravating factors that the Government has shown,

10   it goes up to life imprisonment.  Right?

11           MS. DIXON:  We understand the risk of making that

12   argument.  But one thing I pride myself on -- and I've told

13   you I was a prosecutor for 20 years -- and that is my

14   intellectual honesty.  I'm not going to come in here and

15   say:  It wasn't -- try to get you off that child abuse.  I

16   know it has a higher penalty.  I know it has higher

17   guidelines.

18           But that is what it was.  And so that's why I said

19   before, I mean, we can say that that wasn't Shawn in this

20   picture, et cetera.  But that's not what happened.  And I'm

21   not going to make those kinds of arguments.  I have the

22   integrity and intellectual honesty to come in here and call

23   it what it is, and the chips have to fall where they may.

24   But I do think that that's what it was.

25           I would invite you not to do any sentence that you

1  do consecutively.  I think that that is often warranted when

2  there is more than one incident or separate types of things.

3  And so it's not necessarily fair to give one sentence that

4  might encapsulate the event because there's more than one

5  event or, again, as we know, the facts of cases present

6  differently.

7          I don't think that the facts of this case are such

8  that there's a reason for us to say:  Let's sentence him

9  on -- one way for the first count and then consecutive to

10  the next count.  I think that whatever sentence you mete out

11  should be concurrent.

12          I think that with regard to again who Shawn is and

13  how he presents, I think that this will not happen again,

14  because again, like I said, Judge, things cut both ways.

15  But I don't mind embracing that.

16          Being here today in front of you is Shawn's most

17  embarrassing moment in life.  This is not just a tragedy and

18  all that.  It's humiliating.

19          But we still brought his parents.  We still

20  brought the community.  We brought those people.  And you

21  could say, Well, gosh, Ms. Dixon, do you really want to

22  bring all these people in here?  Federal court sentencings

23  are usually not attended by so many people.  Nobody would

24  have known.  They could have just explained it as Shawn's

25  going away for a vacation, et cetera.

1          But that's not the truth.  And so we embrace the

2     uncomfortableness of exposing what happened to the community

3     because that's what happened.

4          And also, we appreciate that that very discomfort

5     is part of the punishment but also part of the reason that

6     it won't happen again, because he's got to face all these

7     people.  They're right here.  He's got to let them know what

8     happened.  There's nothing cute about this.  This is the

9     worst thing that could happen.  But we understand.  We

10    embrace it and we grow from it.

11         You know that I'm going to ask you not to impose a

12    fine.  You know that we are aware that restitution is

13    appropriate.  We're just asking you to consider the things

14    that we stated.

15         By saying that the child was unconscious

16    throughout this, it again is not an attempt to minimize.

17    But I think that the reality is that if you were to ask this

18    child -- I'm not suggesting that we ever do or that anybody

19    ever will -- but if you were to ask this child, "Shawn

20    Moses, was he one of your abusers," she would say no,

21    because all she would know of him was that he bathed her and

22    he played with her.  The heinous part of what it was, she's

23    unaware of.

24         The good thing about this case that we've

25    established thus far is that these images don't seem to have

1    been shared.  They don't seem to have been uploaded to the

2    internet or shared with the world.

3              I asked the Government, those pictures that the

4    Good Samaritan brought forward when this case first broke,

5    did they involve Shawn?

6              And the Government told me they did not.

7              So it does not appear that -- while the potential

8    of course is there for further victimization as a result of

9    these photos, it doesn't appear that that was the intent

10   here.

11             And again, that supports the fact that this was

12   not about the pornography; this was about the domination and

13   this was about the mom's determination to advance her own

14   agenda.

15             So I say all that, Judge, to ask you to see Shawn.

16   He was a follower.  He was naïve.  He was unsophisticated

17   and could never have imagined in a million years that having

18   an encounter with a woman would result in the woman offering

19   her child for him to have these kinds of behaviors with.

20             We think that -- we're not asking you, I should

21   say, to not give him a guidelines sentence.  We are.  But

22   we're asking you to give him a guidelines sentence for the

23   crime that he actually did.

24             And I appreciate the guidelines end up higher, but

25   that's what he did.  It was child sex abuse.  And therefore,

1    we think that in looking at all the factors that you have to

2    look at that a sentence at the low end of those guidelines

3    would be appropriate.

4           Now, of course I'm asking that -- if you'd

5    consider home detention and all those other things.  But the

6    reality is that we are asking you to sentence Shawn to seven

7    years.  And we think that he has enough community support

8    and enough people who are here in his corner that even if

9    you were to sentence him to a home detention situation,

10   you're not going to have to worry about Shawn.

11          We need him.  We need his technological expertise.

12   As you see, I couldn't even get the video to play without

13   him showing me how to do that.  And he's that kind of a

14   person.

15          Having him languish in jail for 14 years serves no

16   purpose.  It doesn't serve the ends of the victim because,

17   like I said, she could not -- and I don't mean "identify"

18   him in that sense of the word, but you know what I mean.

19   She would not say, "This guy is the one who victimized me.

20   I remember when he did A, B, C."  Not the case.  But

21   nevertheless, victimization did occur.

22          We ask you to consider everything and sentence

23   Shawn to seven years.

24          We ask that he not be given lifetime supervision.

25   We don't think that that's necessary.  We defer to the Court

1    in fashioning a period of supervision.  And we are asking

2    that there be no fine and a reasonable amount of

3    restitution.

4              Thank you.

5              THE COURT:  Thank you.

6              Ms. Dixon, we've been going for a couple hours

7    now.  I want to say, I appreciate the careful and thoughtful

8    advocacy by both sides.

9              I need to take a few minutes.  I'm sure the staff

10   does as well.  I was hoping to be wrapped up by 5:00.  It

11   doesn't look like that's going to happen.  I'm going to ask

12   you to pick five people to speak.

13             I want to say, I appreciate all of the family

14   members and community members here, as you say, Ms. Dixon.

15   That's very unusual, and I think it certainly

16   just -- everybody's presence here does testify to your care

17   for the Defendant and your investment in the case.  But I'm

18   not going to be able to hear from everybody today.

19             MS. DIXON:  I understand.

20             THE COURT:  Let's start back in five minutes.

21   Thanks.

22             MS. DIXON:  Thank you.

23             (Thereupon a recess was taken, after which the

24   following proceedings were had:)

25             THE COURT:  Ms. Dixon?

1          MS. DIXON:  Thank you, your Honor.

2          If the Court will please, I would ask Sherry Moses

3     and Mrs. Moses to come to the front to speak to the Court.

4          THE COURT:  Good afternoon, folks.  If you could

5     just introduce yourselves for the record.

6          MS. MARY MOSES:  Good afternoon.  My name is Mary

7     Moses.

8          MR. SHERRY MOSES:  Good afternoon.  My name is

9     Sherry Moses.

10         THE COURT:  Good afternoon, folks.

11         MR. SHERRY MOSES:  Good afternoon, your Honor.

12         We'd like to thank you, first of all, for giving

13    us an opportunity to speak for our son Shawn.  The

14    circumstances aren't the best, but we're still glad to be

15    here before you.

16         The Bible says:  Train up a child in the way to

17    go, and when he is old he will not depart.  And as parents,

18    we do the best we can.  And we pray, you know, that our

19    children will make it through this world.

20         When my wife and I go to bed at night, we pray for

21    Shawn.  But we also pray for that little girl.  We pray that

22    she gets the help that she needs after being involved in

23    such a troubled incident.  We pray that she receives the

24    counseling and the love and the guidance so that she can

25    become a positive member of her school and her community.

1          But, your Honor, we also pray for that mother.

2    That's hard for me.  But I believe that that mother is the

3    cause that took Shawn down that dark path.  But so be it.

4          We pray, your Honor, that, you know, first of all,

5    your Honor, I really don't want to pray for her and I really

6    want to hate her.  But my religion -- not my religion, but

7    my faith, causes me to have to pray for her because it

8    teaches -- my faith, faith in Jesus Christ, teaches me

9    forgiveness.  And I hope that she gets the help that she

10   needs to turn her life around and become a woman of

11   integrity.

12         My wife and I, we come from parents -- both our

13   parents were married over 50 years.  So that's the example

14   that we had before us.  And with that example, and with the

15   love of God between us, we've been married over 35 years and

16   still counting.

17         My wife worked at Andrews Air Force Base as a

18   housekeeping supervisor for over 30 years.  I worked in the

19   D.C. area as a warehouse manager for furniture outlets for

20   over 40 years and then I became a pest control technician at

21   a company called Allpest Prevention.  I worked 13 years

22   there.  We're both retired now, but we work part-time to

23   make ends meet and keep things going.

24         We've been members at St. Paul Church for about 40

25   years now.  It's not quite as big as what was mentioned

1    before, but it's a little under a thousand.  It's about 600

2    members now.  And it's the oldest Baptist church in Prince

3    George's County, and we have -- it's over 150 years old.

4    Our pastor, Robert Williams, Sr., has been there for over 50

5    years, and we're very proud of that fact.  And Shawn is, as

6    you saw, definitely a member of the church.

7              Shawn at a young age found out that -- when I was

8    growing up, I was a pretty good athlete.  But then he met my

9    father.  My father was a very good athlete.  And he tried

10   track, which I ran, but then got involved in baseball,

11   which my father did.  And we realized that baseball things

12   skipped me and went to Shawn.  And he had really worked at

13   it and became very, very good at it.  I was glad that Shawn

14   had a chance to spend time with my father before cancer took

15   him from us.

16             But when Shawn was in middle school, when he was

17   in high school, he got most valuable player in baseball both

18   times.

19             In high school, he started playing saxophone and

20   he really practiced hard.  And his instructor got him to try

21   out with North Carolina A&T University, and he made the

22   band.  And it was a big deal, because North Carolina A&T

23   University's band is one of the best in the world.  Shawn

24   was able to march in the Macy's day parade and he also went

25   down to the Mardi Gras and marched in that parade.  So we

1       were very proud of him, and still are.

2               As you saw in the video, he left North Carolina

3       after two years and came back up here and went to college

4       and graduated.  And he did very well at Bowie State.  But he

5       really worked.  He went to school at night and he went to

6       school in the summer just to get through that.

7               We're a family of five.  We have two daughters.

8       They're both older than Shawn, and they both have their own

9       families and are doing very well.  But Shawn out of the five

10      of us is the only one that graduated from high school -- I

11      mean, from college, and has a degree.  So once again, we're

12      very -- are very proud of Shawn.

13              When Shawn graduated, he got a job at -- he became

14      an armed guard for Homeland Security.  So, you know, they

15      went through his background and went back and forth and

16      really went over it.

17              And after that, he got a job with a company called

18      Deloitte.  I didn't know that much about Deloitte.  And from

19      what I understand, it's a company that does worldwide

20      technology consulting.  You probably know more about that

21      than I do.

22              THE COURT:  It's a very impressive company.

23              MR. SHERRY MOSES:  Yes.  We think so.

24              So Shawn was doing very well.  So when this

25      happened, it was a shock.  And we just want you to know that

1    we're here to do everything that we can and we're ready and

2    willing to do everything that needs to be done to help Shawn

3    get through this.

4            While Shawn was doing the work that I mentioned,

5    for at least the last ten years, he's been working at the

6    church in the audio-video ministry.  And he was a constant

7    member, you know, every Sunday at the church.

8            In my opinion, he realizes his mistake and takes

9    personal responsibility for his actions.  My wife and I and

10   the St. Paul community can guarantee you that any mercy or

11   leniency that you do show Shawn will not go wasted.

12           We thank you for this time.

13           THE COURT:  Thank you, folks.

14           I hope you realize no one's blaming you for what

15   happened.  I also grew up in the church.  My grandparents

16   were missionaries.  And I have seen the heartache with them

17   raising kids.  And you do the best you can.  You don't

18   always know what's going to turn out.  And reading the book

19   of Job in the morning this week, we don't always understand

20   why things happen that way.

21           Thank you.

22           MR. SHERRY MOSES:  Thank you.

23           MS. DIXON:  Thank you, your Honor.

24           We would now call Ms. Tarsha Carmichael, Shawn's

25   sister.

1              MS. CARMICHAEL:  T-A-R-S-H-A Carmichael.

2              Good afternoon, Judge McFadden.

3              THE COURT:  Good afternoon, ma'am.

4              MS. CARMICHAEL:  I have my notes because I didn't

5      want to just keep rambling.

6              My name is Tarsha, and I'm Shawn's sister.  I want

7      to start off by saying and I really want you to understand

8      that me speaking upon my brother's behalf does not in any

9      way change what he's done.

10             (Crying) I'm sorry.

11             I'm a mom.  I have two young girls.  I have a

12     4-year-old and a 7-year-old.  So please understand that this

13     is not something that I take lightly doing.  I thought I was

14     prepared, but sorry.

15             Speaking on his behalf is not something that I

16     took lightly.  It took a lot of thought.  This could have

17     been my child, not me as a mother, but this could have

18     happened to my child.  This could have happened to me.  So

19     this was a hard decision.  And the biggest victim in this

20     situation is the child.  My family has struggled, but it's

21     not like what Shawn has had to go through.

22             I love my brother.  He's my only brother.  But

23     I -- despite what he's done, he made a horrible decision.

24     And I don't think anything that we say today is going to

25     change what he's done.  He's done it, and we've all had to

1    deal with it.

2           But I do want to talk about -- a little bit about

3    what I know about my brother Shawn.

4           I said I wasn't going to cry.  I'm sorry.

5           When I had my first child, Shawn took me to the

6    hospital.  It was really weird because my water broke and my

7    child's dad was in Laurel, and we had already talked about

8    it.  He was so excited to be an uncle and that he was going

9    to drive me to the hospital.  But it was a joke, but it

10   actually really happened.

11          And I remember he came to my house and I was in

12   the shower trying to get ready.  And I remember he knocked

13   on the door and he was like, We gonna go to the hospital?

14          I'm like, Yeah, we're going.

15          But, you know, I'm nervous.  So I remember Shawn

16   took me to the hospital.  And I remember, like, being in the

17   car and having contractions.  And when I had my first child,

18   like, getting in triage, he was there for me.  Like I

19   remember being in a waiting area and he rubbing my back and

20   I'm thinking like, boy, I hope they don't touch me.  But he

21   was there for me.

22          I remember when Shawn went to school his first

23   year, A&T.  I remember that that was our first year probably

24   as sister and brother that we had our birthdays together

25   because my birthday's October the 4th and his is October the

1    24th, so we've always had close birthdays.  For that year,

2    he made a video, a birthday video, and he posted it on

3    Facebook.  And it was just a great video just, you know,

4    telling me happy birthday.  And then I remember after that

5    my aunt saying she wanted that video, too.

6           I could go on and on about all the great things

7    Shawn has done.  But it doesn't change that Shawn's still

8    human and he made a human decision and he made a bad

9    decision.

10          I was able to speak to Shawn yesterday evening,

11   which was very weird because I've never talked to him that

12   late at night.  And I had, you know, been struggling with

13   what I should say and, you know, how to say it, because in

14   one, I wanted to speak on his behalf, but I also wanted to

15   make sure that, your Honor, you understood that this is not

16   taken lightly for me to speak on him.  This is something

17   that was extremely serious.  And I don't -- I struggled with

18   what to say and how to say it.

19          But I told him how it was going.  And for the

20   first time since I talked to him since he's been in jail for

21   almost two years, he said that he did it.  He has taken

22   accountability for it and he's facing what he's done.  And I

23   appreciated that, because that's what he has to do.

24          I want to close by just saying that Shawn is not

25   alone.  As you see, we are pretty thick here on a Tuesday

1   where people have jobs and we take off work to come here.

2   And it's also important to say in that video, everybody that

3   he said was his family is here:  his Uncle Fernando, his

4   Aunt Alexis, Tucker.  We are all here.  We're a super

5   close-knit family.

6         And I can appreciate what Ms. Dixon said about us

7   wanting to help him get through this.  Regardless of what he

8   is, he did it.  It's going to be a punishment.  That's that.

9   But we are here to support him, to get through what this

10   looks like.

11         When you made the comment saying that you used to

12   read Job all the time, when Shawn was going through school

13   his second year he struggled.  And for a month I called him

14   Job.  That was like our laughing joke.  So when you said

15   that, I felt a little better knowing that I could say that

16   because he felt like he was going through it at that time.

17         And I know he feels like he's going through it at

18   this time, but he has support.  And whatever is given to him

19   today, we're going to continue to support him.  I have young

20   girls.  My cousins have young girls.  We all have kids and

21   we all understand the severity of it.  And I just really

22   want you to understand that us talking on his behalf is not

23   minimizing what's done.  It's easy for anybody to judge me

24   talking about my brother and knowing what he's done, but

25   he's still my brother; he's still my family; and I still

```
 1    love him.
 2              THE COURT:  Thank you, ma'am.  He'll certainly
 3    need your support when he gets out.
 4              MS. CARMICHAEL:  Thank you.
 5              MS. DIXON:  We have Shawn's aunt.
 6              MS. DOBBINS:  Good afternoon, Judge McFadden.
 7              THE COURT:  Good afternoon, ma'am.  Can you state
 8    your name for the record.
 9              MS. DOBBINS:  Alexis Dobbins, D-O-B-B-I-N-S.
10              And I am Shawn's father's sister.  I'm his aunt.
11              And you've heard a lot today, and perhaps you're
12    used to this.  For me, this is the only time I've ever been
13    through this.  But piggybacking on what everybody else has
14    said, we do love Shawn.  We know a different Shawn than what
15    you've seen today.  And there are just three points that I
16    wanted to make.
17              One:  I'm divorced mom of two sons.  I worked in
18    public broadcasting for about 15 years.  Second career,
19    educator.  And both of my sons are successful, articulate,
20    intelligent young Black men on their own merit.  But one of
21    the things that we always talked about was Shawn's naïveté.
22              My mother used to say, You guys don't give him any
23    chance to be, like, normal.  Like he's perfect in church and
24    he's perfect in school and he's perfect in college and you
25    just let him breathe.  And I think as a family we might have
```

1    lost sight of that.

2            And I don't think -- everybody's saying the same

3    thing.  I don't want to minimize what has happened to this

4    young girl.  It's something, obviously, that will be with

5    her.  And we are all collectively praying that she will get

6    the support and the help that she needs.

7            But just based on what I've heard today and what

8    I've read earlier, Shawn's naïveté did not -- it's almost as

9    if he fell into something I think that he didn't have, if I

10   can use the term, the street skills to back out of.  And

11   that I think is important to say.

12           The second thing that I wanted to say is that even

13   in all of that perfection, there were times when I can

14   remember working with him in his junior year, maybe, in high

15   school.  And I was talking with him about his writing skills

16   and I was saying:  It's so important.  I know you're doing

17   the tech thing and you're really good with computers, but

18   you've got to be able to write.  You have to be able to say

19   what's important.  You've going to have to be able to

20   articulate it.  People have to be able to read it.

21           And I remember being so proud of him because he

22   just said:  Okay, Aunt Alexis.  I got you.  And he enrolled

23   himself in a program in D.C. that focused on his writing

24   skills.  And so that was part of what enabled him to go to

25   North Carolina A&T, based on the improvement that he was

1    able in a very short period of time to put together to

2    formulate in terms of his writing skills.

3              But it was so typical of Shawn, because everything

4    that you told him he could do better, he might not say

5    anything, but then he would go away and he would try to do

6    it better.  Ant he's always wanted to do better for himself

7    and better for us.

8              And then the last thing:  As an educator, I work

9    with young Black men every day who -- some days, I go home

10   and I do cry for them.  I might not even know your name, but

11   I see you in the hall and I cry because I know you don't

12   have the support.  You don't have necessarily the skills.

13   You don't have the structure.  And I'm wondering what's

14   going to happen with you and I pray for you.

15             And so when it comes to Shawn, I just want to ask

16   you, Judge McFadden, and also ask the Court:  His attorney

17   has asked for, I think, a sentence of seven years.  And

18   while to us it's like, Oh, my goodness; but in the big

19   picture in terms of the possibilities, we give into what she

20   knows based on her skills as an attorney.

21             But to the extent that mercy is available, he is a

22   smart, intelligent, articulate young Black man who loves the

23   Lord.  And whatever sentence is given to him today will

24   never exceed the sentence I think that he will always put on

25   himself for what he has done.

1            And I just ask that whatever reduction in

2    sentence, whatever you're able to do, while not minimizing,

3    as we all keep saying, because we all have children and we

4    all understand the impact of that, but he has so much to

5    give to his community; he has so much to give to his church;

6    and he has so much to give to the world.  And we just ask

7    that you would keep that in mind.

8            Thank you.

9            THE COURT:  Thank you, ma'am.

10           MS. DIXON:  We would ask that attorney and Pastor

11   Donna Whitman address the Court.  I should say minister --

12   I'm sorry -- not pastor.

13           MS. WHITMAN:  Good evening.  The name is Donna

14   Whitman.

15           THE COURT:  Good evening.

16           MS. WHITMAN:  And I serve a couple of roles in

17   Shawn's life and Shawn has served a couple of roles in my

18   life.

19           I am an attorney.  Donna Whitman, Esquire.  I'm

20   also a reverend.  And I was mentioned, Reverend Donna, in a

21   video.  I'm also a law school/graduate school professor.

22   And this one over here has participated in all of those.

23   He's confided in me, and I probably know more than anybody

24   sitting in this room things that he probably wouldn't tell

25   his -- has not confided with his own parents.

1          As a professor, I picked him up on Georgia Avenue.

2     I teach at Howard.  I picked him up on Georgia Avenue one

3     afternoon and kind of made him go to class with me.  He

4     stayed there until his girlfriend came and got him.  But we

5     got to talking.

6          What I can say is, there are certain people at

7     that historical church that she talked about that I could

8     depend on and I would bet my life on.  Shawn, his father and

9     his cousin Tucker are some of those people.

10          Shawn is far more intelligent than he wants to

11     accept.  Not only is he intelligent, but what I need you

12     guys to understand, he's honest.  I could always depend upon

13     him to be in Bible study.  I could always depend upon him to

14     have a story to tell that wasn't just going to help me, but

15     help somebody else.  And I loved his presence until he said

16     one day, "Where's the pizza?"  But I told if you, he's

17     honest.  Without a fault.

18          He understands and he does -- he understands right

19     from wrong and he will admit his wrong.  He's not going to

20     hide it.  But what he's also not going to do is not learn

21     from it, not move forward from it.

22          I can say with all due honesty, with all of my

23     background, that you don't have to worry about this one.

24     You will not see this one here again.  He has integrity that

25     you don't find in most.  He was naïve.  Shawn came up in a

1     sheltered church environment.  And his experience in the

2     community, his experimenting in the community, was not good.

3     If I have learned anything, it's the need to put my arms, my

4     hands, my life around him and protect him.

5             I do know without question that Shawn won't see

6     you again.  I've sat here as a hearing officer and told

7     kids, "Please don't let me see you again."  You don't have

8     to worry about seeing this one again.

9             I think he deserves lenience and I know that he

10    deserves mercy.  He's a good kid.  He's a good adult.  He's

11    a good young adult.

12            Thank you.

13            THE COURT:  Thank you, ma'am.

14            MS. DIXON:  Lastly, I would ask the pastor to come

15    up.

16            DR. BULLOCK:  Good afternoon.  I'm Reverend

17    Dr. Sylvia Bullock, the pastor of Seek Faith Ministries in

18    Lanham, Maryland.  Also I serve as the relationship manager

19    at Flikshop.

20            THE COURT:  Good afternoon, Dr. Bullock.

21            DR. BULLOCK:  Good afternoon, your Honor.

22            It is truly a sad time, but it's a good time for

23    me to be able to stand here today, because I love that young

24    man.

25            And I'm here to say that I've known the family for

1      close to 40 years.  But I'm also here because I work at

2      Flikshop.  Flikshop is a mobile app that allows family

3      members to stay connected to their incarcerated loved ones.

4      The family has been using the app to be in touch with Shawn.

5              My son, Marcus Bullock, he's the CEO and founder

6      of Flikshop.

7              And probably information that you already know

8      about recidivism, but the goal of Flikshop is to leverage

9      tech to help reduce recidivism specifically in the U.S. with

10     a rate of people that are going back to prison after release

11     that is around 76 percent.

12             There are over 600,000 people coming home from

13     incarceration every year, and this means that three-fourths

14     of those people are going right back inside within three

15     years.  And most people are going back due to technical

16     parole or probation violation.

17             But one of the outreach programs at Flikshop is

18     the Flikshop school of business.  And that's the one we are

19     most proud of and thankful that we have the opportunity to

20     let you know and Shawn know, the family know, that we are

21     offering Shawn Moses a job at Flikshop, because Shawn is a

22     man of integrity; Shawn is intelligent; Shawn has all the

23     technological education and experience that we need at

24     Flikshop, and we feel that he would be a valuable asset to

25     our company.

1            Flikshop is the program that we believe that Shawn

2     would be responsible for, would allow him to train persons

3     who are coming out of incarceration.  It's a three-week

4     course that teaches and prepares them how to be a

5     entrepreneur, how to navigate through all of the tech that's

6     happening around us.  And the curriculum is designed to

7     build confidence and to learn strategy, communication skills

8     and how to plan for a life in entrepreneurship.  And so with

9     the educational background, the talent and the gifts and the

10    skills of Mr. Shawn Moses, we are offering him a job to

11    mentor students at the Flikshop school of business.

12            And we thank you so very much for your kind

13    consideration in this matter.

14            THE COURT:  Thank you, Dr. Bullock.  I appreciate

15    your presence here.

16            Ms. Bond, do you want to respond very quickly?

17            MS. BOND:  Yes, your Honor.

18            It is absolutely a tragedy that we are here today.

19    It is predominantly a tragedy for the child victim; but I

20    don't dispute that it's also a tragedy for the people

21    sitting in this courtroom who have supported Shawn, Shawn

22    Moses, who have loved him, who have worked to instill a

23    moral code in him.  But it is ultimately a tragedy of

24    Mr. Moses's making.

25            Many people got up here and talked about his

1   naïveté.  And perhaps that's a side of Mr. Moses that they

2   know.  But it is not the side of Mr. Moses that was on

3   display in his interactions with the child, with Defendant 1

4   or in those Kik messages.

5          Your Honor has a report from Dr. Berlin that talks

6   about how sexually experienced Shawn was.  He had over 25

7   different partners in a variety of different circumstances;

8   some paid, some not; some short-term, some long-term.

9          Mr. Moses was not naïve about sex.  He was not

10  naïve about the options in front of him.  And he was not

11  naïve about what Defendant No. 1 wanted.

12         When he went to that house, he knew what he was in

13  for.  He knew what her desires were.  And he did it

14  willingly.  And I submit that, watching those videos, he

15  enjoyed it.  He enjoyed what she did to him and he enjoyed

16  what he did to the child.

17         I want to touch just on Ms. Dixon's comments about

18  grooming and the images of Mr. Moses playing with the child

19  and bathing the child.

20         Somebody in those photos was absolutely being

21  groomed for sexual contact, but that person was not

22  Mr. Moses.  Mr. Moses was a fully formed adult with an adult

23  brain in those images.  The person being groomed was that

24  little girl, who had either no or almost no clothes on and

25  where the images were normalizing for her interactions while

1    she was not wearing any clothes and while the Defendant was

2    wearing underwear.  So yes, there was grooming going on.

3    But it was not grooming of Mr. Moses.

4            With respect to the specific guidelines, the

5    reason that the guideline -- the cross-reference, the

6    guideline for 2251 applies here, is because of the way that

7    Mr. Moses used the child.  I think the presentence report

8    lays out how access with intent to view, the normal

9    guideline, would be 2G2.2.  But because of that

10   cross-reference, because of the specific interactions with

11   that child, that's why we look to 2251 -- or to 2G1, because

12   of the way in which that child was involved.

13           Also, with respect to the specific conduct, I do

14   want to contrast the videos in which Mr. Moses is captured

15   with the video of Mr. Ham.  And as the Court heard months

16   ago with Mr. Ham, there was a single video that was 38

17   seconds long that depicted the abuse.

18           Here, even though we recognize that these three

19   videos are of a single incident, Mr. Moses is abusing that

20   child in a variety of different ways in contrast to Mr. Ham.

21   And I certainly didn't count the number of seconds of those

22   videos, but it certainly felt considerably longer than 38

23   seconds.

24           THE COURT:  I don't think there was penetration

25   with Mr. Ham either.

1          MS. BOND:  Finally, just to comment on Dr. Berlin,

2     yes, he does have a long CV and he has some nationally

3     recognized names and institutes associated with him.

4          But he has also long been a favorite of defense

5     counsel for evaluating defense -- defendants in part because

6     he almost uniformly recommends treatment over any sort of

7     punishment.  That has been his MO for many years.  In fact,

8     even going back to 1992, there's an article in the *Baltimore*

9     *Sun* -- and I've pulled it for both the Court and defense

10    counsel -- talking about Dr. Berlin and the way in which in

11    Maryland, he tried -- in Maryland, he attempted to thwart

12    the Maryland mandatory reporter law by finding a loophole

13    encouraging pedophiles essentially to go around that

14    mandatory reporter law so he didn't have to report.  The

15    Maryland Attorney General had to get involved in that.

16         Finally, his ethics have long been questioned by

17    typically Government counsel.  He has been used by the

18    defense bar for many, many years around the country.  But he

19    typically recommends treatment and then connects that to

20    treatment that he is able to provide.

21         So for a multitude of reasons, the Government does

22    not credit Dr. Berlin and asks the Court not to rely on any

23    of his opinions.

24         Finally, your Honor, we'd reiterate our request

25    for a guidelines sentence of 168 months.  This is the

1    sentence that captures -- that balances all the 3553 factors

2    and will deter future conduct of this sort.

3              THE COURT:  Thank you, Ms. Bonds.

4              MS. BOND:  Thank you, your Honor.

5              THE COURT:  Mr. Moses, you have the right to make

6    a statement or present any information to mitigate the

7    sentence.  Would you like to say anything that you would

8    like me to consider before imposing sentence?

9              THE DEFENDANT:  Yes.

10             THE COURT:  You can approach the podium, sir.

11             THE DEFENDANT:  First, I would like to say to

12   everyone here that, thank you all for your time.  I

13   understand that it is late.  It's been a long day.  And I

14   really appreciate everyone sticking through this pretty much

15   for my sake.

16             Please do excuse me, but I am nervous.  So I wrote

17   down some things because I didn't want to leave anything

18   out.  This is obviously a very important, very important

19   day.

20             THE COURT:  That's fine.

21             THE DEFENDANT:  First, if I may, I would like to

22   read a letter that expresses what I would say to the victim

23   at this time.  I in no way plan on ever contacting the

24   victim in any way.  I just want to express these words in

25   court today.

1          Okay.  So to whom it may concern:  I don't know

2    how much you know or remember about that night or me, but I

3    want you to know that I made a huge mistake that night.

4    Actually, I made a few.  But the biggest one was thinking

5    that my actions that night were acceptable under any

6    circumstance.  They were not.  For that and for all the

7    mistakes I made that night, I am deeply, deeply sorry.

8          I am sorry for not thinking about how wrong my

9    actions were and what type of effects they would have on you

10   in the short and long term.  I'm sorry for not treating you

11   with the respect that you deserve.  I am sorry for keeping

12   quiet all this time and doing nothing.

13         I know that if I had chose differently that night,

14   then I would not have caused this trauma to your life.  I

15   wish I would have been smart and brave enough to protect you

16   and stand up for what is right.  And instead of -- instead,

17   I was stupid and cowardly and I harmed you.

18         I pray that you never go through anything like

19   that ever again.  I hope that you are now in a safe and

20   loving environment and I really hope that you can still live

21   a happy and fulfilling life.

22         THE COURT:  Thank you, sir.

23         THE DEFENDANT:  Again, that's what I, you know,

24   would express to the victim if -- you know, given the

25   chance, which I'm not asking for.

1          Now to you, Judge McFadden, regarding me in this

2     horrible situation:

3          I'm here today because I made a terrible mistake.

4     I allowed a stranger to influence me and I caused harm to an

5     innocent person.  Your Honor, I am sorry.  I'm sorry for my

6     actions and my decisions.  The acts I performed were

7     horrifying.  There is not a day that goes by that I'm not

8     angry and disappointed with myself for making such a bad

9     decision.

10         Your Honor, I have never done anything like this

11    before and most certainly will never do anything like this

12    ever again.

13         My actions were shameful and have done a great

14    damage to a child, to her family, to my family, to society

15    and to the community.

16         I'm a better man than my actions.  I'm not a

17    pedophile, nor do I have any sexual desire for children.

18    Watching the victim and playing with her was never meant to

19    be a sexual act.  I'm aware they were very inappropriate,

20    extremely inappropriate.  But I only did it because I was

21    asked to.

22         Due to the fact that the victim was sleeping

23    during the acts I've been charged with, I have always hoped

24    that she wouldn't have been aware of what happened nor would

25    she have any memories of it, which would have surely

1    increased the amount of trauma she has now suffered.  If she

2    would have woken up, there is no way I could have gone

3    through with it, your Honor.

4         But none of this justifies in any way what I did.

5    I and I alone accept responsibility for these crimes.  But

6    again, this is the only time I have ever done something like

7    this.  At the time I was arrested, I had put this behind me

8    for three years, and I was hoping it would stay there.

9         Your Honor, this time away from my family and

10   friends has been extremely hard, has given me a greater

11   appreciation for life when you make the right choices.

12   After going through this, I know that I never want to do

13   anything that puts my freedom at risk, especially not

14   hurting another innocent person.

15        I would like to thank my family for loving me

16   through my mistakes.  Thank you for the support and

17   believing in me and knowing that I can do better.  Thank you

18   to my parents for being there every step of the way and

19   continuing to be here for me.

20        Your Honor, the loved ones I have with me today

21   are just a fraction of the support that I have in my corner

22   who know I can and will do better and will never make the

23   mistakes I made that got me here today.

24        Your Honor, I am asking you to give me one more

25   chance -- I'm sorry.  I'm asking you to give me one chance

1    to show you that this is not the person -- that I am not the

2    person that my actions show -- showed.  Showed.  Showed.

3    Excuse me.  All I need is one chance to prove to you and

4    everybody in here that this was a one-time and one-time-only

5    mistake.

6              Your Honor, I just want to reiterate that what I

7    did was wrong.  Everyone in here knows that.  I in no way

8    want to minimize that or say anything other than that.  What

9    I did was absolutely wrong and it should never happen to

10   anyone, any minor, anywhere, anytime ever.

11             And I know that.  And I live with that mistake

12   every day of my lifeguard -- I mean, every day of my life,

13   Judge McFadden.

14             Even being in jail, being around, you know, other

15   criminals, I honestly feel like I'm the worst.  And even

16   though people don't know what I did, I know what I did.  And

17   it weighs on me, and I deal with it every day.

18             Two things that I said in my speech that I just

19   wanted to reiterate:  One was I said that life takes a lot

20   of work.  And so after this mistake, whether I got out

21   tomorrow or whether I got out in 40 years, your Honor, it's

22   going to take a lot of work to -- I don't think "make up" is

23   the correct word, but to, you know, put out -- to put in the

24   world for the mistake that I made.  It's going to take a lot

25   of work, your Honor.  And I understand that.  And I don't

1    run or hide from that, your Honor.  I look forward to being

2    able to have the opportunity to put in the work that I need

3    to to go against what I did, your Honor.

4         The second thing was that I said that -- I'm

5    forgetting exactly what I said.  But my parents gave me all

6    they had, your Honor.  And I let them down.  I failed them.

7    And that weighs on me every day, your Honor.  Them being

8    here, everyone being here, I know that they could have been

9    doing better things.  I know this has been hard for them,

10   your Honor.

11        But I thank them for being here, for supporting me

12   even, you know, with this situation.  It would be a lot

13   easier to leave me, a lot easier to not show up, to show up

14   and not say anything.  But these people chose definitely

15   because they believe in me, your Honor.  And maybe I don't

16   deserve the love and support they showed me, but I'm

17   thankful for it, your Honor.  And one day when I get -- do

18   get out of jail, I plan on making it up to them and I plan

19   on making it up to society the mistakes that I made.

20        THE COURT:  Sir, your family and friends have

21   described you as a smart, caring person.  I'm trying to

22   understand how this could happen.  I mean, getting in an

23   inappropriate situation with this girl, being in such a

24   wrong situation with this older woman.  How does this

25   happen?

1          THE DEFENDANT:  Quite honestly, your Honor, first

2     I want to say that I did not know going over there that any

3     of this -- I had no plans.  I had no ideas that any of this

4     was going to happen.

5          When I got there -- well, let me say one more

6     thing:  As people have kindly said about my naïveté, your

7     Honor, I'm not a person who it's easy for me to say no.

8     That usually comes from me helping people.  It comes from

9     me, you know, trying to be a good person.  And I've learned

10    that I provide more value to people's lives and people

11    usually appreciate me more if I'm helpful and if I'm a kind

12    person and if I, you know, usually say yes to what they ask

13    me, your Honor.

14         So when I was put in that situation, after the

15    factors that led up to it, your Honor, to be honest, I

16    didn't have the strength.  I didn't have the courage to say

17    no.  I made that mistake, your Honor.

18         But moving forward, yes.  They have messages, but,

19    your Honor, I know I cannot be in the same room with her.  I

20    cannot be near her again, because I can't be in another

21    situation like that, your Honor.  I understand that, you

22    know, hopefully I'll get out of jail this time, your Honor.

23    I understand that if I come back for a situation like that,

24    I won't, your Honor.  I understand that, you know, people

25    who do these type of things, they do get long jail

1    sentences.  And I understand that some of them don't get out

2    of jail, your Honor.

3           THE COURT:  If you can give me just a minute, sir.

4           I've assessed the particular facts of this case in

5    light of the relevant 3553(a) factors, and I now want to

6    provide remarks for the record and for you, sir, about my

7    considerations in regard to the nature of the offense and

8    your history and characteristics.

9           You've admitted to a truly heinous crime.  You

10   sexually assaulted a 6-year-old girl and allowed yourself to

11   be filmed doing this.  Among other things, you penetrated

12   her vulva with your tongue.

13          Given your apparent extensive knowledge of

14   pornography, including sadomasochism, surely you knew there

15   was a danger these images would be circulated to other

16   people, increasing this girl's trauma.

17          Victims of child sexual abuse have testified that

18   they go throughout their lives haunted by the knowledge that

19   incredibly embarrassing and intimate pictures of them are

20   being viewed and passed around by sexual deviants, sometimes

21   for years.

22          I agree with Ms. Dixon it looks like that did not

23   happen here.  Thank goodness.  But that's no thanks to you.

24          I've also considered the victim impact statement,

25   which describes the trauma, the nightmares and confusion

1    your victim is enduring.  The Government's memorandum in aid

2    of sentencing discusses the truly horrific follow-on impact

3    of sexual abuse for children, including impacted brain

4    development, increased likelihood of various disorders,

5    suicide and participation in sex crimes themselves.

6         This is what you've brought on this girl.  That is

7    appalling and shameful.  It is unclear to me whether she was

8    awake at the time.  You told Dr. Berlin you've wondered

9    whether she was pretending to be asleep or scared or in

10   pain.

11        Regardless, it is clear she has already suffered

12   tremendously in part because of your actions and that she

13   will be emotionally scarred for the rest of her life because

14   of them.

15        I recognize that the victim's mother is even more

16   responsible than you are for these harms and that at least

17   one other -- or actually two other men were involved.  But

18   none of this absolves you of your guilt and the role you

19   played in ruining this little girl's life.

20        I do think the Government's recommendation for

21   restitution is appropriate.  I've considered the restitution

22   review provided by Dr. Tabron, and I want to acknowledge and

23   appreciate the work of the Jenner & Block attorneys in the

24   matter.  In ultimately agreeing to the Government's

25   recommendation, I've taken into account the inherent

1    complexity and uncertainty in estimating future costs and

2    care and that Dr. Tabron's figures appear to consider all of

3    the abuse suffered by the victim, much of which is not

4    attributable to this Defendant.

5            I've also considered your history and

6    characteristics.  In many ways, you've led a charmed life,

7    with a healthy, intact family, good education, impressive

8    jobs.  Your family members and friends have written

9    eloquently in your support, noting your kindness,

10   intelligence and generosity.

11           And I've been really touched by what people have

12   said here and the fact that you have so many people here,

13   like Ms. Dixon said.  That's very unusual that really

14   anybody would come to a defendant's sentencing, let alone so

15   many folks; and that speaks to your credit.  It also

16   certainly describes -- shows the really unusually intact and

17   healthy environment that you have at home.  And I give you

18   credit for this.  But this background also makes your

19   conduct all the harder to understand.

20           As I think your aunt mentioned, many criminal

21   defendants come from broken homes.  Most of the defendants I

22   sentence come from broken homes, often with serious mental

23   health issues and drug addictions.  These things aren't

24   justifications for their crimes, but they do help explain

25   them.  But you have such a strong and supportive family and

1    network.  I don't understand how you'd end up doing what you

2    did to that little girl.

3           I do appreciate your statements that you've made

4    here, including your letter to the victim.  I do credit your

5    remorse.  I think it is genuine.  And I think you do

6    recognize the seriousness of what you've done, and I

7    appreciate that.

8           The attorneys disagree sharply over whether you

9    have pedophilic inclinations.  The Government encourages me

10   to entirely disregard Dr. Berlin's report.  I must say, I

11   was surprised that Dr. Berlin did not conduct any testing in

12   reaching his conclusions about you, although I take

13   Ms. Dixon's point about this happening during COVID.

14          I also found his tone to be more confident and

15   more of an advocacy piece than I typically see in these

16   reports or than I have found necessarily appropriate here.

17   I won't entirely disregard his conclusions, but I do

18   disagree with his finding that you do not pose a future

19   danger to children.

20          Regardless of whether you have pedophilic

21   disorder, I think you have a self-admitted history of sexual

22   deviancy involving dozens of sexual partners and multiple

23   encounters with prostitutes.  I also agree with the

24   Government that this incident represents an escalation of

25   your solicitation arrest from several years ago.  It is

1    clear to me that you've been unwilling to restrain your

2    sexual inclinations and have acted out in antisocial,

3    unhealthy and illegal ways.

4         Although I'm not convinced that you have

5    pedophilic disorder, and that reduces my concerns about

6    recidivism somewhat, this in some ways makes your conduct

7    all the more confusing and blameworthy.  Even on the

8    assumption that you committed this crime simply at your

9    partner's behest, that suggests a shocking willingness to

10   hurt others and break the law just to satisfy your partner.

11        I've also considered the additional pictures.  I

12   largely agree with the Government that this shows someone

13   who was willing to engage in, as Ms. Dixon says, certainly

14   inappropriate contact with the child, even if it wasn't

15   illegal.  You would have thought there would have been alarm

16   bells ringing in your mind.  You're a smart person who's

17   been brought up well; and to be in that situation where

18   somebody is asking you to do even things like bathing their

19   daughter while you're almost naked surely should have made

20   you question whether this was a good idea, whether you

21   should say no, whether you should leave.

22        I think it's unclear whether you knew you were

23   photographed while you were doing that, but that doesn't

24   really make much of a difference in my mind.

25        I also am very troubled by the texts that the

1    Government has shown me that endured where you're still

2    texting with her months or maybe even years after the abuse.

3    I take Ms. Dixon's point that it looks like she reached out

4    to you.

5              But for the life of me, I can't understand why you

6    would be responding to her, let alone encouraging more

7    photographs of her, more opportunities to be with her.  If

8    you were repulsed by her conduct, by what she asked you to

9    do, as I think any normal person would be, you would have

10   wanted to get as far away from her as possible rather than

11   responding and encouraging her advances.

12             In any event, I think there's a significant need

13   to reflect the seriousness of the offense and to promote

14   general deterrence, both of which require a lengthy sentence

15   here.

16             As the Government's memorandum points out, child

17   abuse is a very difficult crime to detect or prosecute, and

18   so it frequently goes unpunished.  Would-be offenders must

19   be aware of the likelihood of a significant period of

20   incarceration if they are caught.

21             Although I agree with Ms. Dixon this is not a

22   typical access-with-intent-to-view case, neither party

23   denies the elements are met here; and in any event, unlike

24   most federal child pornography cases, this one involves

25   actual hands-on abuse.

1          In some ways, I think Count 2 is the more serious

2     charge here, especially given the various aggravating

3     factors, and I think a sentence well above the minimum

4     guideline range for Count 2 is warranted.

5          My sentence is also driven by the need to avoid

6     unwarranted sentence disparities.  Both parties point to

7     *United States versus Ham*, 21-CR-655, and I think a similar

8     sentence is warranted.  I actually see this conduct in this

9     case as being more egregious than in the *Ham* case.  And that

10    Defendant also claimed that he had no pedophilic intention,

11    but was rather dominated by Ms. Miller and urged to abuse

12    her daughter.

13          Neither of you has significant criminal history.

14    I think your young age is a mitigating factor here and the

15    information that Ms. Dixon has brought, not least of which

16    is the incredible support from your family.  Mr. Ham had

17    significant mental health challenges that you don't face,

18    and that was a mitigating factor in his situation.

19          In short, I think the Government's recommendation

20    is appropriate here; and I note both parties have agreed

21    that that sentence is reasonable.  The various mitigating

22    factors discussed by your attorney are appropriately

23    addressed by a sentence at the bottom of the guideline

24    range.  I say this recognizing that the guidelines are

25    voluntary and that I must issue a sentence that is

1    sufficient but not greater than necessary to comply with the

2    purposes of sentencing.

3           You committed a grievous crime with real and

4    long-lasting implications for an innocent young girl.  Only

5    a lengthy sentence along the lines recommended by the

6    guidelines will properly reflect the seriousness of the

7    offense.

8           Having said all this, sir, you are a young man and

9    you'll still be a young man when you're released from

10   prison.  As I said earlier, you have an impressive family

11   support with friends and church community who love and care

12   for you.  I hope you rely on them and your church when

13   you're released.

14          Ms. Dixon is I'm sure right to say this is the

15   most embarrassing moment of your life, the low point of your

16   life.  This need not be the last chapter in your story.  I

17   encourage you to live the life hereafter that will make your

18   family proud and that you can be proud of.

19          I will now impose the sentence.

20          It is the judgment of the Court that you, Shawn

21   Moses, are hereby committed to the custody of the Bureau of

22   Prisons for a term of 168 months on each count, both counts

23   to be served concurrently, as well as a $200 special

24   assessment.

25          You must also serve a ten-year term of supervised

1    release on each count to run concurrently.

2              You must also pay restitution in the amount of

3    $100,000.  Having assessed your ability to pay, I waive

4    interest on the restitution.  I also waive any fine in this

5    case.

6              Within 72 hours of release from custody, you shall

7    report in person to the probation office in the district to

8    which you are released.

9              While on supervision, you must abide by the

10   following mandatory conditions:  You must not commit another

11   federal, state or local offense; you must not possess or use

12   any controlled substance; you must submit to one drug test

13   within 15 days of the commencement of supervision and two

14   additional periodic tests; you must cooperate in the

15   collection of DNA; you must also abide by the discretionary

16   conditions of release recommended by Probation in Part D of

17   the PSR.

18             You shall also comply with the following special

19   conditions:  You must comply with the requirements of the

20   Sexual Offender Registration and Notification Act as

21   directed by your probation officer, the Bureau of Prisons or

22   any state sex offender registration agency in the location

23   where you reside or work.  You must participate in sex

24   offender treatment and follow the rules and regulations of

25   that program.

1          The probation office in consultation with the

2     treatment provider will supervise your participation in that

3     program.

4          You must pay the balance of any financial

5     obligation owed at a rate of no less than $250 each month to

6     commence within 30 days after your release from custody.

7     You must provide the probation officer access to any

8     requested financial information and authorize the release of

9     any financial information.  The probation office may share

10    financial information with the United States Attorney's

11    Office.

12         You must not incur any credit charges or open

13    additional lines of credit without the approval of the

14    probation officer.

15         You must participate in a sex offense-specific

16    assessment.  I waive any payment for costs of that

17    assessment.

18         You must submit to periodic polygraph testing at

19    the discretion of the probation office as a means to ensure

20    that you're in compliance with the requirements of your

21    supervision or treatment program.

22         You must not have direct contact with any child

23    you know or reasonably should know to be under the age of 18

24    without the permission of the probation officer.

25         If you do have any direct contact with any child

1    you know or reasonably should know to be under the age of 18

2    without the permission of the probation officer, you must

3    report this contact to the probation officer within 24

4    hours.  Direct contact includes written communication,

5    in-person communication or physical contact.  Direct contact

6    does not include incidental contact during ordinary daily

7    activities in public places.

8         You must allow the probation officer to install

9    computer monitoring software on any computer as defined in

10   18 USC 1030(e)(1) you use.

11        You must submit your computers as defined in

12   18 USC 1030(e)(1) or other electronic communications or data

13   storage devices or media to a search.  You must warn any

14   other people who use these computers or devices capable of

15   accessing the internet that the device may be subject to

16   searches pursuant to this condition.

17        A probation officer may conduct a search pursuant

18   to this condition only when a reasonable suspicion exists

19   that there's a violation of a condition of supervision and

20   that the computer or device contains evidence of this

21   violation.  Any search will be conducted at a reasonable

22   time and in a reasonable manner.

23        The $200 special assessment is immediately payable

24   to the Clerk of the Court for the U.S. District Court for

25   the District of Columbia.  Within 30 days of any change of

1    address, you shall notify the Clerk of the Court of the

2    change until such time as this financial obligation is paid

3    in full.

4         The probation office shall release the presentence

5    investigation report to all appropriate agencies, which

6    includes the United States Probation Office in the approved

7    district of residence, in order to execute the sentence of

8    the Court.

9         Treatment agencies shall return the presentence

10   report to the probation office upon your completion or

11   termination from treatment.

12        Pursuant to 18 USC 3742, you have a right to

13   appeal the sentence imposed by this Court if the period of

14   imprisonment is longer than the statutory maximum.  If you

15   choose to appeal, you must file any appeal within 14 days

16   after the Court enters judgment.

17        As defined in 28 USC 2255, you also have the right

18   to challenge the conviction entered or sentence imposed if

19   new and currently unavailable information becomes available

20   to you or on a claim that you received ineffective

21   assistance of counsel in entering a plea of guilty to the

22   offense of conviction or in connection with sentencing.

23        If you are unable to afford the cost of an appeal,

24   you may request permission from the Court to file an appeal

25   without cost to you.

1          Pursuant to *United States versus Hunter*, 809 F.3d

2     677, from the D.C. Circuit in 2017, are there any objections

3     to the sentence imposed that are not already noted on the

4     record?  Ms. Bond?

5          MS. BOND:  No, your Honor.

6          THE COURT:  And Ms. Dixon?

7          MS. DIXON:  No, your Honor.  Nothing that has not

8     already been noted.

9          THE COURT:  Ms. Bond, anything further for the

10    Government?

11         MS. BOND:  Yes, your Honor.  We would be

12    submitting a restitution order for the Court as well as a

13    forfeiture order as part of the plea agreement.  Mr. Moses

14    is going to need to forfeit a number of devices related to

15    this case.

16         THE COURT:  Okay.  And anything further from the

17    defense?

18         MS. DIXON:  If I may have the Court's indulgence.

19         (Confers with the Defendant privately.)

20         Thank you, your Honor.

21         THE COURT:  Thanks, folks.

22         Mr. Moses, you're remanded to the custody of the

23    Attorney General.  Good luck to you, sir.

24         (Proceedings concluded.)

25

1                          **<u>CERTIFICATE</u>**

2

3                  I, LISA EDWARDS, RDR, CRR, do hereby

4      certify that the foregoing constitutes a true and accurate

5      transcript of my stenographic notes, and is a full, true,

6      and complete transcript of the proceedings produced to the

7      best of my ability.

8

9

10                 Dated this 7th day of February, 2023.

11

12             <u>/s/ Lisa Edwards, RDR, CRR</u>
               Official Court Reporter
13             United States District Court for the
                 District of Columbia
14             333 Constitution Avenue, Northwest
               Washington, D.C. 20001
15             (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## $

**$100** [1] - 21:8
**$100,000** [2] - 24:15, 105:3
**$125,000** [1] - 21:4
**$200** [3] - 22:24, 104:23, 107:23
**$250** - 106:5
**$250,000** [1] - 21:4
**$400,000** [1] - 20:8
**$47,000** [1] - 20:8

## '

**'18** [2] - 9:11, 14:14

## /

**/s** [1] - 110:12

## 0

**00:28** [1] - 31:12
**00:32** [1] - 31:14

## 1

**1** [23] - 10:5, 15:13, 19:1, 19:23, 22:17, 22:18, 29:2, 29:24, 31:4, 31:23, 32:5, 32:21, 33:3, 33:5, 33:9, 33:16, 33:17, 33:20, 35:17, 36:8, 41:7, 87:3, 87:11
**1's** [5] - 32:10, 32:24, 34:21, 35:3, 36:9
**10** [3] - 1:6, 11:20, 32:14
**100** [1] - 42:22
**1030(e)(1** [2] - 107:10, 107:12
**11** [3] - 32:14, 32:15
**12** [1] - 19:12
**12th** [3] - 31:3, 31:12, 31:13
**13** [1] - 71:21
**14** [3] - 11:25, 68:15, 108:15
**1401** [1] - 1:19
**141** [2] - 42:18, 42:22
**15** [3] - 12:12, 79:18, 105:13
**150** [1] - 72:3
**157** [1] - 42:24

**15th** [1] - 7:20
**168** [7] - 20:7, 22:17, 24:13, 42:10, 43:1, 89:25, 104:22
**17** [2] - 29:7, 29:25
**18** [11] - 4:6, 7:15, 19:5, 21:9, 21:14, 23:4, 106:23, 107:1, 107:10, 107:12, 108:12
**180** [1] - 42:25
**19** [1] - 11:23
**1991** [1] - 8:12
**1992** [1] - 89:8
**1994** [1] - 8:13
**1st** [3] - 14:20, 29:20, 30:20

## 2

**2** [4] - 30:3, 49:7, 103:1, 103:4
**20** [7] - 9:10, 14:13, 20:25, 33:16, 33:18, 44:15, 64:13
**20001** [2] - 2:4, 110:14
**2016** [2] - 9:13, 14:15
**2017** [9] - 9:11, 14:14, 14:20, 29:11, 30:14, 30:20, 42:18, 43:4, 109:2
**2018** [18] - 9:25, 11:5, 14:20, 29:12, 29:20, 30:5, 30:12, 30:13, 30:15, 30:20, 31:3, 31:12, 31:14, 46:4, 50:2, 50:7, 59:3, 60:21
**2019** [1] - 32:17
**202** [2] - 2:4, 110:15
**2020** [2] - 31:22, 60:21
**2021** [3] - 42:18, 43:4, 61:20
**2022** [1] - 7:20
**2023** [3] - 1:6, 7:22, 110:10
**20530** [1] - 1:17
**20774** [1] - 1:20
**21** [2] - 9:16, 15:2
**21-CR-655** [1] - 103:7
**210** [1] - 20:7
**21st** [3] - 8:12, 8:13, 24:5
**22** [4] - 9:24, 11:5, 15:11, 15:12
**22-00054** [1] - 1:3

**22-54** [2] - 3:2, 18:17
**2251** [2] - 88:6, 88:11
**2252** [1] - 4:6
**2255** [1] - 108:17
**23** [3] - 9:25, 11:6, 56:10
**23-year-old** [1] - 59:10
**23rd** [2] - 30:5, 30:12
**24** [4] - 11:9, 14:20, 15:15, 107:3
**24th** [5] - 24:5, 30:13, 30:20, 32:17, 77:1
**25** [3] - 11:9, 15:15, 87:6
**270** [1] - 20:15
**27th** [1] - 7:21
**28** [4] - 8:15, 56:10, 108:17
**2:27** [1] - 1:7
**2G1** [1] - 88:11
**2G2.1** [2] - 19:8, 42:19
**2G2.2** [1] - 19:2, 88:9

## 3

**3** [4] - 8:10, 9:6, 10:3, 54:23
**30** [5] - 8:14, 56:10, 71:18, 106:6, 107:25
**3008** [1] - 4:8
**3020** [1] - 4:9
**32** [1] - 19:9
**333** [2] - 2:3, 110:14
**35** [4] - 19:22, 20:5, 42:19, 71:15
**354-3269** [2] - 2:4, 110:15
**3553** [2] - 24:20, 90:1
**3553(a** [3] - 22:15, 23:4, 97:5
**3553(a)** [1] - 7:15
**3561** [1] - 21:9
**36** [3] - 5:17, 5:23, 6:10
**36-page** [1] - 61:14
**3663A** [1] - 21:14
**3742** [1] - 108:12
**38** [2] - 88:16, 88:22
**381** [1] - 1:20

## 4

**4** [2] - 9:6, 31:25
**4-year-old** [1] - 75:12
**40** [4] - 71:20, 71:24,

**85:1, 94:21
**49** [1] - 11:20
**4th** [1] - 76:25

## 5

**50** [2] - 71:13, 72:4
**555** [1] - 1:16
**5:00** [1] - 69:10

## 6

**6-year-old** [1] - 97:10
**6.1** [2] - 12:13, 12:15
**600** [1] - 72:1
**600,000** [1] - 85:12
**6706** [1] - 2:3
**677** [1] - 109:2

## 7

**7** [2] - 9:10, 14:13
**7-year-old** [1] - 75:12
**72** [1] - 105:6
**76** [2] - 11:25, 85:11
**7th** [1] - 110:10

## 8

**809** [1] - 109:1
**81** [1] - 12:10
**86** [2] - 12:12, 16:4

## 9

**90** [2] - 20:14, 22:17
**9th** [1] - 7:22

## A

**A&T** [4] - 72:21, 72:22, 76:23, 80:25
**abide** [2] - 105:9, 105:15
**ability** [4] - 5:14, 62:5, 105:3, 110:7
**able** [20] - 31:4, 39:9, 42:17, 59:25, 61:25, 63:8, 63:10, 63:21, 69:18, 72:24, 77:10, 80:18, 80:19, 80:20, 81:1, 82:2, 84:23, 89:20, 95:2
**absolutely** [5] - 17:17, 35:20, 86:18, 87:20, 94:9

**absolves** [1] - 98:18
**abuse** [25] - 4:7, 27:16, 29:10, 29:14, 29:15, 29:22, 30:10, 30:13, 30:21, 32:17, 35:19, 40:10, 43:14, 44:9, 64:3, 64:15, 67:25, 88:17, 97:17, 98:3, 99:3, 102:2, 102:17, 102:25, 103:11
**abused** [4] - 32:7, 33:25, 34:14, 39:15
**abuser** [1] - 53:22
**abusers** [1] - 66:20
**abusing** [7] - 27:20, 28:7, 35:24, 36:9, 40:6, 41:14, 88:19
**abusive** [1] - 41:18
**accept** [4] - 18:5, 35:9, 83:11, 93:5
**acceptable** [1] - 91:5
**accepted** [1] - 19:16
**access** [9] - 4:5, 19:4, 25:18, 28:12, 44:21, 64:1, 88:8, 102:22, 106:7
**access-with-intent-to-view** [1] - 102:22
**accessing** [1] - 107:15
**accomplished** [4] - 50:14, 61:15, 61:16
**according** [1] - 21:14
**account** [3] - 22:13, 50:6, 98:25
**accountability** [1] - 77:22
**accurate** [4] - 34:24, 35:16, 110:4
**accurately** [1] - 21:17
**achievement** [1] - 50:10
**acknowledge** [2] - 28:16, 98:22
**act** [2] - 19:14, 92:19
**Act** [1] - 105:20
**acted** [1] - 101:2
**Action** [1] - 1:3
**actions** [9] - 53:15, 74:9, 91:5, 91:9, 92:6, 92:13, 92:16, 94:2, 98:12
**activities** [2] - 57:15, 107:7
**activity** [5] - 9:24, 10:6, 11:5, 53:23, 55:13
**acts** [2] - 92:6, 92:23

**actual** [1] - 102:25
**addictions** [1] - 99:23
**addition** [1] - 23:13
**additional** [6] - 19:14, 19:19, 25:7, 101:11, 105:14, 106:13
**additionally** [1] - 36:10
**address** [10] - 8:8, 18:11, 24:24, 25:9, 28:22, 34:20, 41:25, 48:1, 82:11, 108:1
**addressed** [1] - 103:23
**addressing** [1] - 42:4
**adequate** [1] - 23:10
**administrative** [1] - 9:4
**admit** [1] - 83:19
**admitted** [3] - 4:19, 97:9, 100:21
**admitting** [1] - 37:23
**adult** [5] - 37:6, 84:10, 84:11, 87:22
**advance** [1] - 67:13
**advances** [1] - 102:11
**advisory** [2] - 18:22, 22:14
**advocacy** [2] - 69:8, 100:15
**afford** [2] - 23:10, 108:23
**afternoon** [19] - 3:7, 3:10, 3:11, 3:13, 3:14, 25:3, 70:4, 70:6, 70:8, 70:10, 70:11, 75:2, 75:3, 79:6, 79:7, 83:3, 84:16, 84:20, 84:21
**age** [10] - 8:14, 11:20, 16:14, 19:12, 31:21, 56:10, 72:7, 103:14, 106:23, 107:1
**agencies** [2] - 108:5, 108:9
**agency** [1] - 105:22
**agenda** [3] - 51:3, 51:6, 67:14
**ages** [1] - 15:20
**aggravating** [5] - 4:8, 7:4, 20:25, 64:9, 103:2
**ago** [2] - 88:16, 100:25
**agree** [12] - 5:25, 10:24, 14:3, 14:23, 14:25, 15:19, 16:22, 26:6, 97:22, 100:23,

101:12, 102:21
**agreed** [7] - 10:23, 14:18, 14:19, 15:3, 16:24, 24:17, 103:20
**agreeing** [3] - 9:22, 32:8, 98:24
**agreement** [3] - 24:17, 26:14, 109:13
**ahead** [1] - 24:10
**aid** [5] - 3:16, 4:22, 7:21, 7:22, 98:1
**Air** [1] - 71:17
**alarm** [1] - 101:15
**Alexis** [3] - 78:4, 79:9, 80:22
**alias** [3] - 8:17, 8:18, 8:20
**aliases** [4] - 8:19, 9:3, 16:17, 24:7
**allocution** [1] - 5:21
**allow** [2] - 86:2, 107:8
**allowed** [2] - 92:4, 97:10
**allows** [1] - 85:2
**Allpest** [1] - 71:21
**almost** [6] - 58:9, 77:21, 80:8, 87:24, 89:6, 101:19
**alone** [4] - 77:25, 93:5, 99:14, 102:6
**amateur** [1] - 46:11
**AMERICA** [1] - 1:3
**America** [3] - 3:2, 18:17
**amount** [4] - 25:11, 69:2, 93:1, 105:2
**Amy** [1] - 3:9
**AMY** [1] - 1:14
**anal** [1] - 36:2
**Andrews** [1] - 71:17
**angry** [1] - 92:8
**ant** [1] - 81:6
**antisocial** [1] - 101:2
**anus** [1] - 35:18
**anytime** [1] - 94:10
**anyway** [1] - 17:13
**apologize** [5] - 29:17, 30:18, 30:20, 42:13, 46:15
**app** [2] - 85:2, 85:4
**appalling** [1] - 98:7
**apparent** [1] - 97:13
**appeal** [5] - 108:13, 108:15, 108:23, 108:24
**appear** [4] - 41:4, 67:7, 67:9, 99:2
**aPPEARANCES** [1] - 1:13

**appearing** [1] - 41:12
**apple** [1] - 47:6
**applicable** [8] - 12:13, 20:6, 20:14, 21:12, 21:23, 24:18, 25:20, 26:13
**application** [1] - 47:25
**applies** [3] - 7:2, 18:23, 88:6
**appointed** [1] - 12:2
**appreciate** [17] - 10:18, 43:15, 44:14, 48:23, 51:11, 55:25, 66:4, 67:24, 69:7, 73:8, 78:6, 86:14, 90:14, 96:11, 98:23, 100:3, 100:7
**appreciated** [1] - 77:23
**appreciation** [1] - 93:11
**approach** [2] - 17:15, 90:10
**appropriate** [8] - 26:18, 54:21, 66:13, 68:3, 98:21, 100:16, 103:20, 108:5
**appropriately** [1] - 103:22
**approval** [1] - 106:13
**approved** [1] - 108:6
**April** [2] - 31:22, 32:16
**area** [3] - 56:1, 71:19, 76:19
**argue** [1] - 51:4
**argued** [1] - 33:9
**argues** [1] - 25:18
**argument** [6] - 27:1, 27:3, 53:4, 53:15, 62:2, 64:12
**arguments** [4] - 27:2, 63:12, 63:25, 64:21
**arm** [1] - 62:8
**armed** [1] - 73:14
**arms** [1] - 84:3
**arrest** [8] - 11:21, 11:22, 35:1, 35:5, 57:21, 58:2, 100:25
**arrested** [6] - 11:13, 31:23, 49:1, 58:2, 61:21, 93:7
**article** [1] - 89:8
**articulate** [3] - 79:19, 80:20, 81:22
**aside** [1] - 27:16
**asleep** [11] - 40:22, 40:25, 41:3, 41:4,

41:11, 41:12, 41:16, 41:17, 51:18, 55:12, 98:9
**aspects** [1] - 28:17
**assaulted** [1] - 97:10
**assessed** [2] - 97:4, 105:3
**assessment** [6] - 21:7, 22:24, 104:24, 106:16, 106:17, 107:23
**asset** [1] - 85:24
**assistance** [1] - 108:21
**assisted** [1] - 19:18
**associated** [2] - 4:17, 89:3
**assuming** [1] - 41:17
**assumption** [1] - 101:8
**athlete** [2] - 72:8, 72:9
**attach** [1] - 5:13
**attached** [1] - 5:10
**attaching** [1] - 5:16
**attempt** [2] - 18:23, 66:16
**attempted** [1] - 89:11
**attended** [1] - 65:23
**attention** [1] - 16:4
**attorney** [7] - 7:7, 17:18, 81:16, 81:20, 82:10, 82:19, 103:22
**Attorney** [2] - 89:15, 109:23
**Attorney's** [1] - 106:10
**ATTORNEY'S** [1] - 1:15
**attorneys** [5] - 3:22, 4:25, 18:10, 98:23, 100:8
**attributable** [1] - 99:4
**audience** [1] - 13:3
**audio** [3] - 46:16, 52:20, 74:6
**audio-video** [1] - 74:6
**August** [1] - 29:20
**aunt** [4] - 77:5, 79:5, 79:10, 99:20
**Aunt** [2] - 78:4, 80:22
**authorities** [1] - 19:18
**authorize** [1] - 106:8
**available** [4] - 22:14, 23:20, 81:21, 108:19
**Avenue** [4] - 2:3, 83:1, 83:2, 110:14

**average** [1] - 42:23
**avoid** [2] - 23:17, 103:5
**awake** [5] - 40:17, 40:24, 41:3, 52:12, 98:8
**aware** [11] - 10:13, 15:1, 15:5, 15:8, 15:12, 28:6, 40:17, 66:12, 92:19, 92:24, 102:19
**awesome** [2] - 33:3, 33:6
**awful** [1] - 58:22

**B**

**background** [6] - 5:20, 5:22, 73:15, 83:23, 86:9, 99:18
**bad** [7] - 33:2, 33:5, 49:13, 58:8, 58:13, 77:8, 92:8
**balance** [1] - 106:4
**balances** [1] - 90:1
**Baltimore** [1] - 89:8
**band** [2] - 72:22, 72:23
**Baptist** [1] - 72:2
**bar** [1] - 89:18
**Base** [1] - 71:17
**base** [2] - 19:4, 19:8
**baseball** [3] - 72:10, 72:11, 72:17
**based** [12] - 7:2, 11:13, 20:4, 23:1, 24:16, 30:19, 34:25, 63:9, 80:7, 80:25, 81:20
**Based** [1] - 63:4
**basis** [1] - 52:19
**bathed** [1] - 66:21
**bathing** [2] - 87:19, 101:18
**bear** [4] - 22:11, 29:4, 39:9, 46:10
**beat** [1] - 49:15
**became** [3] - 71:20, 72:13, 73:13
**become** [3] - 37:6, 70:25, 71:10
**becomes** [1] - 108:19
**bed** [3] - 32:16, 32:20, 70:20
**BEFORE** [1] - 1:10
**began** [2] - 9:11, 10:5
**begin** [2] - 9:14,

14:15
**behalf** [8] - 3:8, 3:12, 4:17, 7:9, 75:8, 75:15, 77:14, 78:22
**behavior** [4] - 6:21, 48:24, 49:1, 49:2
**behaviors** [1] - 67:19
**behest** [2] - 31:9, 101:9
**behind** [2] - 35:25, 93:7
**belabor** [1] - 24:23
**believes** [3] - 29:22, 30:9, 33:21
**bells** [1] - 101:16
**Berlin** [4] - 4:15, 5:9, 35:6, 36:17, 36:19, 37:8, 37:17, 37:19, 38:3, 39:19, 39:25, 50:20, 61:13, 61:23, 61:25, 63:1, 63:21, 87:5, 89:1, 89:10, 89:22, 98:8, 100:11
**Berlin's** [6] - 5:16, 5:19, 36:2, 36:13, 63:16, 100:10
**best** [5] - 70:14, 70:18, 72:23, 74:17, 110:7
**bet** [1] - 83:8
**better** [9] - 78:15, 81:4, 81:6, 81:7, 92:16, 93:17, 93:22, 95:9
**between** [8] - 10:6, 14:20, 29:11, 40:17, 42:17, 43:4, 57:24, 71:15
**Bible** [2] - 70:16, 83:13
**big** [7] - 11:25, 12:1, 12:3, 56:9, 71:25, 72:22, 81:18
**biggest** [2] - 75:19, 91:4
**birth** [10] - 8:11, 8:13, 8:18, 9:1, 9:2, 15:21, 16:1, 16:12, 18:8, 24:4
**birthday** [2] - 77:2, 77:4
**birthday's** [1] - 76:25
**birthdays** [2] - 76:24, 77:1
**birthmark** [1] - 53:11
**bit** [4] - 5:22, 6:15, 27:21, 76:2
**Black** [3] - 79:20, 81:9, 81:22

**blameworthy** [1] - 101:7
**blaming** [1] - 74:14
**Block** [1] - 98:23
**blue** [1] - 30:6
**body** [1] - 61:3
**BOND** [33] - 1:14, 3:7, 5:3, 5:6, 8:1, 14:9, 14:12, 14:25, 19:25, 20:18, 21:20, 22:7, 24:11, 26:8, 27:11, 28:15, 28:20, 30:16, 36:14, 38:7, 38:19, 39:4, 40:18, 41:23, 42:5, 42:7, 43:12, 43:19, 86:17, 89:1, 90:4, 109:5, 109:11
**Bond** [2] - 3:8, 58:25
**bond** [20] - 3:10, 5:4, 7:25, 14:7, 16:10, 19:24, 20:17, 21:19, 22:6, 23:22, 24:10, 43:18, 44:17, 44:22, 52:2, 58:18, 59:20, 86:16, 109:4, 109:9
**bonds** [1] - 90:3
**book** [1] - 74:18
**bored** [1] - 49:6
**borne** [2] - 45:20, 48:19
**bother** [1] - 38:3
**bottom** [7] - 16:20, 24:13, 27:18, 28:1, 28:8, 39:14, 103:23
**bottom-of-the-guidelines** [1] - 24:13
**bound** [1] - 16:23
**Bowie** [2] - 46:6, 73:4
**boy** [1] - 76:20
**boys** [2] - 56:8, 60:17
**brain** [2] - 87:23, 98:3
**brave** [1] - 91:15
**break** [2] - 3:15, 101:10
**breathe** [1] - 79:25
**briefly** [1] - 18:3
**bring** [1] - 65:22
**bringing** [1] - 61:14
**broadcasting** [1] - 79:18
**broke** [2] - 67:4, 76:6
**broken** [2] - 99:21, 99:22
**brother** [6] - 75:22, 76:3, 76:24, 78:24, 78:25

**brother's** [1] - 75:8
**brought** [9] - 41:6, 45:14, 65:19, 65:20, 67:4, 98:6, 101:17, 103:15
**build** [1] - 86:7
**BULLOCK** [2] - 84:16, 84:21
**Bullock** [4] - 84:17, 84:20, 85:5, 86:14
**burden** [1] - 39:9
**Bureau** [2] - 104:21, 105:21
**bushes** [1] - 49:14
**business** [2] - 85:18, 86:11
**busy** [1] - 50:13
**BY** [1] - 2:1

# C

**calculated** [1] - 12:21
**calculation** [4] - 7:12, 18:22, 18:24, 19:24
**calculations** [1] - 20:16
**camera** [9] - 15:8, 15:14, 27:24, 28:2, 28:4, 51:17, 51:19, 51:22
**cancer** [1] - 72:14
**candid** [1] - 37:25
**cannot** [2] - 96:19, 96:20
**capable** [1] - 107:14
**captured** [1] - 88:14
**captures** [2] - 39:23, 90:1
**car** [2] - 56:19, 76:17
**care** [3] - 69:16, 99:2, 104:11
**career** [1] - 79:18
**careful** [2] - 44:18, 69:7
**caring** [1] - 95:21
**carjacking** [1] - 49:16
**Carmichael** [2] - 74:24, 75:1
**CARMICHAEL** [3] - 75:1, 75:4, 79:4
**Carolina** [4] - 72:21, 72:22, 73:2, 80:25
**carries** [2] - 19:10, 20:24
**Case** [2] - 3:2, 18:17
**case** [46] - 4:23, 7:2,

7:8, 8:23, 10:11, 10:12, 10:25, 11:22, 12:11, 17:19, 18:2, 18:11, 18:23, 21:18, 26:8, 26:11, 26:12, 26:19, 27:4, 27:13, 28:13, 28:16, 28:17, 29:3, 41:22, 45:4, 45:21, 50:3, 51:5, 52:19, 57:13, 61:8, 64:1, 64:3, 65:7, 66:24, 67:4, 68:20, 69:17, 97:4, 102:22, 103:9, 105:5, 109:15
**cases** [13] - 15:16, 17:7, 26:22, 26:25, 27:2, 27:5, 27:6, 45:7, 53:19, 57:11, 57:14, 65:5, 102:24
**CAT** [1] - 62:20
**Category** [1] - 20:4
**category** [3] - 20:6, 20:12, 20:13
**caught** [3] - 40:13, 51:7, 102:20
**caused** [2] - 91:14, 92:4
**causes** [1] - 71:7
**causing** [1] - 19:6
**cautious** [1] - 41:17
**center** [2] - 6:5, 6:6
**centers** [1] - 6:5
**CEO** [1] - 85:5
**certain** [4] - 46:13, 46:20, 54:25, 83:6
**certainly** [14] - 14:3, 17:6, 33:10, 41:3, 42:4, 43:15, 44:8, 69:15, 79:2, 88:21, 88:22, 92:11, 99:16, 101:13
**CERTIFICATE** [1] - 110:1
**certify** [1] - 110:4
**cetera** [11] - 5:20, 45:9, 52:22, 58:10, 58:11, 60:4, 62:13, 64:20, 65:25
**challenge** [1] - 108:18
**challenges** [1] - 103:17
**chance** [7] - 26:21, 72:14, 79:23, 91:25, 93:25, 94:3
**change** [7] - 16:16, 41:15, 75:9, 75:25, 77:7, 107:25, 108:2
**chapter** [1] - 104:16
**character** [1] - 34:9

**characteristics** [6] - 23:15, 25:23, 28:21, 34:6, 97:8, 99:6
**characterizes** [1] - 34:20
**charge** [6] - 11:23, 26:7, 26:16, 30:19, 43:5, 103:2
**charged** [3] - 30:18, 58:3, 92:23
**charges** [3] - 26:16, 27:12, 106:12
**charmed** [1] - 99:6
**chat** [2] - 30:5, 32:12
**chats** [5] - 31:16, 31:18, 31:19, 31:22, 32:4
**checking** [1] - 40:10
**child** [99] - 4:6, 4:7, 19:4, 25:6, 26:3, 26:22, 26:25, 27:5, 27:7, 27:21, 27:24, 28:5, 28:7, 28:14, 28:18, 30:10, 32:8, 32:10, 33:13, 33:22, 33:25, 35:19, 35:24, 36:9, 39:15, 40:7, 40:8, 40:17, 40:21, 40:24, 41:2, 41:8, 41:11, 44:3, 44:7, 44:8, 44:9, 44:21, 45:3, 45:11, 45:18, 45:19, 48:14, 51:14, 51:15, 51:17, 52:1, 52:3, 52:4, 52:6, 52:16, 53:25, 54:8, 54:10, 54:11, 54:16, 54:20, 54:24, 55:2, 55:10, 55:12, 55:19, 56:3, 56:4, 60:15, 64:2, 64:3, 64:15, 66:15, 66:18, 66:19, 67:19, 67:25, 70:16, 75:17, 75:18, 75:20, 76:5, 76:17, 86:19, 87:3, 87:16, 87:18, 87:19, 88:7, 88:11, 88:12, 88:20, 92:14, 97:17, 101:14, 102:16, 102:24, 106:22, 106:25
**child's** [3] - 40:12, 55:4, 76:7
**children** [18] - 31:8, 31:11, 31:21, 34:2, 34:3, 39:8, 40:11, 54:17, 54:18, 57:16, 57:18, 57:19, 59:22, 70:19, 82:3, 92:17, 98:3, 100:19

**chips** [1] - 64:23
**choices** [1] - 93:11
**choose** [1] - 108:15
**chose** [2] - 91:13, 95:14
**Christ** [1] - 71:8
**Christopher** [1] - 11:18
**church** [19] - 34:7, 46:4, 46:6, 47:12, 47:14, 47:16, 47:17, 50:12, 72:2, 72:6, 74:6, 74:7, 74:15, 79:23, 82:5, 83:7, 84:1, 104:11, 104:12
**Church** [2] - 47:9, 71:24
**churches** [1] - 47:11
**Circuit** [1] - 109:2
**circulated** [1] - 97:15
**circumstance** [1] - 91:6
**circumstances** [11] - 4:8, 20:25, 23:1, 23:14, 25:2, 25:4, 42:12, 43:5, 63:19, 70:14, 87:7
**cite** [2] - 25:16, 42:12
**cited** [1] - 12:23
**claim** [1] - 108:20
**claimed** [2] - 38:21, 103:10
**claims** [1] - 37:9
**clarified** [1] - 43:9
**clarify** [1] - 16:3
**class** [1] - 83:3
**clean** [1] - 54:5
**clear** [10] - 17:11, 17:12, 30:1, 52:20, 52:23, 53:8, 60:12, 61:5, 98:11, 101:1
**clearly** [2] - 27:11, 58:20
**Clerk** [2] - 107:24, 108:1
**client** [2] - 9:22, 10:21
**clinician** [4] - 61:15, 61:16, 61:17, 63:8
**clip** [5] - 45:25, 46:4, 52:21, 55:7, 55:14
**clips** [1] - 4:18
**close** [6] - 32:15, 58:2, 77:1, 77:24, 78:5, 85:1
**close-knit** [1] - 78:5
**clothes** [1] - 87:24, 88:1
**Co** [2] - 50:7, 57:24
**co** [8] - 11:10, 11:12,

11:13, 11:14, 15:16, 15:17, 17:6, 17:9
**Co-Defendant** [1] - 50:7
**Co-Defendants** [1] - 57:24
**co-defendants** [8] - 11:10, 11:12, 11:13, 11:14, 15:16, 15:17, 17:6, 17:9
**Code** [3] - 17:11, 21:1
**code** [1] - 86:23
**Codes** [1] - 4:8
**colleague** [1] - 3:9
**collection** [1] - 105:15
**collectively** [1] - 80:5
**college** [6] - 46:5, 47:24, 47:25, 73:3, 73:11, 79:24
**COLUMBIA** [2] - 1:1, 1:15
**Columbia** [3] - 2:2, 107:25, 110:13
**comfortable** [1] - 35:23
**coming** [4] - 30:7, 46:17, 85:12, 86:3
**command** [1] - 56:3
**commence** [1] - 106:6
**commencement** [1] - 105:13
**comment** [5] - 31:19, 60:10, 60:11, 78:11, 89:1
**comments** [2] - 61:1, 87:17
**commission** [1] - 19:13
**commit** [1] - 105:10
**committed** [4] - 6:18, 101:8, 104:3, 104:21
**committing** [1] - 26:3
**communication** [3] - 86:7, 107:4, 107:5
**communications** [1] - 107:12
**community** [13] - 47:4, 47:5, 65:20, 66:2, 68:7, 69:14, 70:25, 74:10, 82:5, 84:2, 92:15, 104:11
**company** [5] - 71:21, 73:17, 73:19, 73:22, 85:25
**compelled** [1] - 38:25

**complete** [1] - 110:6
**completed** [1] - 4:15
**completely** [3] - 26:18, 37:22, 37:25
**completion** [1] - 108:10
**complexity** [1] - 99:1
**compliance** [1] - 106:20
**comply** [4] - 23:6, 104:1, 105:18, 105:19
**component** [2] - 59:13, 59:14
**computer** [5] - 27:14, 45:8, 107:9, 107:20
**computers** [3] - 80:17, 107:11, 107:14
**concern** [1] - 91:1
**concerned** [1] - 54:25
**concerns** [1] - 101:5
**concluded** [1] - 109:24
**conclusions** [3] - 63:16, 100:12, 100:17
**concurrent** [1] - 65:11
**concurrently** [4] - 22:20, 43:13, 104:23, 105:1
**condition** [3] - 107:16, 107:18, 107:19
**conditions** [3] - 105:10, 105:16, 105:19
**condone** [1] - 60:17
**conduct** [19] - 11:14, 15:16, 19:7, 19:8, 19:14, 23:11, 23:19, 28:10, 39:10, 39:12, 43:3, 88:13, 90:2, 99:19, 100:11, 101:6, 102:8, 103:8, 107:17
**conducted** [2] - 9:19, 107:21
**confers** [1] - 109:19
**confided** [2] - 82:23, 82:25
**confidence** [1] - 86:7
**confident** [1] - 100:14
**confirm** [1] - 38:5
**confirmed** [1] - 22:21
**conform** [2] - 39:10, 39:12
**confusing** [1] - 101:7
**confusion** [1] - 97:25

**Congress** [2] - 7:14, 23:4
**conjunction** [1] - 36:23
**connected** [1] - 85:3
**connection** [2] - 17:23, 108:22
**connects** [1] - 89:19
**conscious** [2] - 52:12, 52:16
**consecutive** [3] - 22:22, 43:10, 65:9
**consecutively** [3] - 16:7, 22:19, 65:1
**consensual** [1] - 10:6
**consequences** [3] - 6:19, 7:17, 40:6
**consider** [8] - 21:25, 23:3, 23:14, 66:13, 68:5, 68:22, 90:8, 99:2
**considerably** [1] - 88:22
**consideration** [3] - 19:21, 57:2, 86:13
**considerations** [1] - 97:7
**considered** [4] - 97:24, 98:21, 99:5, 101:11
**considering** [1] - 7:3
**consistent** [5] - 24:19, 26:18, 42:11, 43:2, 43:6
**constant** [1] - 74:6
**constitute** [1] - 4:19
**constitutes** [1] - 110:4
**Constitution** [2] - 2:3, 110:14
**consultation** [1] - 106:1
**consulting** [1] - 73:20
**contact** [14] - 27:6, 27:8, 45:18, 48:21, 48:22, 87:21, 101:14, 106:22, 106:25, 107:3, 107:4, 107:5, 107:6
**contacting** [3] - 29:24, 59:4, 90:23
**contacts** [2] - 59:1, 59:2
**contained** [1] - 23:1
**contains** [1] - 107:20
**continuation** [1] - 29:16
**continue** [4] - 31:22,

34:13, 42:6, 78:19
**continued** [1] - 29:15
**continues** [1] - 31:2
**continuing** [3] - 30:23, 30:24, 93:19
**continuum** [6] - 27:11, 27:14, 27:17, 27:23, 28:1, 28:8
**contractions** [1] - 76:17
**contrast** [2] - 88:14, 88:20
**contrasting** [1] - 34:6
**contrasts** [1] - 36:24
**control** [1] - 71:20
**controlled** [1] - 105:12
**controlling** [1] - 60:25
**conversation** [4] - 41:24, 48:14, 48:15, 59:18
**convicted** [1] - 42:17
**conviction** [3] - 21:8, 108:18, 108:22
**convictions** [1] - 20:3
**convinced** [1] - 101:4
**cooperate** [1] - 105:14
**coping** [1] - 41:12
**copious** [1] - 51:18
**copy** [2] - 29:7, 29:8
**corner** [2] - 68:8, 93:21
**correct** [10] - 14:25, 15:22, 16:11, 16:14, 22:3, 22:6, 22:9, 24:5, 44:17, 94:23
**corrected** [1] - 18:10
**correctly** [1] - 8:19
**corroborate** [1] - 59:23
**corroborated** [2] - 48:20, 63:22
**corroborates** [1] - 45:15
**corroboration** [2] - 38:22, 63:13
**Cortez** [2] - 3:3, 18:17
**CORTEZ** [1] - 1:6
**cost** [3] - 47:24, 108:23, 108:25
**costs** [1] - 99:1, 106:16
**counsel** [12] - 3:5, 12:1, 25:21, 26:10,

33:8, 34:20, 35:9, 46:1, 89:5, 89:10, 89:17, 108:21
**counsel's** [2] - 34:15, 40:20
**counseling** [2] - 50:21, 70:24
**count** [7] - 4:5, 4:7, 65:9, 65:10, 88:21, 104:22, 105:1
**Count** [6] - 19:1, 19:23, 22:17, 22:18, 103:1, 103:4
**counting** [1] - 71:16
**country** [1] - 89:18
**counts** [1] - 104:22
**County** [2] - 47:11, 72:3
**couple** [5] - 33:23, 35:21, 69:6, 82:16, 82:17
**courage** [1] - 96:16
**course** [9] - 14:1, 29:13, 37:15, 41:5, 57:23, 62:21, 67:8, 68:4, 86:4
**Court** [56] - 2:1, 2:2, 5:18, 6:9, 7:13, 7:16, 8:10, 10:13, 13:16, 15:3, 15:6, 15:7, 18:14, 18:16, 21:5, 21:16, 21:24, 23:4, 24:18, 24:22, 25:2, 25:6, 25:13, 25:15, 29:5, 29:7, 29:8, 29:10, 29:19, 29:25, 34:12, 35:2, 37:19, 39:18, 45:2, 46:22, 56:25, 68:25, 70:2, 70:3, 81:16, 82:11, 88:15, 89:9, 89:22, 104:20, 107:24, 108:1, 108:8, 108:13, 108:16, 108:24, 109:12, 110:12, 110:13
**court** [5] - 36:20, 46:14, 46:21, 65:22, 90:25
**COURT** [100] - 1:1, 3:10, 3:13, 4:3, 5:4, 5:7, 5:12, 5:25, 6:3, 6:12, 6:14, 8:2, 8:5, 8:8, 9:5, 10:1, 10:21, 10:23, 11:1, 11:16, 11:24, 12:3, 12:8, 12:16, 12:19, 12:24, 13:6, 13:11, 14:3, 14:5, 14:7, 14:10, 14:23, 15:19, 15:24,

16:2, 16:8, 17:17, 17:21, 18:1, 18:13, 18:19, 20:1, 20:3, 20:19, 20:21, 21:21, 21:23, 22:8, 22:10, 24:7, 24:10, 26:6, 26:21, 28:12, 28:19, 30:14, 36:12, 38:4, 38:17, 38:20, 40:16, 41:19, 42:1, 42:6, 43:9, 43:17, 43:20, 46:1, 46:18, 46:24, 58:17, 64:5, 69:5, 69:20, 69:25, 70:4, 70:10, 73:22, 74:13, 75:3, 79:2, 79:7, 82:9, 82:15, 84:13, 84:20, 86:14, 88:24, 90:3, 90:5, 90:10, 90:20, 91:22, 95:20, 97:3, 109:6, 109:9, 109:16, 109:21
**Court's** [1] - 109:18
**courtroom** [1] - 86:21
**COURTROOM** [2] - 3:1, 18:16
**cousin** [1] - 83:9
**cousins** [1] - 78:20
**covered** [1] - 51:15
**COVID** [1] - 100:13
**cowardly** [1] - 91:17
**credence** [1] - 39:2
**credentialed** [1] - 6:3
**credit** [7] - 36:17, 89:22, 99:15, 99:18, 100:4, 106:12, 106:13
**crime** [15] - 6:18, 16:12, 19:11, 25:2, 25:5, 25:24, 26:3, 44:20, 44:21, 60:18, 67:23, 97:9, 101:8, 102:17, 104:3
**crimes** [4] - 23:12, 93:5, 98:5, 99:24
**Criminal** [4] - 1:3, 3:2, 18:16, 20:4
**criminal** [12] - 6:20, 7:3, 20:3, 20:5, 20:11, 20:13, 23:11, 42:20, 49:10, 99:20, 103:13
**criminals** [1] - 94:15
**cringey** [1] - 54:13
**cross** [2] - 88:5, 88:10
**cross-reference** [2] - 88:5, 88:10
**CRR** [3] - 2:1, 110:3, 110:12
**cry** [3] - 76:4, 81:10,

81:11
**Crying** [1] - 75:10
**curiosity** [1] - 47:18
**curious** [2] - 34:3, 48:17
**curriculum** [1] - 86:6
**custody** [4] - 104:21, 105:6, 106:6, 109:22
**cut** [1] - 65:14
**cute** [1] - 66:8
**CV** [3] - 5:16, 61:14, 89:2

# D

**D-O-B-B-I-N-S** [1] - 79:9
**D.C** [21] - 1:6, 1:17, 2:4, 4:8, 12:12, 17:10, 20:9, 20:12, 20:14, 21:1, 21:11, 21:15, 25:15, 63:18, 64:4, 71:19, 80:23, 109:2, 110:14
**dad** [1] - 76:7
**daily** [1] - 107:6
**damage** [2] - 40:8, 92:14
**danger** [3] - 32:9, 97:15, 100:19
**dark** [1] - 71:3
**data** [1] - 107:12
**date** [18] - 8:11, 8:13, 8:17, 9:1, 15:21, 15:25, 16:12, 16:13, 18:7, 18:8, 24:4, 29:19, 30:4, 31:25, 43:14, 50:5
**date-of-birth** [1] - 16:12
**dated** [1] - 32:16
**Dated** [1] - 110:10
**dates** [3] - 9:7, 9:8, 9:9
**daughter** [3] - 32:25, 101:19, 103:12
**daughters** [2] - 54:19, 73:7
**days** [5] - 81:9, 105:13, 106:6, 107:25, 108:15
**deacon** [3] - 47:9, 47:13
**deal** [9] - 11:25, 12:1, 12:3, 56:9, 58:7, 58:15, 72:22, 76:1, 94:17
**dealing** [1] - 52:13
**December** [2] - 7:21,

53:2
**decided** [1] - 62:23
**decision** [9] - 6:20, 16:21, 22:11, 61:10, 75:19, 75:23, 77:8, 77:9, 92:9
**decisions** [1] - 92:6
**decrease** [1] - 19:20
**deeply** [1] - 91:7
**Defendant** [50] - 1:7, 3:22, 4:4, 4:17, 4:19, 4:24, 8:5, 10:5, 10:7, 15:13, 18:19, 23:12, 23:16, 23:23, 25:18, 25:25, 26:1, 29:2, 29:24, 31:4, 31:23, 32:5, 32:10, 32:21, 32:24, 33:3, 33:5, 33:9, 33:16, 33:17, 33:20, 33:25, 34:5, 34:21, 35:3, 35:6, 35:8, 35:17, 36:8, 36:9, 39:2, 41:7, 50:7, 69:17, 87:3, 87:11, 88:1, 99:4, 103:10, 109:19
**DEFENDANT** [8] - 1:18, 17:20, 17:25, 90:9, 90:11, 90:21, 91:23, 96:1
**defendant's** [1] - 99:14
**Defendant's** [5] - 16:14, 19:11, 25:12, 25:22, 39:20
**Defendants** [1] - 57:24
**defendants** [12] - 11:10, 11:12, 11:13, 11:14, 15:16, 15:17, 17:6, 17:9, 23:18, 89:5, 99:21
**defense** [20] - 4:13, 15:20, 16:11, 16:14, 16:23, 17:3, 25:21, 26:10, 28:24, 33:8, 34:15, 34:20, 35:9, 40:19, 43:24, 89:4, 89:5, 89:9, 89:18, 109:17
**defer** [1] - 68:25
**defined** [3] - 107:9, 107:11, 108:17
**definitely** [2] - 72:6, 95:14
**degree** [2] - 4:7, 73:11
**Deloitte** [2] - 73:18
**demonstrated** [1] - 64:3

**denies** [1] - 102:23
**deny** [2] - 17:13, 60:17
**depart** [1] - 70:17
**departure** [4] - 7:4, 22:1, 22:4, 22:5
**departures** [2] - 19:22, 21:25
**depict** [1] - 25:3
**depicted** [1] - 88:17
**depiction** [1] - 19:8
**DEPUTY** [2] - 3:1, 18:16
**described** [3] - 34:16, 64:3, 95:21
**describes** [3] - 17:1, 97:25, 99:16
**description** [1] - 25:7
**desensitize** [1] - 53:23
**desensitizing** [2] - 55:1, 55:11
**deserve** [2] - 91:11, 95:16
**deserves** [2] - 84:9, 84:10
**designed** [1] - 86:6
**desire** [2] - 39:8, 92:17
**desires** [1] - 87:13
**desperately** [1] - 58:21
**despite** [1] - 75:23
**detail** [2] - 25:4, 25:21
**detect** [1] - 102:17
**Detective** [1] - 35:1
**detention** [2] - 68:5, 68:9
**deter** [1] - 90:2
**determination** [1] - 67:13
**determinations** [1] - 7:24
**determine** [2] - 6:23, 7:1
**determined** [1] - 21:23
**determining** [1] - 37:4
**deterrence** [7] - 23:11, 25:24, 39:25, 40:1, 40:2, 40:9, 102:14
**development** [1] - 98:4
**deviance** [1] - 49:3
**deviancy** [1] - 100:22
**deviant** [2] - 48:24,

49:1
**deviants** [1] - 97:20
**device** [2] - 107:15,
107:20
**devices** [4] - 57:12,
107:13, 107:14,
109:14
**devil** [1] - 50:13
**devoted** [1] - 30:7
**diagnose** [1] - 37:7
**diagnosed** [2] - 37:9
**diagnosing** [1] - 37:3
**diagnosis** [1] - 37:10
**dick** [3] - 31:15, 33:1,
33:5
**died** [1] - 11:19
**difference** [4] -
40:16, 40:24, 40:25,
101:24
**different** [18] - 9:2,
11:12, 34:1, 34:11,
35:5, 37:1, 37:8,
41:10, 43:16, 56:10,
58:5, 59:14, 60:12,
79:14, 87:7, 88:20
**differently** [3] -
58:25, 65:6, 91:13
**difficult** [2] - 26:23,
58:18, 102:17
**difficulty** [1] - 46:16
**direct** [5] - 32:11,
106:22, 106:25,
107:4, 107:5
**directed** [4] - 52:22,
52:24, 55:15, 105:21
**directly** [2] - 15:14,
51:22
**dirty** [4] - 59:11,
59:15, 60:17, 61:2
**dirty-talk** [1] - 61:2
**disagree** [13] - 9:17,
14:10, 14:13, 14:17,
14:21, 15:2, 15:9,
15:11, 15:12, 39:1,
58:19, 100:8, 100:18
**disagreed** [2] - 3:17,
59:24
**disagreement** [1] -
35:10
**disappeared** [2] -
59:5, 59:7
**disappointed** [1] -
92:8
**discernible** [1] -
40:23
**disclosed** [1] - 53:1
**discomfort** [1] - 66:4
**discount** [1] - 39:19
**discourage** [1] - 49:3
**discovered** [1] -

58:12
**discrepancies** [2] -
12:25, 14:8
**discretion** [1] -
106:19
**discretionary** [1] -
105:15
**discuss** [3] - 20:21,
22:10, 25:1
**discussed** [2] - 8:3,
103:22
**discusses** [1] - 98:2
**discussions** [1] -
26:10
**disobey** [1] - 32:3,
32:8
**disorder** [4] - 38:5,
39:3, 100:21, 101:5
**disorders** [1] - 98:4
**disparities** [2] -
23:17, 103:6
**display** [1] - 87:3
**dispute** [6] - 4:22,
4:23, 10:16, 12:22,
36:11, 86:20
**disputed** [2] - 4:20,
32:12
**disputes** [1] - 10:22
**disputing** [2] - 12:20,
12:21
**disregard** [4] -
25:14, 63:16, 100:10,
100:17
**distanced** [1] - 29:1
**distinctions** [1] -
57:23
**distinctive** [1] -
53:10
**distressed** [1] - 44:4
**distribute** [1] - 27:19
**district** [3] - 105:7,
108:7, 110:13
**DISTRICT** [4] - 1:1,
1:1, 1:11, 1:15
**District** [5] - 2:2, 2:2,
107:24, 107:25,
110:13
**divorced** [1] - 79:17
**DIXON** [51] - 1:18,
1:19, 3:11, 5:8, 5:13,
6:2, 6:4, 6:13, 8:4,
8:7, 8:9, 9:6, 10:8,
10:22, 10:24, 11:2,
11:17, 11:25, 12:4,
12:9, 12:18, 12:20,
12:25, 13:9, 13:15,
14:4, 14:6, 17:16,
18:12, 20:2, 20:20,
21:22, 22:9, 24:3,
24:9, 43:22, 46:3,

46:15, 46:22, 46:25,
58:24, 64:11, 69:19,
69:22, 70:1, 74:23,
79:5, 82:10, 84:14,
109:7, 109:18
**Dixon** [29] - 3:12,
3:13, 5:7, 8:2, 20:1,
20:19, 21:21, 22:8,
23:25, 27:1, 28:20,
29:5, 29:8, 32:13,
36:24, 43:21, 63:6,
65:21, 69:6, 69:14,
69:25, 78:6, 97:22,
99:13, 101:13,
102:21, 103:15,
104:14, 109:6
**Dixon's** [7] - 14:12,
17:7, 23:21, 25:9,
87:17, 100:13, 102:3
**DNA** [1] - 105:15
**DOBBINS** [2] - 79:6,
79:9
**Dobbins** [1] - 79:9
**doctor** [3] - 62:8,
62:9, 63:7
**doctor's** [2] - 62:14,
62:22
**doctors** [3] - 62:6,
62:7, 62:18
**document** [1] - 33:14
**documents** [3] -
4:17, 5:1, 36:20
**dominated** [1] -
103:11
**domination** [1] -
67:12
**dominatrix** [3] -
38:24, 51:1, 54:4
**done** [23] - 35:17,
36:23, 37:24, 40:8,
40:11, 56:18, 58:23,
62:3, 62:21, 74:2,
75:9, 75:23, 75:25,
77:7, 77:22, 78:23,
78:24, 81:25, 92:10,
92:13, 93:6, 100:6
**Donna** [4] - 82:11,
82:13, 82:19, 82:20
**door** [1] - 76:13
**dote** [1] - 47:6
**down** [5] - 41:1,
71:3, 72:25, 90:17,
95:6
**dozens** [1] - 100:22
**Dr** [38] - 4:15, 5:9,
5:16, 5:19, 35:6, 36:2,
36:13, 36:17, 36:19,
36:25, 37:2, 37:8,
37:17, 37:19, 38:3,
39:19, 39:25, 50:20,

61:13, 61:15, 61:23,
61:25, 63:1, 63:16,
63:21, 84:17, 84:20,
86:14, 87:5, 89:1,
89:10, 89:22, 98:8,
98:22, 99:2, 100:10,
100:11
**DR** [2] - 84:16, 84:21
**draw** [1] - 31:24
**drink** [1] - 56:16
**drinking** [1] - 56:17
**drive** [1] - 76:9
**driven** [1] - 103:5
**Dropbox** [1] - 50:6
**drug** [2] - 99:23,
105:12
**due** [3] - 83:22,
85:15, 92:22
**duped** [1] - 26:2
**during** [7] - 5:21,
29:16, 41:17, 58:6,
92:23, 100:13, 107:6

**E**

**earliest** [1] - 15:25
**early** [1] - 13:20
**easier** [2] - 95:13
**easy** [4] - 37:22,
60:3, 78:23, 96:7
**education** [2] -
85:23, 99:7
**educational** [1] -
86:9
**educator** [2] - 79:19,
81:8
**EDWARDS** [2] - 2:1,
110:3
**Edwards** [1] - 110:12
**effect** [1] - 24:21,
40:20
**effects** [1] - 91:9
**egregious** [1] - 103:9
**either** [7] - 21:13,
28:10, 29:22, 30:10,
87:24, 88:25
**electronic** [2] -
57:12, 107:12
**elements** [2] - 26:19,
102:23
**Eleventh** [1] - 1:16
**eligible** [3] - 21:9,
21:11, 21:13
**ELMO** [1] - 29:9
**eloquently** [1] - 99:9
**email** [1] - 48:1
**embarrassing** [3] -
65:17, 97:19, 104:15
**embrace** [2] - 66:1,

66:10
**embracing** [1] -
65:15
**emotionally** [1] -
98:13
**enabled** [1] - 80:24
**encapsulate** [1] -
65:4
**encapsulates** [1] -
26:19
**encounter** [8] -
49:19, 50:25, 52:12,
52:14, 55:23, 60:22,
61:12, 67:18
**encounters** [2] -
9:17, 100:23
**encourage** [1] -
104:17
**encourages** [1] -
100:9
**encouraging** [3] -
89:13, 102:6, 102:11
**end** [7] - 28:8, 39:18,
45:24, 67:24, 68:2,
100:1
**ends** [2] - 68:16,
71:23
**endured** [1] - 102:1
**enduring** [1] - 98:1
**engage** [4] - 6:20,
19:6, 59:11, 101:13
**enhancement** [2] -
19:12, 19:15
**enhancements** [1] -
19:11
**enjoyed** [5] - 35:13,
39:16, 87:15
**enjoying** [1] - 35:24
**enlightened** [1] -
52:2
**enrolled** [1] - 80:22
**ensure** [2] - 23:4,
106:19
**entered** [1] - 108:18
**entering** [1] - 108:21
**enters** [1] - 108:16
**entire** [1] - 44:12
**entirely** [2] - 100:10,
100:17
**entitles** [1] - 19:17
**entitling** [1] - 19:19
**entrepreneur** [1] -
86:5
**entrepreneurship**
[1] - 86:8
**environment** [3] -
84:1, 91:20, 99:17
**envision** [1] - 14:1
**envisioned** [2] -
13:19, 13:23

**equivalent** [1] - 17:9
**escalation** [1] - 100:24
**especially** [4] - 18:7, 56:8, 93:13, 103:2
**ESQ** [3] - 1:14, 1:14, 1:18
**Esquire** [1] - 82:19
**essentially** [3] - 25:13, 43:3, 89:13
**established** [1] - 66:25
**estimating** [1] - 99:1
**et** [11] - 5:20, 45:9, 52:22, 58:10, 58:11, 60:4, 62:13, 64:20, 65:25
**ethics** [1] - 89:16
**evaluating** [1] - 89:5
**evaluation** [3] - 4:15, 36:2, 37:4
**evaluations** [1] - 38:10
**evening** [3] - 77:10, 82:13, 82:15
**event** [7] - 42:13, 48:3, 50:5, 65:4, 65:5, 102:12, 102:23
**events** [4] - 16:5, 41:18, 52:19, 58:3
**eventually** [3] - 35:5, 39:24, 40:13
**evidence** [17] - 29:3, 29:13, 34:17, 35:8, 35:21, 35:22, 45:20, 45:21, 50:3, 51:13, 53:1, 53:12, 53:18, 55:12, 61:8, 107:20
**exact** [1] - 39:4
**exactly** [5] - 12:4, 25:5, 50:5, 95:5
**exam** [1] - 36:23
**example** [4] - 49:9, 49:17, 71:13, 71:14
**exceed** [1] - 81:24
**except** [2] - 17:12
**exception** [1] - 18:6
**exchange** [1] - 31:3
**excited** [1] - 76:8
**exclusion** [1] - 25:23
**excuse** [3] - 56:6, 90:16, 94:3
**excuses** [2] - 35:15, 35:17
**execute** [1] - 108:7
**exhibit** [1] - 46:1
**exist** [1] - 45:14
**exists** [1] - 107:18
**expected** [3] - 38:4, 38:7, 38:11

**experience** [8] - 36:2, 36:4, 48:11, 62:22, 63:9, 63:20, 84:1, 85:23
**experienced** [1] - 87:6
**experiment** [4] - 48:6, 50:22, 51:1
**experimenting** [4] - 48:17, 50:18, 60:4, 84:2
**expert** [1] - 63:3
**expertise** [1] - 68:11
**experts** [1] - 37:1
**explain** [4] - 52:10, 52:16, 56:7, 99:24
**explained** [1] - 65:24
**explicit** [1] - 19:7
**exploit** [2] - 54:8, 54:10
**Exploitation** [1] - 6:7
**exposed** [1] - 47:19
**exposing** [1] - 66:2
**express** [2] - 90:24, 91:24
**expresses** [1] - 90:22
**extensive** [2] - 63:9, 97:13
**extent** [2] - 16:25, 81:21
**extraneous** [1] - 34:17
**extremely** [3] - 77:17, 92:20, 93:10
**eye** [1] - 47:6

## F

**F.3d** [1] - 109:1
**face** [5] - 6:20, 35:22, 53:7, 66:6, 103:17
**Facebook** [1] - 77:3
**facing** [2] - 56:14, 77:22
**fact** [14] - 8:15, 25:17, 34:25, 35:4, 39:19, 51:17, 53:3, 59:1, 59:8, 67:11, 72:5, 89:7, 92:22, 99:12
**factor** [3] - 25:22, 103:14, 103:18
**factors** [16] - 7:4, 7:14, 22:11, 22:15, 24:20, 24:24, 25:8, 25:24, 39:23, 64:9, 68:1, 90:1, 96:15, 97:5, 103:3, 103:22

**facts** [14] - 10:9, 10:19, 10:25, 13:10, 15:4, 18:5, 23:1, 23:3, 26:11, 26:12, 26:19, 65:5, 65:7, 97:4
**factual** [4] - 7:24, 8:6, 14:8, 26:7
**failed** [1] - 95:6
**fair** [4] - 7:14, 13:15, 39:22, 65:3
**Faith** [1] - 84:17
**faith** [3] - 71:7, 71:8
**fall** [1] - 64:23
**families** [1] - 73:9
**family** [24] - 12:6, 43:25, 69:13, 73:7, 75:20, 78:3, 78:5, 78:25, 79:25, 84:25, 85:2, 85:4, 85:20, 92:14, 93:9, 93:15, 95:20, 99:7, 99:8, 99:25, 103:16, 104:10, 104:18
**far** [5] - 46:17, 54:25, 66:25, 83:10, 102:10
**fashion** [2] - 7:13, 57:1
**fashioning** [1] - 69:1
**father** [9] - 41:19, 42:4, 47:8, 47:13, 72:9, 72:11, 72:14, 83:8
**father's** [1] - 79:10
**fathers** [1] - 54:18
**fault** [1] - 83:17
**favorite** [1] - 89:4
**February** [1] - 110:10
**federal** [14] - 6:18, 18:24, 19:1, 20:7, 20:24, 21:3, 21:10, 21:15, 27:5, 44:21, 64:1, 65:22, 102:24, 105:11
**Federal** [1] - 25:14
**feed** [1] - 39:24
**fell** [2] - 55:12, 80:9
**felony** [1] - 21:8
**felt** [4] - 38:25, 78:15, 78:16, 88:22
**female** [2] - 33:20, 55:9
**Fernando** [1] - 78:3
**few** [5] - 3:17, 3:18, 3:19, 69:9, 91:4
**field** [2] - 6:4, 63:3
**figures** [1] - 99:2
**file** [2] - 108:15, 108:24
**filed** [8] - 4:14, 7:18, 7:20, 7:21, 14:18,

17:23, 25:9, 25:10
**fill** [2] - 33:1, 33:4
**filled** [1] - 47:25
**filmed** [2] - 28:5, 97:11
**final** [2] - 7:18, 22:11
**finally** [3] - 89:1, 89:16, 89:24
**financial** [7] - 37:2, 37:5, 106:4, 106:8, 106:9, 106:10, 108:2
**fine** [6] - 20:8, 21:3, 66:12, 69:2, 90:20, 105:4
**fines** [1] - 20:23
**FIRM** [1] - 1:19
**first** [25] - 4:7, 6:22, 18:24, 23:24, 29:19, 37:2, 37:18, 48:21, 48:22, 51:14, 54:2, 59:6, 62:9, 65:9, 67:4, 70:12, 71:4, 76:5, 76:17, 76:22, 76:23, 77:20, 90:11, 90:21, 96:1
**first-degree** [1] - 4:7
**fiscal** [1] - 42:18
**five** [9] - 21:6, 21:10, 21:11, 22:23, 62:13, 69:12, 69:20, 73:7, 73:9
**Flikshop** [11] - 84:19, 85:2, 85:6, 85:8, 85:17, 85:18, 85:21, 85:24, 86:1, 86:11
**floating** [1] - 35:15
**floor** [1] - 23:25
**Floor** [1] - 1:16
**flow** [1] - 13:23
**focused** [2] - 16:12, 80:23
**focuses** [3] - 25:21, 25:25, 28:20
**focusing** [1] - 16:5
**folks** [9] - 7:10, 18:13, 50:12, 70:4, 70:10, 74:13, 99:15, 109:21
**follow** [4] - 40:4, 60:9, 98:2, 105:24
**follow-on** [1] - 98:2
**follower** [1] - 67:16
**following** [5] - 4:2, 18:15, 69:24, 105:10, 105:18
**follows** [1] - 18:24
**FOR** [5] - 1:1, 1:14, 1:15, 1:18, 1:22
**force** [1] - 36:6

**Force** [1] - 71:17
**forced** [1] - 26:2
**foregoing** [1] - 110:4
**forfeit** [1] - 109:14
**forfeiture** [1] - 109:13
**forgetting** [1] - 95:5
**forgiveness** [1] - 71:9
**formed** [1] - 87:22
**formulate** [1] - 81:2
**forth** [8] - 7:15, 7:24, 8:6, 10:10, 10:11, 27:20, 48:25, 73:15
**fortunately** [1] - 48:8
**forward** [6] - 3:5, 52:8, 67:4, 83:21, 95:1, 96:18
**founder** [1] - 85:5
**four** [4] - 6:15, 19:12, 31:13, 35:7
**four-level** [1] - 19:12
**Fourth** [1] - 1:16
**fourths** [1] - 85:13
**fraction** [1] - 93:21
**framework** [1] - 21:17
**frankly** [2] - 26:13, 35:11
**freedom** [1] - 93:13
**frequently** [1] - 102:18
**friends** [5] - 43:25, 93:10, 95:20, 99:8, 104:11
**front** [5] - 12:14, 60:3, 65:16, 70:3, 87:10
**fulfilling** [1] - 91:21
**full** [2] - 108:3, 110:5
**fully** [2] - 17:18, 87:22
**fun** [2] - 59:11, 60:25, 61:3
**function** [1] - 46:5
**furniture** [1] - 71:19
**future** [4] - 23:12, 90:2, 99:1, 100:18

## G

**general** [3] - 40:2, 57:19, 102:14
**General** [2] - 89:15, 109:23
**generosity** [1] - 99:10
**genuine** [1] - 100:5
**George's** [2] - 47:11,

72:3

**Georgia** [2] - 83:1, 83:2
**gifts** [1] - 86:9
**gig** [1] - 63:7
**girl** [9] - 34:14, 70:21, 80:4, 87:24, 95:23, 97:10, 98:6, 100:2, 104:4
**girl's** [2] - 97:16, 98:19
**girlfriend** [1] - 83:4
**girls** [3] - 75:11, 78:20
**given** [11] - 9:1, 20:25, 23:21, 52:4, 68:24, 78:18, 81:23, 91:24, 93:10, 97:13, 103:2
**glad** [7] - 51:8, 51:10, 51:20, 53:16, 61:9, 70:14, 72:13
**goal** [3] - 54:8, 54:10, 85:8
**God** [1] - 71:15
**gonna** [1] - 76:13
**goodness** [2] - 81:18, 97:23
**gosh** [1] - 65:21
**GOVERNMENT** [1] - 1:14
**Government** [47] - 3:6, 3:19, 4:13, 4:14, 5:10, 7:6, 7:10, 7:20, 7:23, 10:10, 13:3, 13:7, 13:12, 13:13, 13:24, 16:22, 17:5, 17:23, 22:7, 24:2, 29:21, 30:9, 31:18, 32:23, 33:12, 33:21, 34:4, 34:19, 36:16, 39:22, 42:10, 45:7, 48:23, 51:22, 53:9, 57:10, 60:20, 64:9, 67:3, 67:6, 89:17, 89:21, 100:9, 100:24, 101:12, 102:1, 109:10
**Government's** [10] - 29:13, 35:11, 43:1, 45:21, 50:3, 98:1, 98:20, 98:24, 102:16, 103:19
**gradually** [4] - 53:21, 54:2, 56:13, 56:21
**graduated** [4] - 46:5, 73:4, 73:10, 73:13
**graduates** [1] - 46:7
**graduation** [1] - 46:7
**grain** [2] - 38:1, 38:15

**grandparents** [1] - 74:15
**graphic** [1] - 25:4
**Gras** [1] - 72:25
**gratification** [2] - 35:13, 45:17
**gravamen** [2] - 4:20, 52:19
**gravity** [1] - 6:17
**great** [5] - 25:21, 62:4, 77:3, 77:6, 92:13
**greater** [4] - 23:5, 24:20, 93:10, 104:1
**greatest** [1] - 50:10
**green** [1] - 29:24
**grew** [1] - 74:15
**grievous** [1] - 104:3
**groomed** [3] - 53:18, 87:21, 87:23
**grooming** [4] - 53:18, 87:18, 88:2, 88:3
**grounds** [1] - 22:1
**group** [2] - 20:13, 41:6
**grouped** [1] - 20:10
**grow** [1] - 66:10
**growing** [1] - 72:8
**guarantee** [1] - 74:10
**guard** [1] - 73:14
**guess** [15] - 9:3, 11:14, 12:5, 12:19, 13:6, 13:15, 27:4, 49:11, 50:4, 53:10, 54:25, 55:6, 59:7, 62:2
**guidance** [1] - 70:24
**guideline** [15] - 18:22, 19:1, 20:6, 20:14, 22:5, 23:16, 42:16, 42:19, 43:8, 44:19, 88:5, 88:6, 88:9, 103:4, 103:23
**Guideline** [1] - 19:2
**guidelines** [34] - 7:2, 7:5, 7:11, 12:21, 19:2, 20:8, 20:10, 20:12, 21:12, 21:24, 21:25, 22:14, 23:13, 24:13, 24:16, 25:13, 25:15, 25:19, 26:24, 27:10, 27:12, 40:16, 40:18, 42:15, 44:15, 64:17, 67:21, 67:22, 67:24, 68:2, 88:4, 89:25, 103:24, 104:6
**Guidelines** [2] - 12:12, 25:14
**guilt** [1] - 98:18

**guilty** [6] - 4:5, 19:16, 23:19, 25:18, 25:19, 108:21
**gut** [1] - 37:12
**guy** [1] - 68:19
**guys** [2] - 79:22, 83:12

# H

**half** [3] - 33:24, 34:14, 63:2
**half-doing** [1] - 63:2
**hall** [1] - 81:11
**Ham** [3] - 11:18, 103:7, 103:9
**ham** [9] - 38:18, 38:21, 38:22, 43:2, 88:15, 88:16, 88:20, 88:25, 103:16
**hand** [2] - 29:7, 29:8
**handed** [1] - 43:7
**handle** [1] - 7:10
**hands** [5] - 27:8, 27:16, 29:14, 84:4, 102:25
**hands-on** [4] - 27:8, 27:16, 29:14, 102:25
**hang** [1] - 61:5
**hanging** [1] - 37:20
**happenstance** [1] - 40:12
**happily** [1] - 29:8
**happy** [5] - 6:11, 13:11, 36:8, 77:4, 91:21
**hard** [9] - 37:24, 54:9, 60:8, 71:2, 72:20, 75:19, 93:10, 95:9
**harder** [1] - 99:19
**harm** [1] - 92:4
**harmed** [1] - 91:17
**harms** [1] - 98:16
**hate** [2] - 59:9, 71:6
**haunted** [1] - 97:18
**health** [2] - 99:23, 103:17
**healthy** [3] - 37:6, 99:7, 99:17
**hear** [13] - 7:6, 18:14, 43:24, 43:25, 44:1, 47:8, 52:21, 54:9, 55:5, 55:7, 55:10, 55:14, 69:18
**heard** [8] - 7:7, 46:18, 47:15, 55:8, 55:9, 79:11, 80:7, 88:15

**hearing** [4] - 6:14, 6:22, 42:2, 84:6
**HEARING** [1] - 1:10
**heartache** [1] - 74:16
**heavy** [1] - 39:9
**heinous** [2] - 66:22, 97:9
**help** [10] - 37:6, 70:22, 71:9, 74:2, 78:7, 80:6, 83:14, 83:15, 85:9, 99:24
**helpful** [2] - 46:19, 96:11
**helping** [1] - 96:8
**helps** [1] - 64:5
**hereafter** [1] - 104:17
**hereby** [2] - 104:21, 110:3
**herself** [1] - 10:7
**hide** [2] - 83:20, 95:1
**high** [16] - 26:24, 28:8, 31:5, 31:19, 31:21, 32:1, 40:7, 40:14, 59:25, 60:1, 60:15, 72:17, 72:19, 73:10, 80:14
**higher** [5] - 27:22, 64:8, 64:16, 67:24
**highly** [1] - 17:8
**himself** [7] - 29:1, 39:17, 44:2, 49:6, 80:23, 81:6, 81:25
**historic** [1] - 47:12
**historical** [1] - 83:7
**History** [1] - 20:4
**history** [13] - 7:3, 20:5, 20:11, 20:12, 20:13, 23:15, 25:22, 28:21, 42:20, 97:8, 99:5, 100:21, 103:13
**hit** [1] - 42:7
**hitting** [1] - 30:23
**holding** [2] - 28:2, 52:6
**home** [7] - 35:3, 62:16, 68:5, 68:9, 81:9, 85:12, 99:17
**Homeland** [1] - 73:14
**homes** [2] - 99:21, 99:22
**honest** [4] - 37:22, 83:12, 83:17, 96:15
**honestly** [2] - 94:15, 96:1
**honesty** [3] - 64:14, 64:22, 83:22
**Honor** [73] - 3:1, 3:7, 3:11, 5:3, 5:8, 8:1, 8:4, 13:1, 14:9, 15:23,

19:25, 20:2, 20:18, 20:20, 21:20, 21:22, 24:3, 24:11, 24:12, 35:11, 35:20, 41:23, 42:5, 43:19, 43:23, 45:23, 46:15, 47:1, 48:5, 48:18, 63:23, 70:1, 70:11, 71:1, 71:4, 71:5, 74:23, 77:15, 84:21, 86:17, 87:5, 89:24, 90:4, 92:5, 92:10, 93:3, 93:9, 93:20, 93:24, 94:6, 94:21, 94:25, 95:1, 95:3, 95:6, 95:7, 95:10, 95:15, 95:17, 96:1, 96:7, 96:13, 96:15, 96:17, 96:19, 96:21, 96:22, 96:24, 97:2, 109:5, 109:7, 109:11, 109:20
**HONORABLE** [1] - 1:10
**hope** [7] - 42:4, 71:9, 74:14, 76:20, 91:19, 91:20, 104:12
**hoped** [1] - 92:23
**hopefully** [1] - 96:22
**hoping** [2] - 69:10, 93:8
**Hopkins** [2] - 6:1, 6:6
**horrible** [2] - 75:23, 92:2
**horrific** [1] - 98:2
**horrifying** [1] - 92:7
**horror** [1] - 44:9
**hospital** [4] - 76:6, 76:9, 76:13, 76:16
**hours** [5] - 63:18, 69:6, 105:6, 107:4
**house** [5] - 34:22, 54:3, 54:5, 76:11, 87:12
**housekeeping** [1] - 71:18
**Howard** [1] - 83:2
**huge** [3] - 40:1, 91:3
**human** [2] - 77:8
**humiliating** [1] - 65:18
**Hunter** [1] - 109:1
**hurt** [1] - 101:10
**hurting** [2] - 27:24, 93:14

# I

**idea** [8] - 37:17, 39:2, 41:10, 50:18, 51:2,

55:18, 101:20
**ideas** [1] - 96:3
**identical** [1] - 43:3
**identified** [1] - 22:2
**identify** [2] - 3:5,
68:17
**identifying** [1] - 53:8
**identity** [1] - 8:22
**ignores** [1] - 34:16
**illegal** [4] - 54:14,
55:13, 101:3, 101:15
**illegality** [1] - 59:12
**illicit** [3] - 4:21,
27:13, 27:17
**illustrate** [3] - 50:8,
53:20, 54:1
**illustrative** [1] - 59:8
**image** [1] - 32:22
**images** [19] - 3:17,
3:19, 3:23, 27:13,
27:17, 27:23, 28:3,
45:5, 45:10, 57:13,
57:14, 57:15, 57:18,
66:25, 87:18, 87:23,
87:25, 97:15
**imagined** [1] - 67:17
**immediately** [1] -
107:23
**impact** [6] - 4:13,
41:20, 44:2, 82:4,
97:24, 98:2
**impacted** [2] - 58:14,
98:3
**implications** [1] -
104:4
**import** [8] - 3:17,
5:18, 5:19, 6:9, 8:20,
17:13, 44:12, 61:10
**important** [11] - 34:5,
40:9, 45:6, 56:24,
56:25, 78:2, 80:11,
80:16, 80:19, 90:18
**impose** [5] - 7:16,
21:5, 21:16, 66:11,
104:19
**imposed** [8] - 16:6,
23:7, 23:16, 42:24,
42:25, 108:13,
108:18, 109:3
**imposes** [1] - 23:5
**imposing** [1] - 90:8
**impression** [1] - 55:5
**impressive** [3] -
73:22, 99:7, 104:10
**imprisonment** [7] -
20:22, 21:2, 42:23,
42:24, 42:25, 64:10,
108:14
**improvement** [1] -
80:25

**in-person** [1] - 107:5
**inappropriate** [5] -
54:13, 92:19, 92:20,
95:23, 101:14
**incarcerated** [1] -
85:3
**incarceration** [6] -
22:17, 22:18, 24:14,
85:13, 86:3, 102:20
**incident** [7] - 9:7,
15:1, 15:7, 65:2,
70:23, 88:19, 100:24
**incidental** [1] - 107:6
**incidents** [1] - 9:9
**inclinations** [2] -
100:9, 101:2
**inclined** [2] - 39:1,
40:3
**include** [5] - 20:22,
22:1, 23:7, 60:8,
107:6
**includes** [2] - 107:4,
108:6
**including** [4] - 60:5,
97:14, 98:3, 100:4
**incorrect** [5] - 8:12,
8:24, 9:12, 11:21,
15:20
**increased** [2] - 93:1,
98:4
**increasing** [1] -
97:16
**incredible** [1] -
103:16
**incredibly** [1] - 97:19
**incur** [1] - 106:12
**indeed** [1] - 34:2
**indicate** [4] - 8:19,
16:6, 45:4, 53:19
**indicated** [1] - 62:15
**indicates** [3] - 8:11,
9:6, 9:10
**indication** [1] - 60:6
**indicted** [1] - 26:15
**individual** [1] - 41:24
**individuals** [3] - 7:9,
27:6, 41:14
**indulge** [1] - 46:22
**indulgence** [1] -
109:18
**ineffective** [1] -
108:20
**infamously** [1] -
26:23
**influence** [3] - 16:21,
47:13, 92:4
**influences** [1] -
50:16
**information** [12] -
8:24, 14:18, 29:10,

30:19, 36:21, 85:7,
90:6, 103:15, 106:8,
106:9, 106:10, 108:19
**informed** [1] - 46:16
**inherent** [1] - 98:25
**innocent** [3] - 92:5,
93:14, 104:4
**inside** [1] - 85:14
**install** [1] - 107:8
**instance** [1] - 29:14
**instead** [3] - 16:25,
91:16
**instill** [1] - 86:22
**Institute** [1] - 6:6
**institutes** [1] - 89:3
**instructor** [1] - 72:20
**intact** [2] - 99:7,
99:16
**integrity** [4] - 64:22,
71:11, 83:24, 85:22
**intellectual** [2] -
64:14, 64:22
**intelligence** [1] -
99:10
**intelligent** [5] -
79:20, 81:22, 83:10,
83:11, 85:22
**intended** [2] - 5:13,
48:16
**intent** [11] - 4:6,
19:4, 22:21, 25:19,
28:12, 44:3, 44:21,
64:2, 67:9, 88:8,
102:22
**intention** [1] - 103:10
**interacted** [1] - 9:13
**interactions** [4] -
30:2, 87:3, 87:25,
88:10
**interest** [8] - 31:8,
31:20, 34:2, 38:23,
39:8, 39:13, 59:21,
105:4
**interested** [3] -
31:11, 34:17, 58:20
**interesting** [1] -
40:19
**intermittently** [1] -
9:13
**internet** [4] - 48:9,
67:2, 107:15
**interpret** [1] - 33:11
**interpreted** [2] -
32:23, 33:12
**interview** [7] - 34:25,
36:19, 38:11, 62:9,
62:23, 63:4, 63:8
**interviews** [1] - 63:2
**intimate** [1] - 97:19
**introduce** [1] - 70:5

**investigation** [9] -
4:11, 7:19, 7:25,
11:15, 19:19, 41:5,
51:5, 53:10, 108:5
**investment** [1] -
69:17
**invite** [2] - 58:25,
64:25
**involve** [2] - 27:6,
67:5
**involved** [11] - 19:5,
19:11, 19:13, 27:7,
51:5, 59:15, 70:22,
72:10, 88:12, 89:15,
98:17
**involves** [1] - 102:24
**involving** [2] - 19:3,
100:22
**issue** [7] - 9:7, 9:24,
14:22, 36:1, 40:1,
42:9, 103:25
**issues** [5] - 10:12,
18:7, 34:19, 41:25,
99:23
**it'll** [1] - 3:23

## J

**Jail** [1] - 63:18
**jail** [11] - 61:23,
61:24, 62:1, 63:18,
68:15, 77:20, 94:14,
95:18, 96:22, 96:25,
97:2
**January** [2] - 1:6,
7:22
**Jenner** [1] - 98:23
**JESSICA** [1] - 1:22
**Jessica** [1] - 3:4
**Jesus** [1] - 71:8
**Job** [3] - 74:19,
78:12, 78:14
**job** [5] - 45:7, 73:13,
73:17, 85:21, 86:10
**jobs** [2] - 78:1, 99:8
**JOCELYN** [1] - 1:14
**Jocelyn** [1] - 3:7
**Johns** [2] - 6:1, 6:5
**joke** [2] - 76:9, 78:14
**joking** [2] - 49:6,
49:13
**JSIN** [1] - 42:13
**Judge** [8] - 45:6,
65:14, 67:15, 75:2,
79:6, 81:16, 92:1,
94:13
**judge** [1] - 78:23
**JUDGE** [1] - 1:11
**judgment** [2] -

104:20, 108:16
**judiciary** [1] - 42:13
**jump** [1] - 53:20
**June** [13] - 14:20,
29:11, 29:12, 30:14,
30:20, 46:4, 50:2,
50:7, 59:3, 59:12
**junior** [1] - 80:14
**jury** [1] - 3:21
**justice** [1] - 49:10
**justifications** [1] -
99:24
**justifies** [1] - 93:4

## K

**keep** [7] - 6:16,
46:18, 56:9, 71:23,
75:5, 82:3, 82:7
**keeping** [1] - 91:11
**kept** [2] - 52:20, 61:4
**kid** [3] - 54:11, 59:10,
84:10
**kids** [5] - 38:23,
62:11, 74:17, 78:20,
84:7
**Kik** [7] - 29:5, 29:20,
33:23, 34:4, 60:7,
60:16, 87:4
**kind** [25] - 4:19, 13:4,
13:13, 26:6, 28:13,
40:10, 45:2, 45:7,
46:9, 48:11, 52:11,
52:13, 53:23, 59:10,
59:14, 59:18, 60:8,
60:22, 60:23, 61:7,
64:6, 68:13, 83:3,
86:12, 96:11
**kindly** [1] - 96:6
**kindness** [1] - 99:9
**kinds** [6] - 9:4,
53:19, 57:14, 57:15,
64:21, 67:19
**knit** [1] - 78:5
**knocked** [1] - 76:12
**knowing** [3] - 78:15,
78:24, 93:17
**knowingly** [1] - 9:22
**knowledge** [7] -
40:23, 40:25, 62:22,
63:10, 63:21, 97:13,
97:18
**known** [2] - 65:24,
84:25
**knows** [5] - 28:4,
28:5, 29:10, 81:20,
94:7

## L

**lack** [1] - 34:12
**Lane** [1] - 1:19
**languish** [1] - 68:15
**Lanham** [1] - 84:18
**lapse** [1] - 30:21
**largely** [1] - 101:12
**largest** [1] - 47:11
**Largo** [1] - 1:20
**Larson** [2] - 3:9, 5:2
**LARSON** [1] - 1:14
**last** [8] - 7:13, 7:15, 10:2, 14:2, 62:11, 74:5, 81:8, 104:16
**lasting** [1] - 104:4
**lastly** [1] - 84:14
**late** [4] - 53:1, 53:12, 77:12, 90:13
**late-disclosed** [1] - 53:1
**laughing** [1] - 78:14
**Laurel** [1] - 76:7
**law** [9] - 6:21, 23:9, 25:16, 39:10, 39:12, 82:21, 89:12, 89:14, 101:10
**LAW** [1] - 1:19
**lays** [2] - 18:21, 88:8
**learn** [4] - 50:22, 50:23, 83:20, 86:7
**learned** [2] - 84:3, 96:9
**least** [8] - 15:20, 26:24, 27:5, 31:11, 48:21, 74:5, 98:16, 103:15
**leave** [5] - 39:3, 47:17, 90:17, 95:13, 101:21
**leaves** [1] - 39:4
**led** [4] - 26:3, 40:13, 96:15, 99:6
**left** [1] - 73:2
**length** [4] - 17:1, 24:25, 42:24, 42:25
**lengthy** [3] - 26:10, 102:14, 104:5
**lenience** [1] - 84:9
**leniency** [1] - 74:11
**less** [1] - 106:5
**letter** [2] - 90:22, 100:4
**letters** [1] - 4:16
**level** [9] - 19:5, 19:9, 19:12, 19:14, 19:18, 19:19, 19:22, 20:5, 42:19
**leverage** [1] - 85:8

**liable** [1] - 50:11
**life** [25] - 21:1, 21:6, 37:24, 38:12, 49:25, 64:10, 65:17, 71:10, 82:17, 82:18, 83:8, 84:4, 86:8, 91:14, 91:21, 93:11, 94:12, 94:19, 98:13, 98:19, 99:6, 102:5, 104:15, 104:16, 104:17
**lifeguard** [1] - 94:12
**lifetime** [2] - 24:14, 68:24
**light** [3] - 7:14, 41:7, 97:5
**lightly** [3] - 75:13, 75:16, 77:16
**likelihood** [2] - 98:4, 102:19
**likely** [1] - 37:5
**line** [1] - 39:14
**lines** [2] - 104:5, 106:13
**Lisa** [1] - 110:12
**LISA** [2] - 2:1, 110:3
**listed** [1] - 22:15
**Listen** [1] - 62:8
**listening** [1] - 55:6
**live** [3] - 91:20, 94:11, 104:17
**lives** [2] - 96:10, 97:18
**living** [1] - 63:3
**LLC** [1] - 1:19
**local** [4] - 6:18, 18:25, 21:4, 105:11
**location** [1] - 105:22
**long-lasting** [1] - 104:4
**long-term** [2] - 39:13, 87:8
**look** [14] - 25:14, 30:16, 33:14, 34:12, 37:19, 51:19, 51:21, 53:5, 58:24, 59:1, 68:2, 69:11, 88:11, 95:1
**looked** [3] - 15:7, 15:14, 54:20
**looking** [8] - 10:3, 26:11, 29:18, 34:5, 49:24, 54:23, 68:1
**looks** [4] - 28:4, 78:10, 97:22, 102:3
**loophole** [1] - 89:12
**loosely** [1] - 50:7
**Lord** [1] - 81:23
**loss** [2] - 37:5
**lost** [1] - 80:1
**love** [9] - 30:8, 70:24,

71:15, 75:22, 79:1, 79:14, 84:23, 95:16, 104:11
**loved** [6] - 30:7, 47:3, 83:15, 85:3, 86:22, 93:20
**loves** [1] - 81:22
**loving** [2] - 91:20, 93:15
**low** [2] - 68:2, 104:15
**lower** [1] - 64:8
**luck** [1] - 109:23
**luckily** [1] - 49:21
**lucky** [1] - 63:19

## M

**M3** [2] - 20:10, 20:13
**ma'am** [10] - 5:25, 8:8, 10:1, 12:24, 43:20, 75:3, 79:2, 79:7, 82:9, 84:13
**Macy's** [1] - 72:24
**man** [7] - 47:8, 81:22, 84:24, 85:22, 92:16, 104:8, 104:9
**manager** [2] - 71:19, 84:18
**mandates** [1] - 19:8
**mandatory** [6] - 12:10, 21:7, 21:15, 89:12, 89:14, 105:10
**manner** [1] - 107:22
**manual** [3] - 7:5, 12:14, 19:3
**Manual** [1] - 12:13
**march** [1] - 72:24
**marched** [1] - 72:25
**Marcus** [1] - 85:5
**Mardi** [1] - 72:25
**marked** [1] - 29:17
**married** [2] - 71:13, 71:15
**MARY** [1] - 70:6
**Mary** [1] - 70:6
**Maryland** [7] - 1:20, 47:12, 84:18, 89:11, 89:12, 89:15
**materials** [1] - 5:2
**matter** [5] - 6:19, 39:11, 39:13, 86:13, 98:24
**matters** [3] - 18:15, 39:5, 44:25
**maximum** [4] - 20:24, 21:1, 21:3, 108:14
**McFadden** [6] - 1:10, 75:2, 79:6, 81:16,

92:1, 94:13
**mean** [16] - 11:17, 11:22, 51:9, 51:10, 56:1, 56:8, 60:16, 60:24, 61:8, 64:6, 64:19, 68:17, 68:18, 73:11, 94:12, 95:22
**meaning** [2] - 20:4, 20:11
**means** [2] - 85:13, 106:19
**meant** [1] - 92:18
**mechanical** [1] - 6:16
**mechanism** [1] - 41:12
**media** [2] - 60:7, 107:13
**median** [1] - 42:24
**meet** [3] - 35:2, 48:16, 71:23
**Melatonin** [2] - 41:8, 52:3
**member** [3] - 70:25, 72:6, 74:7
**members** [6] - 69:14, 71:24, 72:2, 85:3, 99:8
**memo** [2] - 24:24, 34:15
**memoranda** [3] - 3:16, 4:12, 5:15
**memorandum** [15] - 4:22, 5:11, 6:8, 7:20, 7:22, 11:11, 24:22, 28:24, 34:22, 40:20, 57:4, 63:12, 63:25, 98:1, 102:16
**memories** [1] - 92:25
**men** [4] - 58:1, 79:20, 81:9, 98:17
**mental** [3] - 30:21, 99:22, 103:17
**mention** [2] - 5:22, 42:9
**mentioned** [8] - 5:12, 5:15, 18:7, 41:20, 71:25, 74:4, 82:20, 99:20
**mentor** [1] - 86:11
**Mercantile** [1] - 1:19
**mercy** [3] - 74:10, 81:21, 84:10
**merit** [1] - 79:20
**message** [2] - 60:16, 61:6
**messages** [13] - 29:5, 29:6, 29:20, 33:24, 33:25, 34:4, 45:9, 58:17, 60:7,

60:20, 61:7, 87:4, 96:18
**met** [9] - 9:10, 9:13, 10:4, 14:14, 14:15, 48:13, 48:14, 72:8, 102:23
**mete** [1] - 65:10
**mic** [1] - 46:19
**micro** [1] - 48:3
**middle** [3] - 43:3, 61:21, 72:16
**midst** [1] - 63:17
**might** [9] - 13:19, 24:3, 49:1, 49:2, 60:2, 65:4, 79:25, 81:4, 81:10
**Miller** [10] - 9:19, 9:21, 11:7, 11:18, 15:13, 48:13, 50:6, 51:6, 60:22, 103:11
**million** [1] - 67:17
**mind** [5] - 6:16, 65:15, 82:7, 101:16, 101:24
**mine** [1] - 5:13
**minimization** [1] - 35:8
**minimize** [9] - 28:10, 40:20, 44:2, 44:7, 44:9, 51:24, 66:16, 80:3, 94:8
**minimizes** [1] - 34:16
**minimizing** [2] - 78:23, 82:2
**minimum** [5] - 12:10, 34:2, 38:7, 38:11, 103:3
**minister** [1] - 82:11
**Ministries** [1] - 84:17
**ministry** [1] - 74:6
**Minnesota** [1] - 62:3
**minor** [3] - 19:6, 19:12, 94:10
**minute** [3] - 56:16, 56:17, 97:3
**minutes** [4] - 31:13, 46:8, 69:9, 69:20
**mislead** [1] - 8:21
**miss** [3] - 30:8, 59:6
**misses** [1] - 31:1
**missionaries** [1] - 74:16
**misspeaking** [1] - 30:17
**mistake** [8] - 74:8, 91:3, 92:3, 94:5, 94:11, 94:20, 94:24, 96:17
**mistakes** [4] - 91:7,

93:16, 93:23, 95:19
**mitigate** [1] - 90:6
**mitigating** [4] - 7:3, 103:14, 103:18, 103:21
**MO** [1] - 89:7
**mobile** [1] - 85:2
**mom** [3] - 55:22, 75:11, 79:17
**mom's** [1] - 67:13
**moment** [9] - 15:9, 33:6, 36:5, 46:23, 50:9, 51:10, 65:17, 104:15
**Mommy** [6] - 30:6, 32:2, 32:5, 33:4, 33:6, 33:16
**money** [1] - 49:12
**monitoring** [1] - 107:9
**month** [5] - 30:4, 30:11, 78:13, 106:5
**months** [16] - 9:12, 10:4, 20:7, 20:15, 24:14, 41:24, 42:10, 42:24, 42:25, 43:1, 59:4, 88:15, 89:25, 102:2, 104:22
**months'** [2] - 22:17
**moral** [1] - 86:23
**morning** [1] - 74:19
**MOSES** [6] - 1:6, 70:6, 70:8, 70:11, 73:23, 74:22
**Moses** [73] - 3:3, 3:12, 3:14, 4:5, 6:14, 7:21, 8:2, 14:18, 15:3, 15:7, 17:15, 18:18, 19:16, 21:9, 21:12, 25:5, 26:2, 26:13, 26:14, 27:25, 28:18, 28:20, 28:25, 29:15, 29:25, 30:5, 31:7, 32:11, 32:19, 33:4, 33:9, 33:16, 34:7, 34:10, 34:11, 34:18, 34:21, 35:6, 35:10, 37:9, 37:13, 37:16, 37:18, 39:10, 40:2, 40:13, 41:9, 41:13, 42:16, 42:20, 43:5, 66:20, 70:2, 70:3, 70:7, 70:9, 85:21, 86:10, 86:22, 87:1, 87:2, 87:9, 87:18, 87:22, 88:3, 88:7, 88:14, 88:19, 90:5, 104:21, 109:13, 109:22
**Moses's** [6] - 8:11,

20:6, 34:5, 34:9, 34:25, 86:24
**most** [13] - 31:21, 42:7, 50:10, 55:18, 65:16, 72:17, 83:25, 85:15, 85:19, 92:11, 99:21, 102:24, 104:15
**mother** [16] - 10:13, 29:2, 31:4, 40:12, 47:25, 48:13, 52:2, 52:6, 55:19, 56:2, 58:21, 71:1, 71:2, 75:17, 79:22, 98:15
**mothers** [1] - 54:18
**move** [8] - 27:3, 30:3, 36:14, 39:21, 52:7, 55:25, 59:8, 83:21
**moved** [1] - 59:5
**moving** [3] - 31:3, 31:13, 96:18
**MR** [4] - 70:8, 70:11, 73:23, 74:22
**MRI** [1] - 62:20
**MS** [89] - 3:7, 3:11, 5:3, 5:6, 5:8, 5:13, 6:2, 6:4, 6:13, 8:1, 8:4, 8:7, 8:9, 9:6, 10:8, 10:22, 10:24, 11:2, 11:17, 11:25, 12:4, 12:9, 12:18, 12:20, 12:25, 13:9, 13:15, 14:4, 14:6, 14:9, 14:12, 14:25, 17:16, 18:12, 19:25, 20:2, 20:18, 20:20, 21:20, 21:22, 22:7, 22:9, 24:3, 24:9, 24:11, 26:8, 27:11, 28:15, 28:20, 30:16, 36:14, 38:7, 38:19, 39:4, 40:18, 41:23, 42:5, 42:7, 43:12, 43:19, 43:22, 46:3, 46:15, 46:22, 46:25, 58:24, 64:11, 69:19, 69:22, 70:1, 70:6, 74:23, 75:1, 75:4, 79:4, 79:5, 79:6, 79:9, 82:10, 82:13, 82:16, 84:14, 86:17, 89:1, 90:4, 109:5, 109:7, 109:11, 109:18
**multiple** [3] - 16:5, 41:13, 100:22
**multitude** [1] - 89:21
**muscles** [1] - 62:16
**must** [28] - 23:3, 23:14, 33:3, 33:6, 100:10, 102:18,

103:25, 104:25, 105:2, 105:9, 105:10, 105:11, 105:12, 105:14, 105:15, 105:19, 105:23, 106:4, 106:7, 106:12, 106:15, 106:18, 106:22, 107:2, 107:8, 107:11, 107:13, 108:15

# N

**naked** [1] - 101:19
**name** [8] - 11:19, 32:6, 70:6, 70:8, 75:6, 79:8, 81:10, 82:13
**names** [1] - 89:3
**nasty** [2] - 30:8, 30:25
**National** [1] - 6:6
**nationally** [1] - 89:2
**nature** [6] - 4:21, 17:1, 23:14, 25:1, 25:4, 97:7
**navigate** [1] - 86:5
**naïve** [11] - 26:3, 48:5, 48:18, 49:9, 49:18, 49:25, 67:16, 83:25, 87:9, 87:10, 87:11
**naïveté** [6] - 48:5, 55:17, 79:21, 80:8, 87:1, 96:6
**near** [1] - 96:20
**necessarily** [5] - 40:7, 44:20, 65:3, 81:12, 100:16
**necessary** [5] - 5:23, 23:6, 24:21, 68:25, 104:1
**need** [23] - 3:20, 5:17, 5:24, 23:7, 23:16, 23:17, 25:7, 38:1, 62:23, 63:5, 68:11, 69:9, 79:3, 83:11, 84:3, 85:23, 94:3, 95:2, 102:12, 103:5, 104:16, 109:14
**needle** [1] - 39:21
**needs** [6] - 34:12, 57:1, 70:22, 71:10, 74:2, 80:6
**neighborhood** [2] - 31:5, 59:25
**nervous** [2] - 76:15, 90:16
**network** [1] - 100:1
**never** [14] - 16:18,

47:18, 47:19, 57:8, 67:17, 77:11, 81:24, 91:18, 92:10, 92:11, 92:18, 93:12, 93:22, 94:9
**nevertheless** [2] - 48:25, 68:21
**new** [1] - 108:19
**next** [10] - 21:24, 30:3, 30:4, 30:11, 39:24, 54:11, 56:14, 56:17, 56:21, 65:10
**night** [8] - 70:20, 73:5, 77:12, 91:2, 91:3, 91:5, 91:7, 91:13
**nightmares** [1] - 97:25
**nobody** [1] - 65:23
**none** [3] - 53:11, 93:4, 98:18
**nonetheless** [1] - 13:11
**normal** [3] - 79:23, 88:8, 102:9
**normalizing** [1] - 87:25
**normally** [1] - 57:13
**North** [4] - 72:21, 72:22, 73:2, 80:25
**Northwest** [3] - 1:16, 2:3, 110:14
**note** [3] - 8:10, 29:19, 103:20
**noted** [3] - 24:19, 109:3, 109:8
**notes** [3] - 51:18, 75:4, 110:5
**nothing** [13] - 35:23, 43:19, 43:24, 43:25, 44:1, 44:6, 45:4, 52:8, 57:19, 66:8, 91:12, 109:7
**Notification** [1] - 105:20
**notify** [1] - 108:1
**noting** [2] - 14:13, 99:9
**notwithstanding** [2] - 59:12, 60:19
**November** [1] - 7:20
**number** [6] - 8:18, 34:7, 34:23, 46:2, 88:21, 109:14
**numbers** [3] - 9:2, 16:17, 24:8
**numerous** [2] - 4:16, 5:19

# O

**obedient** [1] - 40:4
**objection** [7] - 7:23, 8:6, 15:2, 17:3, 17:10, 17:14, 19:24
**objections** [6] - 6:24, 6:25, 14:13, 15:18, 16:9, 20:16, 109:2
**obligation** [2] - 106:5, 108:2
**obvious** [1] - 52:4
**obviously** [7] - 13:16, 14:1, 41:19, 42:2, 64:7, 80:4, 90:18
**occasion** [1] - 28:25
**occur** [2] - 13:20, 68:21
**occurred** [10] - 9:24, 11:5, 16:13, 30:13, 30:22, 32:18, 50:5, 55:13, 57:21, 58:2
**October** [9] - 8:12, 8:13, 24:5, 30:13, 31:3, 31:12, 31:13, 76:25
**OF** [4] - 1:1, 1:3, 1:10, 1:15
**Offender** [1] - 105:20
**offender** [2] - 105:22, 105:24
**offenders** [4] - 42:18, 42:22, 43:4, 102:18
**offense** [46] - 7:17, 10:3, 14:19, 16:15, 16:24, 17:1, 18:8, 18:24, 18:25, 19:2, 19:3, 19:5, 19:9, 19:10, 19:13, 19:17, 19:22, 20:5, 20:7, 20:9, 20:10, 20:13, 20:14, 20:24, 21:1, 21:3, 21:4, 21:10, 21:11, 21:13, 21:15, 23:8, 23:9, 23:15, 24:18, 42:19, 64:4, 64:7, 97:7, 102:13, 104:7, 105:11, 106:15, 108:22
**offense-specific** [1] - 106:15
**offenses** [2] - 4:20, 21:5
**offer** [1] - 56:2
**offered** [1] - 26:14
**offering** [4] - 19:6, 67:18, 85:21, 86:10

**office** [10] - 4:12, 22:13, 22:16, 22:25, 105:7, 106:1, 106:9, 106:19, 108:4, 108:10
**Office** [2] - 106:11, 108:6
**OFFICE** [1] - 1:15
**office's** [2] - 17:22, 18:22
**officer** [10] - 49:21, 84:6, 105:21, 106:7, 106:14, 106:24, 107:2, 107:3, 107:8, 107:17
**Officer** [1] - 3:4
**OFFICER** [3] - 15:22, 15:25, 16:3
**official** [1] - 110:12
**Official** [1] - 2:1
**often** [4] - 36:23, 40:10, 65:1, 99:22
**oftentimes** [1] - 50:9
**old** [6] - 8:15, 9:25, 11:6, 50:12, 70:17, 72:3
**older** [2] - 73:8, 95:24
**oldest** [1] - 72:2
**once** [2] - 28:2, 73:11
**one** [85] - 4:5, 4:7, 6:5, 9:1, 9:18, 9:19, 10:2, 10:9, 10:12, 14:23, 14:24, 15:1, 15:10, 16:5, 16:13, 19:19, 21:9, 22:7, 22:19, 24:3, 25:22, 28:23, 28:25, 29:14, 31:17, 31:18, 31:24, 32:13, 32:16, 32:19, 33:10, 33:24, 35:16, 35:21, 36:8, 38:8, 39:5, 41:17, 41:20, 42:9, 43:2, 47:11, 48:10, 50:19, 51:15, 52:11, 56:2, 56:4, 56:16, 59:20, 64:7, 64:12, 65:2, 65:3, 65:4, 65:9, 66:20, 68:19, 72:23, 73:10, 77:14, 79:17, 79:20, 82:22, 83:2, 83:16, 83:23, 83:24, 84:8, 85:17, 85:18, 91:4, 93:24, 93:25, 94:3, 94:4, 94:19, 95:17, 96:5, 98:17, 102:24, 105:12
**one's** [1] - 74:14
**one-level** [1] - 19:19
**one-time** [1] - 94:4
**one-time-only** [1] - 94:4
**ones** [2] - 85:3, 93:20
**ongoing** [2] - 32:9, 32:18
**online** [4] - 9:13, 48:13, 48:14
**open** [4] - 46:13, 46:20, 50:10, 106:12
**operating** [1] - 21:18
**opine** [1] - 63:10
**opinion** [5] - 38:12, 61:17, 63:6, 63:13, 74:8
**opinions** [2] - 36:17, 89:23
**opportunistic** [1] - 39:14
**opportunities** [1] - 102:7
**opportunity** [14] - 13:7, 15:6, 23:23, 25:2, 25:11, 35:2, 51:8, 51:12, 53:17, 54:15, 61:9, 70:13, 85:19, 95:2
**opposite** [1] - 54:17
**opposite-sex** [1] - 54:17
**options** [1] - 87:10
**order** [10] - 13:16, 33:6, 48:10, 62:6, 62:7, 62:14, 62:19, 108:7, 109:12, 109:13
**ordinary** [1] - 107:6
**outcome** [1] - 38:16
**outlets** [1] - 71:19
**outlined** [1] - 44:23
**outreach** [1] - 85:17
**outs** [1] - 18:21
**outside** [2] - 25:13, 50:16
**outstanding** [1] - 6:24
**owed** [1] - 106:5
**own** [11] - 12:17, 33:10, 34:25, 36:19, 37:12, 51:3, 61:10, 67:13, 73:8, 79:20, 82:25

**P**

**p.m** [1] - 1:7
**packed** [1] - 31:16
**page** [1] - 59:6
**Page** [12] - 8:10, 9:6,
9:10, 10:3, 11:20, 11:25, 12:12, 14:13, 30:3, 31:25, 32:14, 32:15
**pages** [6] - 5:17, 5:23, 6:10, 29:7, 29:25, 32:13
**pages'** [1] - 29:6
**paid** [2] - 87:8, 108:2
**pain** [4] - 35:18, 35:19, 35:22, 98:10
**painful** [1] - 36:4
**pandemic** [2] - 61:22, 63:17
**panned** [1] - 51:17
**papers** [1] - 17:23
**parade** [2] - 72:24, 72:25
**Paragraph** [1] - 16:4
**parents** [9] - 13:21, 60:4, 65:19, 70:17, 71:12, 71:13, 82:25, 93:18, 95:5
**parents'** [1] - 47:6
**parole** [1] - 85:16
**Part** [1] - 105:16
**part** [16] - 7:15, 12:5, 14:19, 26:14, 26:23, 27:15, 42:23, 51:15, 66:5, 66:22, 71:22, 80:24, 89:5, 98:12, 109:13
**part-time** [1] - 71:22
**participate** [2] - 105:23, 106:15
**participated** [1] - 82:22
**participating** [1] - 9:22
**participation** [2] - 98:5, 106:2
**particular** [9] - 14:21, 15:7, 22:12, 24:18, 28:17, 30:5, 32:24, 41:2, 97:4
**particularly** [4] - 31:6, 32:12, 36:4, 38:15
**parties** [15] - 3:16, 3:23, 4:21, 4:23, 9:10, 9:12, 9:16, 9:20, 14:14, 15:4, 16:24, 18:19, 22:12, 103:6, 103:20
**partner** [2] - 35:25, 101:10
**partner's** [1] - 101:9
**partners** [2] - 87:7, 100:22
**parts** [1] - 61:3

**party** [5] - 22:2, 22:3, 22:5, 56:16, 102:22
**passage** [7] - 32:24, 33:8, 33:11, 33:13, 33:17, 59:23, 60:9
**passed** [2] - 18:2, 97:20
**passport** [1] - 48:1
**past** [2] - 32:17, 62:12
**pastor** [4] - 72:4, 82:12, 84:14, 84:17
**Pastor** [1] - 82:10
**path** [1] - 71:3
**Paul** [3] - 47:9, 71:24, 74:10
**pay** [1] - 105:2, 105:3, 106:4
**payable** [1] - 107:23
**payment** [1] - 106:16
**pedophile** [7] - 39:5, 39:7, 39:9, 39:11, 45:16, 92:17
**pedophiles** [2] - 40:3, 89:13
**pedophilic** [6] - 38:5, 39:3, 100:9, 100:20, 101:5, 103:10
**penalties** [2] - 20:22, 40:14
**penalty** [2] - 64:8, 64:16
**penetrated** [2] - 39:16, 97:11
**penetration** [3] - 35:25, 36:3, 88:24
**people** [55] - 8:21, 13:2, 13:8, 13:24, 26:23, 27:17, 27:19, 27:22, 31:21, 34:7, 38:11, 40:2, 40:3, 40:4, 42:11, 42:14, 44:19, 44:23, 47:16, 48:5, 49:14, 50:21, 52:5, 53:20, 54:17, 55:18, 56:7, 56:15, 60:18, 65:20, 65:22, 65:23, 66:7, 68:8, 69:12, 78:1, 80:20, 83:6, 83:9, 85:10, 85:12, 85:14, 85:15, 86:20, 86:25, 94:16, 95:14, 96:6, 96:8, 96:10, 96:24, 97:16, 99:11, 99:12, 107:14
**people's** [1] - 96:10
**per** [1] - 21:8
**percent** [2] - 42:22, 85:11
**perfect** [3] - 79:23,

79:24
**perfection** [1] - 80:13
**perfectly** [4] - 26:12, 36:7, 37:23, 43:6
**performed** [1] - 92:6
**perhaps** [3] - 17:12, 79:11, 87:1
**period** [4] - 69:1, 81:1, 102:19, 108:13
**periodic** [2] - 105:14, 106:18
**permission** [3] - 106:24, 107:2, 108:24
**permitting** [1] - 19:6
**person** [30] - 10:4, 11:18, 47:3, 47:4, 49:19, 49:25, 51:1, 51:2, 52:12, 52:14, 53:8, 53:22, 56:18, 58:14, 59:17, 68:14, 87:21, 87:23, 92:5, 93:14, 94:1, 94:2, 95:21, 96:7, 96:9, 96:12, 101:16, 102:9, 105:7, 107:5
**person's** [4] - 10:14, 11:19, 32:7, 53:7
**personal** [2] - 37:12, 74:9
**personality** [1] - 48:19
**personally** [1] - 41:23
**personnel** [1] - 46:6
**persons** [1] - 86:2
**perspective** [2] - 35:11, 43:16
**pest** [1] - 71:20
**pet** [1] - 32:6
**phone** [1] - 45:8
**photo** [1] - 54:23
**photographed** [2] - 52:24, 101:23
**photographs** [1] - 102:7
**photos** [6] - 4:21, 36:10, 36:11, 54:16, 67:9, 87:20
**physical** [1] - 107:5
**physically** [1] - 28:6
**pick** [1] - 69:12
**picked** [2] - 83:1, 83:2
**Picture** [1] - 54:22
**picture** [9] - 32:16, 32:20, 32:22, 33:1, 51:15, 53:7, 53:8, 64:20, 81:19
**pictures** [15] - 27:19,

28:11, 45:10, 51:9,
51:10, 51:11, 51:12,
51:19, 52:25, 53:17,
55:3, 61:3, 67:3,
97:19, 101:11
**piece** [1] - 100:15
**piggybacking** [1] -
79:13
**pizza** [1] - 83:16
**place** [4] - 14:19,
29:11, 31:24, 39:4
**places** [3] - 31:25,
34:1, 107:7
**Plaintiff** [1] - 1:4
**plan** [4] - 86:8,
90:23, 95:18
**planned** [1] - 13:4
**plans** [2] - 41:25,
96:3
**platforms** [1] - 60:7
**play** [2] - 45:24,
68:12
**played** [4] - 62:11,
62:12, 66:22, 98:19
**player** [1] - 72:17
**playing** [7] - 54:4,
55:4, 55:23, 72:19,
87:18, 92:18
**plays** [1] - 27:9
**plea** [8] - 14:19, 15:3,
19:16, 24:17, 26:14,
53:13, 108:21, 109:13
**pleading** [2] - 25:9,
45:1
**pled** [1] - 4:5
**pocket** [1] - 49:7
**podium** [2] - 17:15,
90:10
**point** [16] - 16:12,
17:7, 17:11, 22:12,
24:23, 27:15, 29:2,
39:24, 40:19, 45:3,
51:24, 60:24, 100:13,
102:3, 103:6, 104:15
**pointed** [2] - 15:3,
60:20
**points** [8] - 16:20,
17:4, 26:22, 28:22,
28:23, 42:8, 79:15,
102:16
**police** [1] - 49:21
**policy** [2] - 23:13,
27:1
**polygraph** [1] -
106:18
**pornographer** [1] -
45:5
**pornography** [13] -
4:6, 19:4, 26:22,
26:25, 27:5, 27:7,

28:14, 44:22, 45:4,
64:2, 67:12, 97:14,
102:24
**pose** [1] - 100:18
**position** [4] - 43:11,
43:12, 54:25, 55:19
**positive** [1] - 70:25
**possess** [1] - 105:11
**possession** [4] -
27:13, 27:18, 28:13,
45:10
**possibilities** [1] -
81:19
**possible** [3] - 13:4,
13:17, 102:10
**posted** [1] - 77:2
**potential** [4] - 20:22,
41:1, 64:8, 67:7
**potentially** [1] -
37:24
**pour** [1] - 12:6
**practical** [1] - 17:8
**practiced** [1] - 72:20
**praising** [1] - 30:25
**pray** [11] - 70:18,
70:20, 70:21, 70:23,
71:1, 71:4, 71:5, 71:7,
81:14, 91:18
**praying** [1] - 80:5
**precedent** [1] - 25:16
**predominantly** [1] -
86:19
**prepared** [1] - 75:14
**prepares** [1] - 86:4
**presence** [3] - 69:16,
83:15, 86:15
**present** [6] - 3:12,
3:24, 4:25, 18:20,
65:5, 90:6
**presentation** [4] -
13:5, 13:20, 13:21,
44:13
**presentence** [19] -
4:10, 6:23, 7:18, 7:24,
8:3, 8:11, 8:15, 8:17,
8:24, 10:18, 11:9,
17:22, 18:6, 18:21,
21:25, 23:2, 88:7,
108:4, 108:9
**presents** [1] - 65:13
**pretending** [1] - 98:9
**pretty** [6] - 30:1,
39:16, 45:7, 72:8,
77:25, 90:14
**Prevention** [1] -
71:21
**previously** [2] - 9:25,
11:6
**pride** [1] - 64:12
**primary** [1] - 42:19

**prime** [2] - 49:8,
49:17
**Prince** [2] - 47:11,
72:2
**prison** [3] - 20:24,
85:10, 104:10
**Prisons** [2] - 104:22,
105:21
**private** [1] - 34:11
**privately** [1] - 109:19
**PROBATION** [4] -
1:22, 15:22, 15:25,
16:3
**probation** [26] - 4:11,
17:22, 18:21, 20:23,
21:10, 21:12, 21:13,
22:13, 22:16, 22:18,
22:25, 85:16, 105:7,
105:21, 106:1, 106:7,
106:9, 106:14,
106:19, 106:24,
107:2, 107:3, 107:8,
107:17, 108:4, 108:10
**Probation** [7] - 3:4,
7:18, 16:16, 43:9,
43:15, 105:16, 108:6
**problem** [1] - 62:16
**proceed** [1] - 6:15
**proceeding** [1] -
6:18
**proceedings** [4] -
4:2, 18:15, 69:24,
110:6
**Proceedings** [1] -
109:24
**process** [1] - 37:1
**produced** [1] - 110:6
**producing** [2] - 19:7,
27:23
**production** [1] -
26:16
**professionally** [1] -
46:12
**professor** [3] - 5:25,
82:21, 83:1
**proffer** [1] - 15:4
**program** [5] - 80:23,
86:1, 105:25, 106:3,
106:21
**programs** [1] - 85:17
**projects** [1] - 37:1
**promote** [2] - 23:8,
23:12, 102:13
**proper** [1] - 15:17
**properly** [1] - 104:6
**prosecutor** [1] - 64:13
**prosecute** [1] -
102:17
**prosecuted** [1] -
38:18

**prosecution** [1] -
44:14
**prosecutor** [1] -
44:15
**prostitute** [1] - 49:12
**prostitutes** [1] -
100:23
**prostitution** [1] -
11:23, 48:22
**protect** [3] - 23:11,
84:4, 91:15
**protected** [1] - 47:7
**proud** [7] - 72:5,
73:1, 73:12, 80:21,
85:19, 104:18
**proudest** [2] - 50:9,
51:9
**prove** [1] - 94:3
**provide** [6] - 23:9,
29:6, 89:20, 96:10,
97:6, 106:7
**provided** [3] - 29:5,
32:13, 98:22
**provider** [1] - 106:2
**provides** [1] - 19:3
**PSR** [2] - 16:16,
105:17
**psychological** [2] -
4:15, 37:4
**psychologists** [1] -
38:9
**psychosexual** [2] -
36:23, 38:10
**public** [4] - 23:11,
34:10, 79:18, 107:7
**publications** [1] -
5:20
**published** [3] - 46:2,
46:13, 46:20
**pull** [3] - 46:19, 52:8
**pulled** [1] - 89:9
**punished** [1] - 57:5
**punishment** [5] -
23:9, 24:21, 66:5,
78:8, 89:7
**purpose** [2] - 19:7,
68:16
**purposefully** [1] -
31:10
**purposes** [5] - 17:8,
20:12, 23:6, 23:7,
104:2
**pursuant** [4] -
107:16, 107:17,
108:12, 109:1
**put** [15] - 11:3, 16:18,
29:9, 35:17, 41:8,
46:7, 55:19, 81:1,
81:24, 84:3, 93:7,
94:23, 95:2, 96:14

**puts** [1] - 93:13

## Q

**questioned** [1] -
89:16
**quibble** [1] - 48:24
**quick** [2] - 3:15, 3:25
**quickly** [2] - 18:11,
86:16
**quiet** [1] - 91:12
**quite** [5] - 17:11,
26:24, 38:22, 71:25,
96:1

## R

**raised** [1] - 47:16
**raising** [2] - 16:8,
74:17
**rambling** [1] - 75:5
**ran** [1] - 72:10
**range** [13] - 7:2, 9:8,
12:17, 16:13, 18:22,
20:6, 20:8, 20:14,
29:21, 30:12, 44:19,
103:4, 103:24
**ranges** [1] - 23:17
**rate** [2] - 85:10,
106:5
**rather** [2] - 102:10,
103:11
**ray** [2] - 62:14, 62:20
**RDR** [3] - 2:1, 110:3,
110:12
**re** [1] - 18:16
**re-calls** [1] - 18:16
**reached** [1] - 102:3
**reaching** [1] - 100:12
**read** [11] - 8:3, 10:23,
24:22, 29:25, 31:17,
31:18, 57:4, 78:12,
80:8, 80:20, 90:22
**reading** [1] - 74:18
**ready** [2] - 74:1,
76:12
**real** [1] - 104:3
**reality** [2] - 66:17,
68:6
**realize** [3] - 56:18,
56:20, 74:14
**realized** [1] - 72:11
**realizes** [1] - 74:8
**really** [31] - 28:15,
29:1, 29:4, 30:6,
31:10, 37:17, 38:23,
39:12, 39:21, 44:25,
51:8, 62:10, 65:21,

71:5, 72:12, 72:20, 73:5, 73:16, 75:7, 76:6, 76:10, 78:21, 80:17, 90:14, 91:20, 99:11, 99:13, 99:16, 101:24

**reason** [15] - 14:17, 14:21, 15:11, 25:17, 32:25, 33:12, 33:21, 36:3, 36:7, 43:13, 51:20, 56:24, 65:8, 66:5, 88:5

**reasonable** [7] - 24:17, 31:18, 69:2, 103:21, 107:18, 107:21, 107:22

**reasonably** [2] - 106:23, 107:1

**reasons** [5] - 35:21, 37:18, 41:16, 57:3, 89:21

**receive** [2] - 42:11, 42:14

**received** [5] - 4:10, 42:22, 43:2, 43:4, 108:20

**receives** [1] - 70:23

**recent** [1] - 41:24

**recess** [4] - 3:21, 3:25, 4:1, 69:23

**recidivism** [3] - 85:8, 85:9, 101:6

**recognize** [4] - 64:8, 88:18, 98:15, 100:6

**recognized** [1] - 89:3

**recognizing** [1] - 103:24

**recommend** [1] - 16:6

**recommendation** [5] - 7:19, 22:25, 98:20, 98:25, 103:19

**recommended** [4] - 22:13, 22:16, 104:5, 105:16

**recommending** [1] - 22:18

**recommends** [2] - 89:6, 89:19

**record** [11] - 3:6, 3:16, 3:23, 4:3, 11:3, 15:5, 18:5, 70:5, 79:8, 97:6, 109:4

**recorded** [3] - 10:6, 11:7, 15:9

**recording** [5] - 9:18, 9:20, 15:14, 28:6, 43:13

**recordings** [2] - 9:21, 9:23

**records** [1] - 23:18

**reduce** [1] - 85:9

**reduces** [1] - 101:5

**reduction** [2] - 19:18, 82:1

**refer** [1] - 44:19

**reference** [2] - 88:5, 88:10

**referenced** [1] - 6:8

**referring** [6] - 32:24, 33:9, 33:13, 33:19, 33:20, 33:21

**refers** [1] - 33:16, 33:17, 33:18

**reflect** [5] - 16:17, 23:8, 27:12, 102:13, 104:6

**regard** [4] - 21:18, 26:5, 65:12, 97:7

**regarding** [1] - 92:1

**regardless** [3] - 78:7, 98:11, 100:20

**Registration** [1] - 105:20

**registration** [1] - 105:22

**regulations** [1] - 105:24

**rehabilitation** [1] - 23:12

**REICHLER** [1] - 1:22

**Reichler** [5] - 3:4, 15:19, 17:12, 18:9, 22:21

**reiterate** [3] - 89:24, 94:6, 94:19

**rejected** [1] - 27:2

**related** [4] - 15:16, 17:7, 26:12, 109:14

**relationship** [17] - 9:11, 9:14, 10:5, 14:15, 17:2, 29:15, 29:17, 30:24, 30:25, 32:18, 33:10, 34:13, 38:24, 59:14, 59:15, 61:2, 84:18

**release** [10] - 21:5, 22:23, 24:14, 85:10, 105:1, 105:6, 105:16, 106:6, 106:8, 108:4

**released** [3] - 104:9, 104:13, 105:8

**relevance** [1] - 4:23

**relevant** [4] - 17:8, 23:3, 31:6, 97:5

**relied** [3] - 36:19, 37:11, 39:20

**religion** [1] - 71:6

**rely** [3] - 17:2, 89:22, 104:12

**remanded** [1] - 109:22

**remarks** [1] - 97:6

**remember** [18] - 12:14, 12:15, 37:22, 59:13, 63:17, 68:20, 76:11, 76:12, 76:15, 76:16, 76:19, 76:22, 76:23, 77:4, 80:14, 80:21, 91:2

**reminded** [2] - 38:17, 38:20

**remorse** [4] - 29:16, 33:24, 34:12, 100:5

**repeatedly** [1] - 32:5

**reply** [1] - 25:10

**report** [31] - 4:11, 5:9, 5:10, 6:23, 7:19, 7:25, 8:3, 8:11, 8:15, 8:17, 8:25, 10:18, 11:10, 17:23, 18:6, 18:21, 22:1, 22:20, 23:2, 36:13, 38:16, 39:20, 50:20, 87:5, 88:7, 89:14, 100:10, 105:7, 107:3, 108:5, 108:10

**reported** [1] - 41:7

**REPORTED** [1] - 2:1

**reporter** [2] - 89:12, 89:14

**Reporter** [2] - 2:1, 110:12

**REPORTER** [1] - 46:1

**reporting** [4] - 37:14, 37:25, 38:2, 38:14

**reports** [1] - 100:16

**reprehensible** [1] - 49:2

**represents** [1] - 100:24

**repulsed** [1] - 102:8

**reputation** [1] - 63:1

**request** [8] - 3:18, 4:14, 23:21, 25:12, 43:1, 43:6, 89:24, 108:24

**requested** [2] - 42:10, 106:8

**requesting** [2] - 22:3, 24:12

**require** [1] - 102:14

**required** [1] - 7:17

**requirements** [2] - 105:19, 106:20

**requires** [1] - 7:13

**reside** [1] - 105:23

**residence** [1] - 108:7

**resist** [1] - 59:10

**resolve** [1] - 6:25

**resources** [1] - 12:6

**respect** [9] - 14:12, 15:15, 23:8, 25:8, 36:25, 37:7, 88:4, 88:13, 91:11

**respects** [1] - 26:9

**respond** [5] - 13:7, 13:13, 14:7, 52:7, 86:16

**responding** [4] - 31:14, 31:19, 102:6, 102:11

**responds** [3] - 32:21, 33:3, 33:5

**response** [2] - 15:18, 32:25

**responsibility** [4] - 19:17, 53:14, 74:9, 93:5

**responsible** [2] - 86:2, 98:16

**rest** [1] - 98:13

**restitution** [12] - 4:14, 20:23, 21:14, 21:22, 24:15, 66:12, 69:3, 98:21, 105:2, 105:4, 109:12

**restrain** [1] - 101:1

**result** [3] - 61:11, 67:8, 67:18

**retained** [1] - 12:1

**retake** [1] - 18:3

**retired** [1] - 71:22

**return** [1] - 108:9

**reverend** [1] - 82:20

**Reverend** [2] - 82:20, 84:16

**reverse** [1] - 13:12

**review** [4] - 3:19, 3:20, 36:20, 98:22

**reviewed** [7] - 4:10, 4:13, 4:16, 4:18, 4:24, 5:2, 6:23

**riding** [1] - 38:15

**ringing** [1] - 101:16

**risk** [2] - 64:11, 93:13

**road** [1] - 41:1

**Robert** [1] - 72:4

**role** [6] - 54:4, 55:23, 55:24, 98:18

**role-playing** [3] - 54:4, 55:23

**roles** [2] - 82:16, 82:17

**Room** [1] - 2:3

**room** [3] - 3:22, 82:24, 96:19

**routinely** [4] - 9:16,

10:5, 10:14, 15:4

**rubbing** [1] - 76:19

**ruining** [1] - 98:19

**rules** [1] - 105:24

**run** [6] - 16:19, 22:19, 43:12, 47:17, 95:1, 105:1

## S

**sad** [2] - 28:25, 84:22

**sadomasochism** [1] - 97:14

**safe** [1] - 91:19

**safely** [1] - 50:22

**sail** [1] - 49:18

**sake** [1] - 90:15

**salt** [2] - 38:1, 38:15

**Samaritan** [2] - 41:6, 67:4

**same-sex** [1] - 60:5

**sat** [1] - 84:6

**satisfied** [2] - 17:18, 47:19

**satisfy** [1] - 101:10

**save** [1] - 6:12

**saw** [9] - 15:7, 30:6, 51:11, 51:20, 51:25, 54:23, 55:3, 72:6, 73:2

**saxophone** [1] - 72:19

**scan** [1] - 62:20

**scared** [1] - 98:9

**scarred** [1] - 98:13

**scenario** [1] - 26:7

**school** [5] - 60:15, 70:25, 72:16, 72:17, 72:19, 73:5, 73:6, 73:10, 76:22, 78:12, 79:24, 80:15, 82:21, 85:18, 86:11

**school/graduate** [1] - 82:21

**schooler** [5] - 31:5, 31:20, 32:2, 59:25, 60:1

**schoolers** [1] - 31:21

**scientifically** [1] - 36:18, 36:22, 49:4

**score** [1] - 42:21

**sealed** [1] - 42:2

**search** [7] - 33:15, 57:11, 57:12, 107:13, 107:17, 107:21

**searches** [1] - 107:16

**second** [7] - 7:1, 37:21, 38:12, 78:13,

79:18, 80:12, 95:4
**seconds** [3] - 88:17, 88:21, 88:23
**secrecy** [1] - 40:14
**secret** [1] - 40:11
**Section** [2] - 12:13, 22:15
**section** [2] - 12:22, 19:3
**Security** [5] - 8:18, 9:2, 16:17, 24:8, 73:14
**see** [32] - 16:18, 24:9, 29:4, 30:4, 30:8, 32:4, 33:15, 35:21, 36:1, 38:4, 42:12, 44:13, 45:23, 45:24, 47:1, 49:25, 51:12, 51:19, 51:21, 52:5, 53:7, 61:11, 63:23, 67:15, 68:12, 77:25, 81:11, 83:24, 84:5, 84:7, 100:15, 103:8
**seeing** [2] - 45:17, 84:8
**Seek** [1] - 84:17
**seek** [1] - 22:7
**seeking** [2] - 22:5, 31:11
**seem** [4] - 6:15, 58:22, 66:25, 67:1
**self** [7] - 37:14, 37:25, 38:2, 38:14, 38:16, 39:20, 100:21
**self-admitted** [1] - 100:21
**self-report** [2] - 38:16, 39:20
**self-reporting** [4] - 37:14, 37:25, 38:2, 38:14
**send** [1] - 61:2
**sending** [1] - 27:19
**sense** [1] - 68:18
**sent** [1] - 33:1
**sentence** [54] - 7:14, 7:16, 12:11, 16:6, 21:24, 22:12, 22:14, 22:16, 23:5, 23:7, 23:10, 23:16, 23:17, 24:13, 39:21, 42:10, 42:23, 56:14, 57:1, 64:25, 65:3, 65:8, 65:10, 67:21, 67:22, 68:2, 68:6, 68:9, 68:22, 81:17, 81:23, 81:24, 82:2, 89:25, 90:1, 90:7, 90:8, 99:22, 102:14, 103:3, 103:5, 103:6, 103:8,

103:21, 103:23, 103:25, 104:5, 104:19, 108:7, 108:13, 108:18, 109:3
**sentenced** [1] - 25:12
**sentences** [8] - 22:14, 22:22, 23:19, 42:14, 43:7, 43:10, 44:23, 97:1
**Sentencing** [2] - 12:12, 25:14
**SENTENCING** [1] - 1:10
**sentencing** [29] - 3:17, 4:4, 4:11, 4:12, 4:22, 5:11, 5:15, 6:8, 6:14, 7:1, 7:2, 7:5, 7:8, 7:19, 7:21, 7:22, 11:11, 17:24, 22:10, 23:6, 24:22, 26:24, 39:23, 57:4, 63:12, 98:2, 99:14, 104:2, 108:22
**sentencings** [1] - 65:22
**separate** [3] - 9:8, 9:9, 65:2
**September** [2] - 30:4, 30:12
**serious** [5] - 6:19, 64:7, 77:17, 99:22, 103:1
**seriousness** [5] - 23:8, 25:24, 100:6, 102:13, 104:6
**serve** [4] - 68:16, 82:16, 84:18, 104:25
**served** [2] - 82:17, 104:23
**serves** [1] - 68:15
**set** [5] - 7:14, 7:24, 8:6, 23:4, 55:3
**setting** [1] - 27:16
**seven** [3] - 68:6, 68:23, 81:17
**several** [5] - 4:20, 10:12, 31:2, 38:11, 100:25
**severity** [1] - 78:21
**sex** [15] - 4:7, 35:18, 36:8, 44:9, 48:6, 53:19, 54:17, 60:5, 64:3, 67:25, 87:9, 98:5, 105:22, 105:23, 106:15
**sexist** [1] - 56:8
**sexual** [35] - 9:11, 9:14, 10:5, 10:6, 14:15, 17:2, 19:13,

19:14, 29:14, 30:10, 33:10, 35:13, 35:24, 39:8, 43:14, 45:11, 45:17, 45:18, 49:3, 54:21, 54:22, 55:1, 56:3, 60:10, 61:2, 87:21, 92:17, 92:19, 97:17, 97:20, 98:3, 100:21, 100:22, 101:2
**Sexual** [2] - 6:7, 105:20
**sexuality** [2] - 60:5
**sexually** [8] - 19:7, 32:7, 33:25, 36:9, 39:15, 39:16, 87:6, 97:10
**shall** [5] - 105:6, 105:18, 108:1, 108:4, 108:9
**shameful** [1] - 92:13, 98:7
**share** [2] - 22:12, 106:9
**shared** [2] - 67:1, 67:2
**sharply** [1] - 100:8
**Shawn** [118] - 3:3, 3:12, 4:5, 8:21, 9:1, 9:4, 9:25, 10:15, 11:6, 11:13, 14:1, 18:17, 44:2, 44:11, 44:13, 45:4, 45:12, 45:16, 45:23, 46:4, 46:5, 46:9, 47:2, 47:6, 47:23, 48:4, 48:13, 48:14, 48:17, 49:9, 49:18, 50:18, 50:25, 51:6, 51:19, 52:10, 52:21, 53:4, 53:6, 53:10, 53:13, 53:18, 54:2, 54:4, 55:14, 57:2, 57:6, 57:15, 57:18, 57:24, 58:7, 59:21, 60:4, 60:10, 60:21, 60:24, 61:20, 61:23, 61:24, 62:1, 63:4, 63:23, 64:19, 65:12, 66:19, 67:5, 67:15, 68:6, 68:10, 68:23, 70:13, 70:21, 71:3, 72:5, 72:7, 72:12, 72:13, 72:16, 72:23, 73:8, 73:9, 73:12, 73:13, 73:24, 74:2, 74:4, 74:11, 75:21, 76:3, 76:5, 76:15, 76:22, 77:7, 77:10, 77:24, 78:12, 79:14, 81:3, 81:15, 82:17, 83:8, 83:10,

83:25, 84:5, 85:4, 85:20, 85:21, 85:22, 86:1, 86:10, 86:21, 87:6, 104:20
**SHAWN** [1] - 1:6
**Shawn's** [26] - 10:14, 11:20, 38:12, 43:25, 44:20, 45:10, 47:8, 47:13, 48:19, 49:25, 52:15, 54:23, 55:17, 57:5, 57:21, 58:4, 65:16, 65:24, 74:24, 75:6, 77:7, 79:5, 79:10, 79:21, 80:8, 82:17
**sheltered** [6] - 47:7, 47:16, 48:4, 55:17, 84:1
**Sherry** [2] - 70:2, 70:9
**SHERRY** [4] - 70:8, 70:11, 73:23, 74:22
**shock** [1] - 73:25
**shocking** [1] - 101:9
**short** [6] - 25:11, 46:8, 81:1, 87:8, 91:10, 103:19
**short-term** [1] - 87:8
**shortchange** [2] - 49:12, 49:19
**shortly** [1] - 31:22
**shoulder** [1] - 53:11
**show** [10] - 24:1, 39:15, 51:23, 54:16, 63:13, 74:11, 94:1, 94:2, 95:13
**showed** [8] - 29:16, 51:21, 51:23, 94:2, 95:16
**shower** [1] - 76:12
**showing** [3] - 13:20, 60:21, 68:13
**shown** [2] - 64:9, 102:1
**shows** [5] - 8:17, 45:21, 47:2, 99:16, 101:12
**side** [2] - 87:1, 87:2
**sides** [1] - 69:8
**sight** [1] - 80:1
**significance** [2] - 47:13, 57:21
**significant** [6] - 26:15, 58:6, 102:12, 102:19, 103:13, 103:17
**significantly** [1] - 34:15
**similar** [6] - 15:16, 23:18, 23:19, 38:22,

42:11, 103:7
**simply** [1] - 101:8
**single** [3] - 43:15, 88:16, 88:19
**sister** [4] - 74:25, 75:6, 76:24, 79:10
**sitting** [2] - 82:24, 86:21
**situation** [16] - 6:17, 8:25, 45:18, 56:22, 60:25, 68:9, 75:20, 92:2, 95:12, 95:23, 95:24, 96:14, 96:21, 96:23, 101:17, 103:18
**six** [2] - 9:12, 10:4
**skills** [8] - 80:10, 80:15, 80:24, 81:2, 81:12, 81:20, 86:7, 86:10
**skipped** [1] - 72:12
**sleep** [1] - 41:8
**sleeping** [2] - 55:7, 92:22
**small** [3] - 34:23, 57:20, 57:21
**smart** [5] - 27:3, 81:22, 91:15, 95:21, 101:16
**snafus** [1] - 9:4
**social** [1] - 60:7
**Social** [4] - 8:18, 9:2, 16:17, 24:8
**societal** [1] - 40:10
**society** [2] - 92:14, 95:19
**softball** [2] - 62:11, 62:12
**software** [1] - 107:9
**solely** [1] - 23:1
**solicitation** [2] - 48:25, 100:25
**someone** [4] - 28:13, 40:6, 58:22, 101:12
**sometimes** [4] - 47:17, 54:17, 58:7, 97:20
**somewhat** [1] - 101:6
**somewhere** [1] - 14:20
**son** [2] - 70:13, 85:5
**sons** [3] - 54:18, 79:17, 79:19
**sophistication** [1] - 55:21
**sore** [2] - 62:8, 62:16
**sorry** [18] - 5:4, 10:1, 24:6, 29:1, 30:6, 30:16, 33:4, 75:10, 75:14, 76:4, 82:12,

91:7, 91:8, 91:10, 91:11, 92:5, 93:25
**sort** [8] - 27:16, 30:2, 32:22, 34:16, 36:24, 38:24, 89:6, 90:2
**sound** [2] - 36:18, 52:7
**sounded** [1] - 38:22
**sounds** [1] - 8:21
**span** [1] - 60:21
**speaking** [3] - 13:8, 75:8, 75:15
**speaks** [3] - 7:10, 23:23, 99:15
**special** [5] - 21:7, 22:24, 104:23, 105:18, 107:23
**specialist** [1] - 6:4
**specific** [9] - 25:22, 39:8, 40:1, 42:14, 42:16, 88:4, 88:10, 88:13, 106:15
**specifically** [3] - 25:9, 27:20, 85:9
**speech** [3] - 46:7, 47:23, 94:18
**spend** [2] - 63:18, 72:14
**Sr** [1] - 72:4
**St** [3] - 47:9, 71:24, 74:10
**staff** [1] - 69:9
**stage** [1] - 45:1
**stand** [2] - 84:23, 91:16
**standardized** [2] - 38:8, 38:9
**standing** [1] - 56:17
**start** [4] - 23:22, 43:23, 69:20, 75:7
**started** [2] - 59:17, 72:19
**starting** [1] - 3:6
**starts** [1] - 59:16
**state** [3] - 79:7, 105:11, 105:22
**State** [2] - 46:6, 73:4
**statement** [12] - 4:14, 10:3, 10:9, 10:14, 10:15, 10:19, 10:25, 16:23, 17:1, 41:20, 90:6, 97:24
**statements** [4] - 8:6, 13:14, 23:14, 100:3
**states** [1] - 9:16
**STATES** [4] - 1:1, 1:3, 1:11, 1:15
**States** [10] - 2:2, 3:2, 3:8, 18:17, 24:12, 103:7, 106:10, 108:6,

109:1, 110:13
**statistic** [1] - 44:18
**statute** [2] - 40:24, 41:15
**statutory** [3] - 20:21, 21:17, 108:14
**stay** [2] - 85:3, 93:8
**stayed** [1] - 83:4
**stenographic** [1] - 110:5
**step** [8] - 6:22, 7:1, 7:6, 7:13, 7:15, 18:10, 21:24, 93:18
**steps** [1] - 6:15
**sticking** [1] - 90:14
**still** [8] - 18:3, 24:4, 32:19, 41:22, 55:7, 58:20, 65:19, 70:14, 71:16, 73:1, 77:7, 78:25, 91:20, 102:1, 104:9
**storage** [1] - 107:13
**story** [2] - 83:14, 104:16
**straight** [1] - 10:19
**stranger** [1] - 92:4
**strategy** [1] - 86:7
**street** [1] - 80:10
**Street** [1] - 1:16
**strength** [1] - 96:16
**strong** [1] - 99:25
**struck** [1] - 48:15
**structure** [1] - 81:13
**struggled** [3] - 75:20, 77:17, 78:13
**struggling** [1] - 77:12
**students** [1] - 86:11
**study** [1] - 83:13
**stupid** [1] - 91:17
**subject** [1] - 107:15
**submissive** [1] - 51:2
**submit** [21] - 47:21, 48:12, 48:18, 49:8, 49:17, 49:24, 50:3, 50:17, 52:10, 52:15, 53:24, 56:22, 60:2, 60:10, 60:14, 60:19, 62:25, 87:14, 105:12, 106:18, 107:11
**submitted** [1] - 4:16
**submitting** [1] - 109:12
**substance** [1] - 105:12
**successful** [1] - 79:19
**successfully** [1] - 61:25

**suck** [1] - 31:14
**suffered** [3] - 93:1, 98:11, 99:3
**sufficient** [3] - 23:5, 24:20, 104:1
**suggest** [2] - 31:10, 63:11
**suggested** [2] - 3:19, 39:22
**suggesting** [5] - 31:20, 32:9, 33:19, 34:1, 66:18
**suggests** [1] - 101:9
**suicide** [1] - 98:5
**Suite** [1] - 1:20
**Sullivan** [1] - 35:1
**sully** [1] - 63:1
**summarize** [1] - 18:23
**summer** [1] - 73:6
**Sun** [1] - 89:9
**Sunday** [1] - 74:7
**super** [1] - 78:4
**Superior** [1] - 25:15
**supervise** [1] - 106:2
**supervised** [4] - 21:5, 22:23, 24:14, 104:25
**supervision** [6] - 68:24, 69:1, 105:9, 105:13, 106:21, 107:19
**supervisor** [1] - 71:18
**support** [16] - 38:2, 47:4, 50:21, 68:7, 78:9, 78:18, 78:19, 79:3, 80:6, 81:12, 93:16, 93:21, 95:16, 99:9, 103:16, 104:11
**supported** [2] - 37:12, 86:21
**supporting** [1] - 95:11
**supportive** [1] - 99:25
**supports** [2] - 60:23, 67:11
**suppose** [1] - 38:21
**supposed** [1] - 50:4
**supposedly** [1] - 59:2
**surely** [3] - 92:25, 97:14, 101:19
**surprised** [1] - 100:11
**surreptitiously** [1] - 9:21
**susceptible** [1] - 50:15

**suspect** [1] - 62:16
**suspicion** [1] - 107:18
**sustain** [2] - 17:3, 17:10
**Sylvia** [1] - 84:17
**system** [2] - 48:21, 49:11

---

## T

**table** [1] - 12:16
**Tabron** [4] - 36:25, 37:2, 61:15, 98:22
**Tabron's** [1] - 99:2
**takeaways** [1] - 33:23
**talent** [1] - 86:9
**talks** [2] - 50:20, 87:5
**Tarsha** [2] - 74:24, 75:6
**TARSHA** [1] - 75:1
**task** [1] - 37:8
**teach** [1] - 83:2
**teaches** [2] - 71:8, 86:4
**tech** [3] - 80:17, 85:9, 86:5
**technical** [3] - 12:22, 46:16, 85:15
**technically** [3] - 17:5, 25:18, 64:1
**technician** [1] - 71:20
**technological** [2] - 68:11, 85:23
**technology** [1] - 73:20
**temptation** [1] - 50:11
**ten** [5] - 13:7, 35:3, 46:8, 74:5, 104:25
**ten-year** [1] - 104:25
**term** [11] - 20:24, 21:1, 21:5, 39:13, 53:18, 80:10, 87:8, 91:10, 104:22, 104:25
**termination** [1] - 108:11
**terms** [5] - 49:3, 49:4, 52:18, 81:2, 81:19
**terrible** [1] - 92:3
**test** [6] - 62:3, 62:4, 62:14, 62:19, 105:12
**testified** [1] - 97:17
**testify** [1] - 69:16
**testimony** [1] - 5:19
**testing** [2] - 100:11,

106:18
**tests** [6] - 36:22, 37:10, 38:9, 62:6, 62:7, 105:14
**text** [2] - 31:12, 58:17
**texting** [2] - 32:19, 102:2
**texts** [1] - 101:25
**thankful** [2] - 85:19, 95:17
**THE** [117] - 1:1, 1:10, 1:14, 1:15, 1:18, 1:19, 3:1, 3:10, 3:13, 4:3, 5:4, 5:7, 5:12, 5:25, 6:3, 6:12, 6:14, 8:2, 8:5, 8:8, 9:5, 10:1, 10:21, 10:23, 11:1, 11:16, 11:24, 12:3, 12:8, 12:16, 12:19, 12:24, 13:6, 13:11, 14:3, 14:5, 14:7, 14:10, 14:23, 15:19, 15:22, 15:24, 15:25, 16:2, 16:3, 16:8, 17:17, 17:20, 17:21, 17:25, 18:1, 18:13, 18:16, 18:19, 20:1, 20:3, 20:19, 20:21, 21:21, 21:23, 22:8, 22:10, 24:7, 24:10, 26:6, 26:21, 28:12, 28:19, 30:14, 36:12, 38:4, 38:17, 38:20, 40:16, 41:19, 42:1, 42:6, 43:9, 43:17, 43:20, 46:1, 46:18, 46:24, 58:17, 64:5, 69:5, 69:20, 69:25, 70:4, 70:10, 73:22, 74:13, 75:3, 79:2, 79:7, 82:9, 82:15, 84:13, 84:20, 86:14, 88:24, 90:3, 90:5, 90:9, 90:10, 90:11, 90:20, 90:21, 91:22, 91:23, 95:20, 96:1, 97:3, 109:6, 109:9, 109:16, 109:21
**theft** [1] - 49:16
**theme** [1] - 44:12
**themselves** [2] - 35:12, 98:5
**therapy** [1] - 50:21
**therefore** [2] - 19:21, 67:25
**Thereupon** [2] - 4:1, 69:23
**they've** [2] - 13:25, 45:9

thick [1] - 77:25
thinking [7] - 50:14, 50:25, 55:22, 57:22, 76:20, 91:4, 91:8
thinks [2] - 31:18, 34:4
third [1] - 7:6
Thomas [1] - 18:3
thorough [3] - 45:7, 57:11
thoughtful [1] - 69:7
thousand [1] - 72:1
thousands [1] - 50:19
threats [1] - 36:7
three [11] - 29:6, 57:17, 57:21, 58:4, 58:6, 79:15, 85:13, 85:14, 86:3, 88:18, 93:8
three-fourths [1] - 85:13
three-week [1] - 86:3
throughout [3] - 33:14, 66:16, 97:18
throw [1] - 63:15
thwart [1] - 89:11
tie [1] - 13:22
timestamp [1] - 31:12
today [19] - 6:17, 29:18, 33:15, 35:2, 37:20, 65:16, 69:18, 75:24, 78:19, 79:11, 79:15, 80:7, 81:23, 84:23, 86:18, 90:25, 92:3, 93:20, 93:23
today's [2] - 6:18, 6:22
together [3] - 13:22, 76:24, 81:1
tomorrow [1] - 94:21
tone [1] - 100:14
tongue [1] - 97:12
tonight [1] - 55:8
took [9] - 14:19, 25:5, 53:13, 71:3, 72:14, 75:16, 76:5, 76:16
top [3] - 27:25, 30:12, 32:15
total [2] - 19:22, 20:5
totality [1] - 61:10
touch [4] - 52:5, 76:20, 85:4, 87:17
touched [1] - 99:11
toy [1] - 35:18
track [1] - 72:10
tracks [1] - 42:14
tragedy [5] - 65:17,

86:18, 86:19, 86:20, 86:23
train [2] - 70:16, 86:2
training [2] - 62:22, 63:20
TRANSCRIPT [1] - 1:10
transcript [2] - 110:5, 110:6
trauma [5] - 41:1, 91:14, 93:1, 97:16, 97:25
treating [1] - 91:10
treatment [8] - 89:6, 89:19, 89:20, 105:24, 106:2, 106:21, 108:9, 108:11
trees [1] - 6:12
tremendously [1] - 98:12
TREVOR [1] - 1:10
triage [1] - 76:18
trial [1] - 16:25
tried [3] - 8:21, 72:9, 89:11
tries [1] - 53:22
trouble [4] - 47:18, 47:20, 50:11, 56:12
troubled [2] - 42:2, 70:23, 101:25
true [3] - 37:17, 110:4, 110:5
truly [3] - 84:22, 97:9, 98:2
truth [2] - 37:15, 66:1
try [6] - 16:20, 44:2, 61:17, 64:15, 72:20, 81:5
trying [10] - 35:18, 37:21, 40:20, 52:18, 53:25, 54:1, 58:21, 76:12, 95:21, 96:9
Tucker [2] - 78:4, 83:9
Tuesday [1] - 77:25
turn [3] - 24:24, 71:10, 74:18
turning [1] - 20:9
turns [1] - 28:3
two [24] - 6:5, 9:6, 9:8, 9:9, 9:14, 14:16, 17:7, 19:14, 19:18, 31:25, 34:1, 36:8, 37:1, 58:1, 59:4, 73:3, 73:7, 75:11, 77:21, 79:17, 94:18, 98:17, 105:13
two-level [2] - 19:14, 19:18
Tylenol [1] - 62:17

type [2] - 91:9, 96:25
types [2] - 23:19, 65:2
typical [5] - 28:13, 28:15, 45:3, 81:3, 102:22
typically [5] - 16:17, 37:11, 89:17, 89:19, 100:15

## U

U.S [3] - 1:22, 85:9, 107:24
ultimately [4] - 48:15, 55:13, 86:23, 98:24
unable [1] - 108:23
unavailable [1] - 108:19
unaware [1] - 66:23
uncertainty [1] - 99:1
uncle [1] - 76:8
Uncle [1] - 78:3
unclear [2] - 98:7, 101:22
uncomfortableness [1] - 66:2
unconscious [2] - 52:9, 66:15
under [14] - 7:4, 19:12, 20:9, 20:25, 21:9, 21:12, 21:18, 42:14, 42:17, 63:19, 72:1, 91:5, 106:23, 107:1
undersigned [1] - 12:1
understood [3] - 42:5, 45:2, 77:15
underwear [1] - 88:2
unfortunately [3] - 48:8, 51:6, 61:19
unhealthy [1] - 101:3
uniformly [1] - 89:6
UNITED [4] - 1:1, 1:3, 1:11, 1:15
united [1] - 2:2
United [9] - 3:2, 3:8, 18:17, 24:12, 103:7, 106:10, 108:6, 109:1, 110:13
University [2] - 46:6, 72:21
University's [1] - 72:23
unless [2] - 5:24, 39:24

unlike [1] - 102:23
unprecedented [1] - 61:21
unpunished [1] - 102:18
unsophisticated [1] - 67:16
unsuccessful [1] - 5:14
unusual [7] - 26:7, 26:8, 26:17, 27:4, 28:16, 69:15, 99:13
unusually [1] - 99:16
unwarranted [2] - 23:17, 103:6
unwilling [1] - 101:1
up [36] - 13:1, 21:11, 27:22, 29:8, 29:18, 30:23, 33:1, 33:5, 48:10, 48:15, 49:11, 49:15, 51:7, 52:1, 64:10, 67:24, 69:10, 70:16, 72:8, 73:3, 74:15, 83:1, 83:2, 83:25, 84:15, 86:25, 91:16, 93:2, 94:22, 95:13, 95:18, 95:19, 96:15, 100:1, 101:17
uploaded [2] - 50:5, 67:1
upset [1] - 44:4
urged [1] - 103:11
USC [9] - 4:6, 7:15, 21:9, 21:14, 23:4, 107:10, 107:12, 108:12, 108:17

## V

vacation [1] - 65:25
vague [1] - 38:21
valid [2] - 36:22, 37:10
valuable [2] - 72:17, 85:24
value [2] - 37:15, 96:10
variances [2] - 19:22, 22:4
variety [2] - 87:7, 88:20
various [4] - 16:19, 98:4, 103:2, 103:21
verification [1] - 37:16
verify [1] - 36:21
versus [4] - 3:2, 18:17, 103:7, 109:1
victim [26] - 4:13,

16:5, 26:1, 36:25, 37:3, 37:6, 37:7, 37:9, 41:19, 43:15, 49:16, 53:23, 54:1, 68:16, 75:19, 86:19, 90:22, 90:24, 91:24, 92:18, 92:22, 97:24, 98:1, 99:3, 100:4
victim's [2] - 42:4, 98:15
victimization [2] - 67:8, 68:21
Victimization [1] - 6:7
victimized [1] - 68:19
victims [1] - 97:17
video [28] - 4:18, 10:6, 13:20, 15:5, 15:9, 24:1, 34:7, 35:22, 43:13, 45:25, 46:4, 46:11, 46:13, 46:20, 47:1, 50:1, 50:2, 68:12, 73:2, 74:6, 77:2, 77:3, 77:5, 78:2, 82:21, 88:15, 88:16
video-record [1] - 15:5
video-recorded [1] - 10:6
videos [10] - 15:6, 25:3, 35:12, 39:15, 41:4, 45:10, 87:14, 88:14, 88:19, 88:22
videotaped [1] - 9:17
view [18] - 3:18, 3:22, 4:6, 15:6, 19:4, 25:3, 25:19, 27:9, 28:13, 41:10, 44:21, 51:9, 51:12, 53:17, 54:15, 64:2, 88:8, 102:22
viewed [1] - 97:20
violation [6] - 4:6, 4:8, 6:21, 85:16, 107:19, 107:21
visible [2] - 51:16, 53:11
visual [1] - 19:8
voice [1] - 55:9
voluntary [2] - 20:10, 103:25
vs [1] - 1:5
vulgar [1] - 60:11
vulnerable [1] - 50:16
vulva [1] - 97:12

## W

**waiting** [1] - 76:19
**waive** [3] - 105:3, 105:4, 106:16
**wake** [1] - 52:1
**Wanda** [1] - 3:11
**WANDA** [1] - 1:18
**wanna** [2] - 33:1, 33:4
**wants** [4] - 13:24, 34:19, 48:23, 83:10
**warehouse** [1] - 71:19
**warn** [1] - 107:13
**warrant** [2] - 7:4, 57:12
**warranted** [3] - 65:1, 103:4, 103:8
**wash** [5] - 54:11, 54:18
**washed** [3] - 54:16, 54:17, 54:20
**Washington** [4] - 1:6, 1:17, 2:4, 110:14
**wasted** [1] - 74:11
**watching** [2] - 87:14, 92:18
**water** [3] - 54:24, 76:6
**ways** [13] - 11:12, 41:10, 49:22, 50:19, 57:5, 58:5, 64:6, 65:14, 88:20, 99:6, 101:3, 101:6, 103:1
**wearing** [3] - 55:4, 88:1, 88:2
**week** [2] - 74:19, 86:3
**weekend** [1] - 62:11
**weeks** [1] - 31:2
**weighs** [2] - 94:17, 95:7
**weight** [1] - 16:18
**weird** [2] - 76:6, 77:11
**well-credentialed** [1] - 6:3
**whit** [1] - 39:5
**Whitman** [3] - 82:11, 82:14, 82:19
**WHITMAN** [2] - 82:13, 82:16
**whole** [6] - 33:14, 37:6, 41:6, 42:23, 49:12
**wholly** [1] - 63:15
**wife** [4] - 70:20, 71:12, 71:17, 74:9

**wildly** [1] - 37:1
**Williams** [1] - 72:4
**willing** [5] - 32:11, 35:9, 40:4, 74:2, 101:13
**willingly** [2] - 26:4, 87:14
**willingness** [2] - 34:13, 101:9
**wincing** [1] - 35:22
**wise** [1] - 50:23
**wish** [2] - 7:7, 91:15
**witnesses** [1] - 24:1
**woken** [1] - 93:2
**woman** [6] - 35:7, 59:10, 67:18, 71:10, 95:24
**woman's** [1] - 54:3
**wonder** [1] - 27:4
**wondered** [1] - 98:8
**wonderful** [1] - 50:14
**wondering** [3] - 58:9, 58:23, 81:13
**word** [9] - 8:20, 10:14, 10:15, 10:16, 11:11, 14:2, 33:15, 68:18, 94:23
**words** [6] - 9:3, 9:20, 34:25, 44:5, 55:8, 90:24
**workup** [1] - 37:2
**world** [6] - 61:20, 67:2, 70:19, 72:23, 82:6, 94:24
**worldliness** [1] - 55:20
**worldwide** [1] - 73:19
**worry** [4] - 57:7, 68:10, 83:23, 84:8
**worse** [1] - 58:9
**worst** [3] - 37:23, 66:9, 94:15
**worth** [1] - 29:6
**would-be** [1] - 102:18
**wrapped** [1] - 69:10
**write** [1] - 80:18
**writer** [2] - 8:25, 10:18
**writing** [4] - 12:15, 80:15, 80:23, 81:2
**written** [3] - 8:14, 99:8, 107:4
**wrote** [3] - 39:19, 42:3, 90:16

## X

**x-ray** [2] - 62:14, 62:20

## Y

**year** [11] - 24:4, 33:24, 34:14, 42:18, 76:23, 77:1, 78:13, 80:14, 85:13, 104:25
**years** [44] - 8:15, 9:14, 9:25, 11:6, 14:16, 20:25, 21:6, 21:10, 21:11, 22:23, 44:15, 49:11, 57:17, 57:21, 58:4, 58:7, 62:13, 64:13, 67:17, 68:7, 68:15, 68:23, 71:13, 71:15, 71:18, 71:20, 71:21, 71:25, 72:3, 72:5, 73:3, 74:5, 77:21, 79:18, 81:17, 85:1, 85:15, 89:7, 89:18, 93:8, 94:21, 97:21, 100:25, 102:2
**yesterday** [2] - 25:10, 77:10
**young** [20] - 47:8, 48:5, 56:7, 56:8, 56:15, 60:17, 72:7, 75:11, 78:19, 78:20, 79:20, 80:4, 81:9, 81:22, 84:11, 84:23, 103:14, 104:4, 104:8, 104:9
**younger** [1] - 31:20
**yourself** [3] - 50:15, 56:13, 97:10
**yourselves** [2] - 3:6, 70:5